# EXHIBIT 1-B

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | legianclub005 |
| Date of First Publication | 12 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legianclub006 |
| Date of First Publication | 12 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legianclub007 |
| Date of First Publication | 12 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legianclub008 |
| Date of First Publication | 12 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legianclub009 |
| Date of First Publication | 12 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legianclub010 |
| Date of First Publication | 12 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legianclub011 |
| Date of First Publication | 12 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legianclub012 |
| Date of First Publication | 12 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legianclub013 |
| Date of First Publication | 12 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legianclub014 |
| Date of First Publication | 12 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

**C**

Certificate will be mailed in window envelope to this address

| | |
|---|---|
| Name ▼ | Jennison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph — legianclub015
Date of First Publication — 12 (Month)  July (Day)  2002 (Year)  Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — legian001
Date of First Publication — 12 (Month)  July (Day)  2002 (Year)  Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — legian002
Date of First Publication — 12 (Month)  July (Day)  2002 (Year)  Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — legian003
Date of First Publication — 12 (Month)  July (Day)  2002 (Year)  Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — legian004
Date of First Publication — 12 (Month)  July (Day)  2002 (Year)  Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — legian005
Date of First Publication — 12 (Month)  July (Day)  2002 (Year)  Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — legian006
Date of First Publication — 12 (Month)  July (Day)  2002 (Year)  Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — phuket042
Date of First Publication — 2 (Month)  December (Day)  2002 (Year)  Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph —
Date of First Publication — (Month)  (Day)  (Year)  Nation of First Publication —
Description of Photograph (Optional)

Title of Photograph —
Date of First Publication — (Month)  (Day)  (Year)  Nation of First Publication —
Description of Photograph (Optional)

**C**

Certificate will be mailed to address in this space.

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-432-326

*VA000014325254*

**EFFECTIVE DATE OF REGISTRATION**

12　　30　　2010
Month　　Day　　Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

The Wave Design Pte. Ltd.  Photographs 2007(A)

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 388 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼　　Number ▼　　Issue Date ▼　　On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼　　Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in __Singapore__

**Was This Author's Contribution to the Work**
Anonymous?　☐ Yes　☒ No
Pseudonymous?　☐ Yes　☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture　☐ Map　　　☐ Technical drawing
☐ 2-Dimensional artwork　　☒ Photograph　☐ Text
☐ Reproduction of work of art　☐ Jewelry design　☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼　　Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?　☐ Yes　☐ No
Pseudonymous?　☐ Yes　☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture　☐ Map　　　☐ Technical drawing
☐ 2-Dimensional artwork　　☐ Photograph　☐ Text
☐ Reproduction of work of art　☐ Jewelry design　☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
2007
Year　This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Feb. 7 - July 6　Singapore　2007
Month　Day　Nation　Year

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12-30-2010
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.　• Sign the form at line 8.

**DO NOT WRITE HERE**

Page 1 of ___ pages

EXAMINED BY _____ **FORM VA**

CHECKED BY _____

☐ Yes  CORRESPONDENCE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

a
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼    **Account Number** ▼

Jennison & Shultz, P.C.    080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number  ( 703 ) 415-1640    Fax number  ( 703 ) 415-0788

Email  John@JennisonLaw.com

**7**

a
b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  THE WAVE DESIGN PTE LTD

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin    Date  28 December 2010

Handwritten signature (X) ▼

X

**8**

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
Jennison & Shultz, PC

**Number/Street/Apt** ▼
2001 Jefferson Davis Hwy.; Suite 1102

**City/State/Zip** ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-432-326

USE ONLY WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

12    30    2010
(Month)    (Day)    (Year)

**CONTINUATION SHEET RECEIVED**

Page 3 of 41 pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

**Name of Author** ____ THE WAVE DESIGN PTE. LTD.

**Name of Copyright Claimant** ____ THE WAVE DESIGN PTE. LTD. , 10A Trengganu Street, Singapore 058464

## B

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | | |
|---|---|---|
| **Title of Photograph** | chiangmai076 | |
| **Date of First Publication** | 7 February 2007 | **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | | |

| | | |
|---|---|---|
| **Title of Photograph** | chiangmai077 | |
| **Date of First Publication** | 7 February 2007 | **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | | |

| | | |
|---|---|---|
| **Title of Photograph** | chiangmai078 | |
| **Date of First Publication** | 7 February 2007 | **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | | |

| | | |
|---|---|---|
| **Title of Photograph** | chiangmai079 | |
| **Date of First Publication** | 7 February 2007 | **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | | |

| | | |
|---|---|---|
| **Title of Photograph** | chiangmai080 | |
| **Date of First Publication** | 7 February 2007 | **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | | |

**B**

Title of Photograph        chiangmai081
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph        chiangmai082
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph        chiangmai083
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph        chiangmai084
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph        chiangmai085
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph        chiangmai086
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph        chiangmai087
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph        chiangmai088
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph        chiangmai089
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph        chiangmai090
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Dunlap & Reule, PC
Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ chiangmai091
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai092
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai093
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai094
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai095
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai096
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai097
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai098
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai099
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai100
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __chiangmai101__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai102__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai103__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai104__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai105__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai106__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai107__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai108__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai109__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai110__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _chiangmai111_
Date of First Publication _7_ _February_ _2007_   Nation of First Publication _Singapore_
Description of Photograph

Title of Photograph _chiangmai112_
Date of First Publication _7_ _February_ _2007_   Nation of First Publication _Singapore_
Description of Photograph

Title of Photograph _chiangmai113_
Date of First Publication _7_ _February_ _2007_   Nation of First Publication _Singapore_
Description of Photograph

Title of Photograph _chiangmai114_
Date of First Publication _7_ _February_ _2007_   Nation of First Publication _Singapore_
Description of Photograph

Title of Photograph _chiangmai115_
Date of First Publication _7_ _February_ _2007_   Nation of First Publication _Singapore_
Description of Photograph

Title of Photograph _chiangmai116_
Date of First Publication _7_ _February_ _2007_   Nation of First Publication _Singapore_
Description of Photograph

Title of Photograph _chiangmai117_
Date of First Publication _7_ _February_ _2007_   Nation of First Publication _Singapore_
Description of Photograph

Title of Photograph _chiangmai118_
Date of First Publication _7_ _February_ _2007_   Nation of First Publication _Singapore_
Description of Photograph

Title of Photograph _chiangmai119_
Date of First Publication _7_ _February_ _2007_   Nation of First Publication _Singapore_
Description of Photograph

Title of Photograph _chiangmai120_
Date of First Publication _7_ _February_ _2007_   Nation of First Publication _Singapore_
Description of Photograph

**C**

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

Number

Title of Photograph ___ chiangmai121

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

**B**

Number

Title of Photograph ___ chiangmai122

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

Number

Title of Photograph ___ chiangmai123

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

Number

Title of Photograph ___ chiangmai124

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

Number

Title of Photograph ___ chiangmai125

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

Number

Title of Photograph ___ chiangmai126

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

Number

Title of Photograph ___ chiangmai127

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

Number

Title of Photograph ___ chiangmai128

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

Number

Title of Photograph ___ chiangmai129

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

Number

Title of Photograph ___ chiangmai130

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| | |
|---|---|
| Title of Photograph | chiangmai131 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| | day  month  year |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai132 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| | day  month  year |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai133 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| | day  month  year |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai134 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| | day  month  year |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai135 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| | day  month  year |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai136 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| | day  month  year |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai137 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| | day  month  year |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai138 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| | day  month  year |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai139 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| | day  month  year |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai140 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| | day  month  year |
| Description of Photograph | |

**C**

| | |
|---|---|
| Name ▼ | Scofstein & Shults, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy., Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

| | |
|---|---|
| Title of Photograph | chiangmai141 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai142 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai143 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai144 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai145 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai146 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai147 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai148 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai149 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai150 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | chiangmai151 | | | | |
|--|--|--|--|--|--|--|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai152 | | | | |
|--|--|--|--|--|--|--|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai153 | | | | |
|--|--|--|--|--|--|--|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai154 | | | | |
|--|--|--|--|--|--|--|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai155 | | | | |
|--|--|--|--|--|--|--|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai156 | | | | |
|--|--|--|--|--|--|--|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai157 | | | | |
|--|--|--|--|--|--|--|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai158 | | | | |
|--|--|--|--|--|--|--|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai159 | | | | |
|--|--|--|--|--|--|--|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai160 | | | | |
|--|--|--|--|--|--|--|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __ chiangmai161

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ chiangmai162

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ chiangmai163

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ chiangmai164

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ chiangmai165

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ chiangmai166

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ chiangmai167

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ chiangmai168

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ chiangmai169

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ chiangmai170

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ chiangmai171 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai172 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai173 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai174 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai175 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai176 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai177 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai178 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai179 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai180 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

**C**

Name ▼
Jamison & Blasha, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy – Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph     chiangmai181

Date of First Publication     7     February     2007     Nation of First Publication     Singapore

Description of Photograph _____

Title of Photograph     chiangmai182

Date of First Publication     7     February     2007     Nation of First Publication     Singapore

Description of Photograph _____

Title of Photograph     chiangmai183

Date of First Publication     7     February     2007     Nation of First Publication     Singapore

Description of Photograph _____

Title of Photograph     chiangmai184

Date of First Publication     7     February     2007     Nation of First Publication     Singapore

Description of Photograph _____

Title of Photograph     chiangmai185

Date of First Publication     7     February     2007     Nation of First Publication     Singapore

Description of Photograph _____

Title of Photograph     chiangmai186

Date of First Publication     7     February     2007     Nation of First Publication     Singapore

Description of Photograph _____

Title of Photograph     chiangmai187

Date of First Publication     7     February     2007     Nation of First Publication     Singapore

Description of Photograph _____

Title of Photograph     chiangmai188

Date of First Publication     7     February     2007     Nation of First Publication     Singapore

Description of Photograph _____

Title of Photograph     chiangmai189

Date of First Publication     7     February     2007     Nation of First Publication     Singapore

Description of Photograph _____

Title of Photograph     chiangmai190

Date of First Publication     7     February     2007     Nation of First Publication     Singapore

Description of Photograph _____

**C**

Name

Berniken & Blaike, PC

Number / Street / Apt. ▼

2001 Jefferson Davis Hwy ; Suite 1100

City / State / Zip ▼

Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai191
Date of First Publication: 7 February 2007
Day    Month    Year
Nation of First Publication: Singapore
Description of Photograph: [blank]

Title of Photograph: chiangmai192
Date of First Publication: 7 February 2007
Day    Month    Year
Nation of First Publication: Singapore
Description of Photograph: [blank]

Title of Photograph: chiangmai193
Date of First Publication: 7 February 2007
Day    Month    Year
Nation of First Publication: Singapore
Description of Photograph: [blank]

Title of Photograph: chiangmai194
Date of First Publication: 7 February 2007
Day    Month    Year
Nation of First Publication: Singapore
Description of Photograph: [blank]

Title of Photograph: chiangmai195
Date of First Publication: 7 February 2007
Day    Month    Year
Nation of First Publication: Singapore
Description of Photograph: [blank]

Title of Photograph: chiangmai196
Date of First Publication: 7 February 2007
Day    Month    Year
Nation of First Publication: Singapore
Description of Photograph: [blank]

Title of Photograph: chiangmai197
Date of First Publication: 7 February 2007
Day    Month    Year
Nation of First Publication: Singapore
Description of Photograph: [blank]

Title of Photograph: chiangmai198
Date of First Publication: 7 February 2007
Day    Month    Year
Nation of First Publication: Singapore
Description of Photograph: [blank]

Title of Photograph: chiangmai199
Date of First Publication: 7 February 2007
Day    Month    Year
Nation of First Publication: Singapore
Description of Photograph: [blank]

Title of Photograph: chiangmai200
Date of First Publication: 7 February 2007
Day    Month    Year
Nation of First Publication: Singapore
Description of Photograph: [blank]

**C**

Name: Jamison & Shultz, PC
Number / Street / Apt.: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Registration for the of the library of of or Photographs (Continued)

| | |
|---|---|
| Title of Photograph | chiangmai201 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai202 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai203 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai204 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai205 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai206 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai207 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai208 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai209 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai210 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __chiangmai211__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai212__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai213__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai214__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai215__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai216__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai217__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai218__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai219__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai220__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name ▼
Ivanhoe & Stultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / Town / St ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | chiangmai221 | |
|---|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | Title of Photograph | chiangmai222 | |
|---|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | Title of Photograph | chiangmai223 | |
|---|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | Title of Photograph | chiangmai224 | |
|---|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | Title of Photograph | chiangmai225 | |
|---|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | Title of Photograph | chiangmai226 | |
|---|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | Title of Photograph | chiangmai227 | |
|---|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | Title of Photograph | chiangmai228 | |
|---|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | Title of Photograph | chiangmai229 | |
|---|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | Title of Photograph | chiangmai230 | |
|---|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

**C**

Name ▼
Jiaxiao & Stolz, PC

Number / Street / Apt ▼
2011 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration of Published Photographs (Continued)

Title of Photograph ___ chiangmai231 _____
Date of First Publication __7__ February __2007__ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ chiangmai232 _____
Date of First Publication __7__ February __2007__ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ chiangmai233 _____
Date of First Publication __7__ February __2007__ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ chiangmai234 _____
Date of First Publication __7__ February __2007__ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ chiangmai235 _____
Date of First Publication __7__ February __2007__ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ chiangmai236 _____
Date of First Publication __7__ February __2007__ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ chiangmai237 _____
Date of First Publication __7__ February __2007__ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ chiangmai238 _____
Date of First Publication __7__ February __2007__ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ bkk001 _____
Date of First Publication __7__ February __2007__ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ bkk002 _____
Date of First Publication __7__ February __2007__ Nation of First Publication ___ Singapore
Description of Photograph _____

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Works of Published Photographs (continued)

Title of Photograph    bkk003
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    bkk004
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    bkk005
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    bkk006
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    bkk007
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    bkk008
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    bkk009
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    bkk010
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    bkk011
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    bkk012
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph    (Optional)

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ bkk013 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ bkk014 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ bkk015 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ bkk016 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ bkk017 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai070 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai071 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai072 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai073 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai074 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

**C**

Name ▼
Jamison A. Shulte, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph — namhai075
Date of First Publication — 6   July   2007   Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — namhai076
Date of First Publication — 6   July   2007   Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — namhai077
Date of First Publication — 6   July   2007   Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — namhai078
Date of First Publication — 6   July   2007   Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — namhai079
Date of First Publication — 6   July   2007   Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — namhai080
Date of First Publication — 6   July   2007   Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — namhai081
Date of First Publication — 6   July   2007   Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — namhai082
Date of First Publication — 6   July   2007   Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — namhai083
Date of First Publication — 6   July   2007   Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — namhai084
Date of First Publication — 6   July   2007   Nation of First Publication — Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shutz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai085__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai086__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai087__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai088__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai089__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai090__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai091__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai092__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai093__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai094__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

**C**

Saunders & Silation, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph ___ namhai095
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai096
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai097
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai098
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai099
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai100
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai101
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai102
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai103
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai104
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Komisar & Stacks, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai105 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication    Singapore |
| | Description of Photograph | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai106 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication    Singapore |
| | Description of Photograph | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai107 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication    Singapore |
| | Description of Photograph | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai108 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication    Singapore |
| | Description of Photograph | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai109 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication    Singapore |
| | Description of Photograph | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai110 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication    Singapore |
| | Description of Photograph | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai111 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication    Singapore |
| | Description of Photograph | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai112 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication    Singapore |
| | Description of Photograph | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai113 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication    Singapore |
| | Description of Photograph | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai114 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication    Singapore |
| | Description of Photograph | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shults, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604