# EXHIBIT 1-C

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Title of Photograph ___ namhai115 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai116 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai117 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai118 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai119 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai120 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai121 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai122 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai123 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai124 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

**C**

Name ▼
Jenkins & Stultz, PC

Number/Street/Apt ▼
2011 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai125__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai126__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai127__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai128__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai129__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai130__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai131__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai132__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai133__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai134__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

**C**

Name ▼
Jacobson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai135__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __namhai136__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __namhai137__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __namhai138__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __namhai139__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __namhai140__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __namhai141__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __namhai142__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __namhai143__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __namhai144__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph

---

Name ▼
Neustadt & Stahr, PC

Street / Road / etc ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph ___namhai145___

Date of First Publication ___6___ ___July___ ___2007___ Nation of First Publication ___Singapore___

Description of Photograph ___

Title of Photograph ___namhai146___

Date of First Publication ___6___ ___July___ ___2007___ Nation of First Publication ___Singapore___

Description of Photograph ___

Title of Photograph ___namhai147___

Date of First Publication ___6___ ___July___ ___2007___ Nation of First Publication ___Singapore___

Description of Photograph ___

Title of Photograph ___namhai148___

Date of First Publication ___6___ ___July___ ___2007___ Nation of First Publication ___Singapore___

Description of Photograph ___

Title of Photograph ___namhai149___

Date of First Publication ___6___ ___July___ ___2007___ Nation of First Publication ___Singapore___

Description of Photograph ___

Title of Photograph ___namhai150___

Date of First Publication ___6___ ___July___ ___2007___ Nation of First Publication ___Singapore___

Description of Photograph ___

Title of Photograph ___namhai151___

Date of First Publication ___6___ ___July___ ___2007___ Nation of First Publication ___Singapore___

Description of Photograph ___

Title of Photograph ___namhai152___

Date of First Publication ___6___ ___July___ ___2007___ Nation of First Publication ___Singapore___

Description of Photograph ___

Title of Photograph ___namhai153___

Date of First Publication ___6___ ___July___ ___2007___ Nation of First Publication ___Singapore___

Description of Photograph ___

Title of Photograph ___namhai154___

Date of First Publication ___6___ ___July___ ___2007___ Nation of First Publication ___Singapore___

Description of Photograph ___

**C**

Name ▼
Lemino & Sholz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai155 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai156 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai157 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai158 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai159 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai160 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai161 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai162 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai163 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai164 | | | |
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

**C**

Certificate
will be mailed in
window envelope
to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai165 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication  Singapore |
| Description of Photograph | photo | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai166 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication  Singapore |
| Description of Photograph | photo | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai167 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication  Singapore |
| Description of Photograph | photo | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai168 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication  Singapore |
| Description of Photograph | photo | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai169 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication  Singapore |
| Description of Photograph | photo | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai170 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication  Singapore |
| Description of Photograph | photo | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai171 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication  Singapore |
| Description of Photograph | photo | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai172 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication  Singapore |
| Description of Photograph | photo | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai173 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication  Singapore |
| Description of Photograph | photo | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai174 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication  Singapore |
| Description of Photograph | photo | | | |

**C**

Name ▼
Jacobson & Shafer, PC

Number / Street / Apt #
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip #
Arlington, VA 22202-3604

**B**

Title of Photograph ___ namhai175 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai176 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai177 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai178 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai179 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai180 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai181 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai182 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai183 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ namhai184 ___
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

**C**

Name ▼
Hudson & Shultz, PC

Number / Street / Apt ▼
2461 Jefferson Davis Hwy., Suite #102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph — namhai185

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

---

Title of Photograph — namhai186

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

---

Title of Photograph — namhai187

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

---

Title of Photograph — namhai188

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

---

Title of Photograph — namhai189

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

---

Title of Photograph — namhai190

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

---

Title of Photograph — namhai191

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

---

Title of Photograph — namhai192

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

---

Title of Photograph — namhai193

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

---

Title of Photograph — namhai194

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

---

**C**

Name ▼
Ivanhoe & Shafts, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai195__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai196__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai197__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai198__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai199__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai200__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai201__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai202__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai203__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai204__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Name ▼
Jestisor & Slade, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Supplemental Registration for Published Photographs (continued)

| | |
|---|---|
| Number | |
| Title of Photograph | namhai205 |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | namhai206 |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | namhai207 |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | namhai208 |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | namhai209 |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | namhai210 |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | namhai211 |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | namhai212 |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | namhai213 |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | namhai214 |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __ namhai215
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ namhai216
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ namhai217
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ namhai218
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ namhai219
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ namhai220
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ namhai221
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ namhai222
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ namhai223
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ namhai224
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ namhai225
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

Title of Photograph ___ namhai226
Date of First Publication ___ 5 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

Title of Photograph ___ namhai227
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

Title of Photograph ___ namhai228
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

Title of Photograph ___ namhai229
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

Title of Photograph ___ namhai230
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

Title of Photograph ___ namhai231
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

Title of Photograph ___ namhai232
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

Title of Photograph ___ namhai233
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

Title of Photograph ___ namhai234
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

**C**

Name ▼
Jacobson & Slatte, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __ namhai235

Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph

Title of Photograph __ namhai236

Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph

Title of Photograph __ namhai237

Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph

Title of Photograph __ namhai238

Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph

Title of Photograph __ namhai239

Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph

Title of Photograph __ namhai240

Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph

Title of Photograph __ namhai241

Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph

Title of Photograph __ namhai242

Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph

Title of Photograph __ namhai243

Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph

Title of Photograph __ namhai244

Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai245__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __namhai__

Title of Photograph __namhai246__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __namhai__

Title of Photograph __namhai247__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __namhai__

Title of Photograph __namhai248__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __namhai__

Title of Photograph __namhai249__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __namhai__

Title of Photograph __namhai250__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __namhai__

Title of Photograph __namhai251__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __namhai__

Title of Photograph __namhai252__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __namhai__

Title of Photograph __namhai253__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __namhai__

Title of Photograph __namhai254__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __namhai__

**C**

Justine A. Sietz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3694

**B**

| | Title of Photograph | namhai255 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | | |
| | Description of Photograph | | | | | | | |

| | Title of Photograph | namhai256 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | | |
| | Description of Photograph | | | | | | | |

| | Title of Photograph | namhai257 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | | |
| | Description of Photograph | | | | | | | |

| | Title of Photograph | namhai258 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | | |
| | Description of Photograph | | | | | | | |

| | Title of Photograph | namhai259 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | | |
| | Description of Photograph | | | | | | | |

| | Title of Photograph | namhai260 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | | |
| | Description of Photograph | | | | | | | |

| | Title of Photograph | namhai261 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | | |
| | Description of Photograph | | | | | | | |

| | Title of Photograph | namhai262 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | | |
| | Description of Photograph | | | | | | | |

| | Title of Photograph | namhai263 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | | |
| | Description of Photograph | | | | | | | |

| | Title of Photograph | namhai264 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | | |
| | Description of Photograph | | | | | | | |

**C**

Name ▼
Rothwell & Stults, PC

Number/Street/Apt ▼
2801 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | namhai265 |
| Date of First Publication | 6 July 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai266 |
| Date of First Publication | 6 July 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai267 |
| Date of First Publication | 6 July 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai268 |
| Date of First Publication | 6 July 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai269 |
| Date of First Publication | 6 July 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Jameson & Shafer, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / ZIP ▼
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

VA 1-432-327

**EFFECTIVE DATE OF REGISTRATION**

12    30    2010
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**

The Wave Design Pte. Ltd. Photographs 2007 (B)

**NATURE OF THIS WORK ▼** See Instructions

Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 32 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2**

**NAME OF AUTHOR ▼**

**a** The Wave Design Pte. Ltd. (employer for hire of Lee Kar Yin)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
2007
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month November Day 28 Year 2007
Singapore    Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12-30-2010
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                            Account Number ▼

Jennison & Shultz, P.C.                          080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number   ( 703 ) 415-1640                    Fax number   ( 703 )415-0788

Email   John@JennisonLaw.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   **THE WAVE DESIGN PTE LTD**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                                          Date   28 December 2010

Handwritten signature (X) ▼
X

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REC    **VA 1 – 432 – 327**

USE FORM WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

*12*    *30*    *2010*
(Month)    (Day)    (Year)

**CONTINUATION SHEET RECEIVED**

Page __*3*__ of __*6*__ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant    THE WAVE DESIGN PTE. LTD., 10A Trengganu Street, Singapore 058464

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | saujana001 | | | |
| Date of First Publication | 28 November 2007 (Month) (Day) (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | saujana002 | | | |
| Date of First Publication | 28 November 2007 (Month) (Day) (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | saujana003 | | | |
| Date of First Publication | 28 November 2007 (Month) (Day) (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | saujana004 | | | |
| Date of First Publication | 28 November 2007 (Month) (Day) (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | saujana005 | | | |
| Date of First Publication | 28 November 2007 (Month) (Day) (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | |

**B**

**Title of Photograph** saujana006
**Date of First Publication** 28  November  2007  **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** saujana007
**Date of First Publication** 28  November  2007  **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** saujana008
**Date of First Publication** 28  November  2007  **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** saujana009
**Date of First Publication** 28  November  2007  **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** saujana010
**Date of First Publication** 28  November  2007  **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** saujana011
**Date of First Publication** 28  November  2007  **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** saujana012
**Date of First Publication** 28  November  2007  **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** saujana013
**Date of First Publication** 28  November  2007  **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** saujana014
**Date of First Publication** 28  November  2007  **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** saujana015
**Date of First Publication** 28  November  2007  **Nation of First Publication** Singapore
**Description of Photograph**

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | saujana016 |
| Date of First Publication | 28  November  2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | saujana017 |
| Date of First Publication | 28  November  2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | saujana018 |
| Date of First Publication | 28  November  2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | saujana019 |
| Date of First Publication | 28  November  2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | saujana020 |
| Date of First Publication | 28  November  2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | saujana021 |
| Date of First Publication | 28  November  2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | saujana022 |
| Date of First Publication | 28  November  2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | saujana023 |
| Date of First Publication | 28  November  2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | saujana024 |
| Date of First Publication | 28  November  2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | saujana025 |
| Date of First Publication | 28  November  2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ saujana026
Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ saujana027
Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ saujana028
Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ saujana029
Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ saujana030
Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ saujana031
Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ saujana032
Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

**C**

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VA 1-432-328**

EFFECTIVE DATE OF REGISTRATION

12 / 29 / 2010
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼

Wave-s  Photographs 2003

NATURE OF THIS WORK ▼ See Instructions

Photographs

Previous or Alternative Titles ▼

Group Registration / Published Photos - 139 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

NAME OF AUTHOR ▼

**a**  Wave-s  (employer for hire of Masano Kawana)

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in  Singapore

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☒ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a**  Year in Which Creation of This Work Was Completed
2003
Year  In all cases
This information must be given

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month  March 18    Day  Nov. 4    Year  2003
Nation  Singapore

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S:
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶  · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.    · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 11 pages

EXAMINED BY _____    **FORM VA**

CHECKED BY _____

CORRESPONDENCE
☒ Yes  ( Tw Siebe / Spn 1-54209.5055 )

**FOR COPYRIGHT OFFICE USE ONLY**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions before completing this space.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                              Account Number ▼

Jennison & Shultz, P.C.                             080519

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number  ( 703 ) 415-1640        Fax number  ( 703 ) 415-0788

Email  John@JennisonLaw.com

**b**

**7**

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___ WAVE-S
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                          Date  28 December 2010

Handwritten signature (X) ▼

x _____

**8**

---

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGI **VA 1 – 432 – 328**

*USE ONLY WITH FORM VA*

**EFFECTIVE DATE OF REGISTRATION**

12          29          2010
(Month)      (Day)      (Year)

**CONTINUATION SHEET RECEIVED**

Page  3  of  17  pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**A**
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___ **WAVE-S** ___

Name of Copyright Claimant ___ **WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679** ___

---

**B**
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | Title of Photograph | muscat030 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat031 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat032 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat033 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat034 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**B**

Title of Photograph __ muscat035

Date of First Publication __ 18 __ March __ 2003 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ muscat036

Date of First Publication __ 18 __ March __ 2003 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ muscat037

Date of First Publication __ 18 __ March __ 2003 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ muscat038

Date of First Publication __ 18 __ March __ 2003 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ muscat039

Date of First Publication __ 18 __ March __ 2003 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ muscat040

Date of First Publication __ 18 __ March __ 2003 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ muscat041

Date of First Publication __ 18 __ March __ 2003 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ muscat042

Date of First Publication __ 18 __ March __ 2003 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ muscat043

Date of First Publication __ 18 __ March __ 2003 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ muscat044

Date of First Publication __ 18 __ March __ 2003 __ Nation of First Publication __ Singapore

Description of Photograph __

**C**

Jacobson & Shultz, PC

2001 Jefferson Davis Hwy.; Suite 1102

Arlington, VA 22202-3604

**B**

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat045 | | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat046 | | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat047 | | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat048 | | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat049 | | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat050 | | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat051 | | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat052 | | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat053 | | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat054 | | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | muscat055 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | | |

| Number | Title of Photograph | muscat056 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | | |

| Number | Title of Photograph | muscat057 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | | |

| Number | Title of Photograph | muscat058 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | | |

| Number | Title of Photograph | muscat059 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | | |

| Number | Title of Photograph | muscat060 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | | |

| Number | Title of Photograph | muscat061 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | | |

| Number | Title of Photograph | muscat062 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | | |

| Number | Title of Photograph | muscat063 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | | |

| Number | Title of Photograph | muscat064 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | | |

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Application for Group of Published Photographs (continued)

**Number**

Title of Photograph  muscat065
Date of First Publication  18  March  2003  Nation of First Publication  Singapore
Description of Photograph (Optional)

**Number**

Title of Photograph  muscat066
Date of First Publication  18  March  2003  Nation of First Publication  Singapore
Description of Photograph (Optional)

**Number**

Title of Photograph  muscat067
Date of First Publication  18  March  2003  Nation of First Publication  Singapore
Description of Photograph (Optional)

**Number**

Title of Photograph  muscat068
Date of First Publication  18  March  2003  Nation of First Publication  Singapore
Description of Photograph (Optional)

**Number**

Title of Photograph  muscat069
Date of First Publication  18  March  2003  Nation of First Publication  Singapore
Description of Photograph (Optional)

**Number**

Title of Photograph  muscat070
Date of First Publication  18  March  2003  Nation of First Publication  Singapore
Description of Photograph (Optional)

**Number**

Title of Photograph  muscat071
Date of First Publication  18  March  2003  Nation of First Publication  Singapore
Description of Photograph (Optional)

**Number**

Title of Photograph  muscat072
Date of First Publication  18  March  2003  Nation of First Publication  Singapore
Description of Photograph (Optional)

**Number**

Title of Photograph  muscat073
Date of First Publication  18  March  2003  Nation of First Publication  Singapore
Description of Photograph (Optional)

**Number**

Title of Photograph  muscat074
Date of First Publication  18  March  2003  Nation of First Publication  Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000