# EXHIBIT 1-D

THE WAVE STUDIO, LLC
COMPLAINT

**B**

| | |
|---|---|
| Title of Photograph | muscat075 |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat076 |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat077 |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat078 |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat079 |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat080 |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat081 |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat082 |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat083 |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat084 |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jenison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | muscat085 |
| | Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat086 |
| | Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat087 |
| | Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat088 |
| | Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat089 |
| | Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat090 |
| | Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat091 |
| | Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat092 |
| | Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat093 |
| | Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat094 |
| | Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat095 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat096 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat097 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat098 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat099 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat100 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat101 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat102 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat103 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat104 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | |

**C**

Certificate will be mailed in window envelope to this address.

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | muscat105 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat106 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat107 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat108 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat109 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat110 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat111 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat112 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat113 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat114 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Sinitz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat115 | | |
| | Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat116 | | |
| | Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat117 | | |
| | Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat118 | | |
| | Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat119 | | |
| | Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat120 | | |
| | Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat121 | | |
| | Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat122 | | |
| | Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat123 | | |
| | Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat124 | | |
| | Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
money order payable to Register of
Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat125 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat126 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat127 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat128 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat129 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat130 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat131 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat132 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat133 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat134 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | | | | | | |
|---|---|---|---|---|---|---|
| Number | Title of Photograph | muscat135 | | | | **B** |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

Registration for Group of Published Photographs (continued)

| | | | | | | |
|---|---|---|---|---|---|---|
| Number | Title of Photograph | muscat136 | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Number | Title of Photograph | muscat137 | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Number | Title of Photograph | muscat138 | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Number | Title of Photograph | muscat139 | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Number | Title of Photograph | muscat140 | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Number | Title of Photograph | muscat141 | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Number | Title of Photograph | muscat142 | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Number | Title of Photograph | muscat143 | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Number | Title of Photograph | muscat144 | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

Certificate will be mailed in window envelope to this address

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | | |
|---|---|---|
| Title of Photograph | muscat145 | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | muscat146 | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | muscat147 | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | muscat148 | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | lalu159 | |
| Date of First Publication | 30 (Month) October (Day) 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | legian007 | |
| Date of First Publication | 4 (Month) November (Day) 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | legian008 | |
| Date of First Publication | 4 (Month) November (Day) 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | legian009 | |
| Date of First Publication | 4 (Month) November (Day) 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | legian010 | |
| Date of First Publication | 4 (Month) November (Day) 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | legian011 | |
| Date of First Publication | 4 (Month) November (Day) 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Number

Title of Photograph    legian012

Date of First Publication    4    November    2003    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

---

Number

Title of Photograph    legian013

Date of First Publication    4    November    2003    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

---

Number

Title of Photograph    legian014

Date of First Publication    4    November    2003    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

---

Number

Title of Photograph    legian015

Date of First Publication    4    November    2003    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

---

Number

Title of Photograph    legian016

Date of First Publication    4    November    2003    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

---

Number

Title of Photograph    legian017

Date of First Publication    4    November    2003    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

---

Number

Title of Photograph    legian018

Date of First Publication    4    November    2003    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

---

Number

Title of Photograph    legian019

Date of First Publication    4    November    2003    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

---

Number

Title of Photograph    legian020

Date of First Publication    4    November    2003    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

---

Number

Title of Photograph    legian021

Date of First Publication    4    November    2003    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph  legian022

Date of First Publication  4  November  2003  Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  legian023

Date of First Publication  4  November  2003  Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  legian024

Date of First Publication  4  November  2003  Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  legian025

Date of First Publication  4  November  2003  Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph  (Optional)

Number

Title of Photograph

Date of First Publication  (Month) (Day) (Year)  Nation of First Publication

Description of Photograph  (Optional)

Number

Title of Photograph

Date of First Publication  (Month) (Day) (Year)  Nation of First Publication

Description of Photograph  (Optional)

Number

Title of Photograph

Date of First Publication  (Month) (Day) (Year)  Nation of First Publication

Description of Photograph  (Optional)

Number

Title of Photograph

Date of First Publication  (Month) (Day) (Year)  Nation of First Publication

Description of Photograph  (Optional)

Number

Title of Photograph

Date of First Publication  (Month) (Day) (Year)  Nation of First Publication

Description of Photograph  (Optional)

Number

Title of Photograph

Date of First Publication  (Month) (Day) (Year)  Nation of First Publication

Description of Photograph  (Optional)

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC.

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1 – 432 – 329**

EFFECTIVE DATE OF REGISTRATION

12 / 29 / 2010
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼
Wave-s Photographs 2004

NATURE OF THIS WORK ▼ See instructions
Photographs

Previous or Alternative Titles ▼
Group Registration / Published Photos - 462 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

NAME OF AUTHOR ▼
**a** Wave-s

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in Singapore _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed   2004
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
March 12 – Oct. 20 2004
Complete this information ONLY if this work has been published.
Month   Day   Year
Singapore   Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
WAVE-S
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-29-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

EXAMINED BY _____    **FORM VA**

CHECKED BY _____

☐ CORRESPONDENCE
☐ Yes

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another application being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**         **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**                                        **Account Number ▼**

Jennison & Shultz, P.C.                          080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number  **( 703 ) 415-1640**                    Fax number  **( 703 ) 415-0788**

Email  **John@JennisonLaw.com**

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **WAVE-S**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kin Yin                                        Date  **28 December 2010**

**Handwritten signature (X) ▼**

**9**

**Certificate
will be
mailed in
window
envelope
to this
address:**

**Name ▼**
Jennison & Shultz, PC

**Number/Street/Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City/State/ZIP ▼**
Arlington, VA 22202-3604

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1–432–329

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

EFFECTIVE DATE OF REGISTRATION

12        29        2010
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

Page   3   of   79   pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author _____ WAVE-S _____

Name of Copyright Claimant _____ WAVE-S, 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679 _____

## B
Registration for Group of Individual Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within a calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | | |
|---|---|---|
| Title of Photograph | leela001 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |
| Title of Photograph | leela002 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |
| Title of Photograph | leela003 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |
| Title of Photograph | leela004 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |
| Title of Photograph | leela005 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

**B**

| | |
|---|---|
| Title of Photograph | leela006 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

**Registration for Published Photographs**

| | |
|---|---|
| Title of Photograph | leela007 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela008 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela009 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela010 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela011 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela012 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela013 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela014 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela015 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

**C**

| | |
|---|---|
| Name ▼ | Jennison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

Title of Photograph     leela016

Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph     leela017

Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph     leela018

Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph     leela019

Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph     leela020

Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph     leela021

Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph     leela022

Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph     leela023

Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph     leela024

Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph     leela025

Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

---

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | leela026 | | |
|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | leela027 | | |
|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | leela028 | | |
|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | leela029 | | |
|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | leela030 | | |
|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | leela031 | | |
|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | leela032 | | |
|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | leela033 | | |
|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | leela034 | | |
|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | leela035 | | |
|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela036 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela037 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela038 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela039 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela040 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela041 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela042 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela043 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela044 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela045 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

**C**

Jacobson & Shatz, PC

2011 Jefferson Davis Hwy, Suite 1103

Arlington, VA 22202-3604

**B**

Title of Photograph: lcclia046
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lcclia047
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lcclia048
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lcclia049
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lcclia050
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lcclia051
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lcclia052
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lcclia053
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lcclia054
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lcclia055
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Name ▼
Bidlack & Brillo, PC

Street/Street Apt ▼
2011 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph    leela056
Date of First Publication  12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela057
Date of First Publication  12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela058
Date of First Publication  12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela059
Date of First Publication  12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela060
Date of First Publication  12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela061
Date of First Publication  12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela062
Date of First Publication  12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela063
Date of First Publication  12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela064
Date of First Publication  12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela065
Date of First Publication  12    March    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Jenkins & Hertz, PC

2200 Jefferson Davis Hwy , Suite 1102

Arlington, VA 22202-3654

**B**

Title of Photograph    leela066
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela067
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela068
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela069
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela070
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela071
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela072
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela073
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela074
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela075
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC.

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | Icelia076 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | Icelia077 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | Icelia078 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | Icelia079 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | Icelia080 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | Icelia081 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | Icelia082 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | Icelia083 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | Icelia084 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | Icelia085 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Ladas & Parry, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph _____ leela086 _____
Date of First Publication ___12___ ___March___ ___2004___   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ leela087 _____
Date of First Publication ___12___ ___March___ ___2004___   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ leela088 _____
Date of First Publication ___12___ ___March___ ___2004___   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ leela089 _____
Date of First Publication ___12___ ___March___ ___2004___   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ leela090 _____
Date of First Publication ___12___ ___March___ ___2004___   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ leela091 _____
Date of First Publication ___12___ ___March___ ___2004___   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ leela092 _____
Date of First Publication ___12___ ___March___ ___2004___   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ leela093 _____
Date of First Publication ___12___ ___March___ ___2004___   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ leela094 _____
Date of First Publication ___12___ ___March___ ___2004___   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ leela095 _____
Date of First Publication ___12___ ___March___ ___2004___   Nation of First Publication _____ Singapore _____
Description of Photograph _____

**C**

Name ▼
Jonathan M. Slocks, PC

Number/Street/Apt ▼
2461 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3804

**B**

| | |
|---|---|
| Title of Photograph | leela096 |
| Date of First Publication | 12 — March — 2004 — Nation of First Publication — Singapore |
| Description of Photograph | leela |

| | |
|---|---|
| Title of Photograph | leela097 |
| Date of First Publication | 12 — March — 2004 — Nation of First Publication — Singapore |
| Description of Photograph | leela |

| | |
|---|---|
| Title of Photograph | leela098 |
| Date of First Publication | 12 — March — 2004 — Nation of First Publication — Singapore |
| Description of Photograph | leela |

| | |
|---|---|
| Title of Photograph | leela099 |
| Date of First Publication | 12 — March — 2004 — Nation of First Publication — Singapore |
| Description of Photograph | leela |

| | |
|---|---|
| Title of Photograph | leela100 |
| Date of First Publication | 12 — March — 2004 — Nation of First Publication — Singapore |
| Description of Photograph | leela |

| | |
|---|---|
| Title of Photograph | leela101 |
| Date of First Publication | 12 — March — 2004 — Nation of First Publication — Singapore |
| Description of Photograph | leela |

| | |
|---|---|
| Title of Photograph | leela102 |
| Date of First Publication | 12 — March — 2004 — Nation of First Publication — Singapore |
| Description of Photograph | leela |

| | |
|---|---|
| Title of Photograph | leela103 |
| Date of First Publication | 12 — March — 2004 — Nation of First Publication — Singapore |
| Description of Photograph | leela |

| | |
|---|---|
| Title of Photograph | leela104 |
| Date of First Publication | 12 — March — 2004 — Nation of First Publication — Singapore |
| Description of Photograph | leela |

| | |
|---|---|
| Title of Photograph | leela105 |
| Date of First Publication | 12 — March — 2004 — Nation of First Publication — Singapore |
| Description of Photograph | leela |

**C**

Name
Jenkins & Suits, PC

2200 Wilson Davis Hwy., Suite 1102

City/State/Zip
Arlington, VA 22202-9604

**B**

Title of Photograph   leela106
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela107
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela108
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela109
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela110
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela111
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela112
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela113
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela114
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela115
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

**C**

Beloson & Skalas, PC

4301 Jefferson Davis Hwy., Suite 1103

Arlington, VA 22202-1604

Title of Photograph: leela116
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph: photo

**B**

Title of Photograph: leela117
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph: photo

Title of Photograph: leela118
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph: photo

Title of Photograph: leela119
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph: photo

Title of Photograph: leela120
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph: photo

Title of Photograph: leela121
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph: photo

Title of Photograph: leela122
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph: photo

Title of Photograph: leela123
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph: photo

Title of Photograph: leela124
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph: photo

Title of Photograph: leela125
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph: photo

Name: Berliner & Spahr, PC
Number/Street/Apt: 2661 Jefferson Davis Hwy., Suite 1102
City/State/ZIP: Arlington, VA 22202-3604

**C**

**B**

Title of Photograph   leela136
Date of First Publication  12  March  2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela137
Date of First Publication  12  March  2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela138
Date of First Publication  12  March  2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela139
Date of First Publication  12  March  2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela130
Date of First Publication  12  March  2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela131
Date of First Publication  12  March  2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela132
Date of First Publication  12  March  2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela133
Date of First Publication  12  March  2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela134
Date of First Publication  12  March  2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela135
Date of First Publication  12  March  2004   Nation of First Publication   Singapore
Description of Photograph

**C**

Name
Hartmann & Varela, PC

2001 Jefferson Davis Hwy., Suite 1102

City/State/ZIP
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (Continued)

Title of Photograph leela136
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph leela137
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph leela138
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph leela139
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph leela140
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph leela141
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph leela142
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph leela143
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph leela144
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph leela145
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

**C**

Name ▼
Fennison & Shults, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: leela146
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela147
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela148
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela149
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela150
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela151
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela152
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela153
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela154
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela155
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name:
2601 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3904

**B**

Title of Photograph **leela156**
Date of First Publication **12** March **2004**    Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **leela157**
Date of First Publication **12** March **2004**    Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **leela158**
Date of First Publication **12** April **2004**    Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **leela159**
Date of First Publication **12** April **2004**    Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **leela160**
Date of First Publication **11** June **2004**    Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **setai001**
Date of First Publication **30** May **2004**    Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **setai002**
Date of First Publication **30** May **2004**    Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **setai003**
Date of First Publication **30** May **2004**    Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **setai004**
Date of First Publication **30** May **2004**    Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **setai005**
Date of First Publication **30** May **2004**    Nation of First Publication **Singapore**
Description of Photograph

**C**

Jenkins & Bantz, PC

2001 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22201-3804

**B**

| Title of Photograph | setai006 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai007 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai008 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai009 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai010 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai011 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai012 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai013 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai014 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai015 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Ishimaru & Hicks, PC

2001 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph    setai016
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai017
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai018
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai019
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai020
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai021
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai022
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai023
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai024
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai025
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604