# EXHIBIT 1-E

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Registration for Group of Published Photographs (continued)

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai026 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai027 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai028 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai029 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai030 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai031 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai032 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai033 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai034 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai035 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | |
|---|---|
| Title of Photograph | setai036 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | none |

| | |
|---|---|
| Title of Photograph | setai037 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | none |

| | |
|---|---|
| Title of Photograph | setai038 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | none |

| | |
|---|---|
| Title of Photograph | setai039 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | none |

| | |
|---|---|
| Title of Photograph | setai040 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | none |

| | |
|---|---|
| Title of Photograph | setai041 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | none |

| | |
|---|---|
| Title of Photograph | chediclub001 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | none |

| | |
|---|---|
| Title of Photograph | chediclub002 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | none |

| | |
|---|---|
| Title of Photograph | chediclub003 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | none |

| | |
|---|---|
| Title of Photograph | chediclub004 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | none |

Jameson & Shulz, PC

2001 Jefferson Davis Hwy ; Suite 1102

Arlington, VA 22202-3604

**C**

**B**

| Number | Title of Photograph | chediclub005 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Extent) | | | | | |

| Number | Title of Photograph | chediclub006 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Extent) | | | | | |

| Number | Title of Photograph | chediclub007 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Extent) | | | | | |

| Number | Title of Photograph | chediclub008 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Extent) | | | | | |

| Number | Title of Photograph | chediclub009 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Extent) | | | | | |

| Number | Title of Photograph | chediclub010 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Extent) | | | | | |

| Number | Title of Photograph | chediclub011 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Extent) | | | | | |

| Number | Title of Photograph | chediclub012 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Extent) | | | | | |

| Number | Title of Photograph | chediclub013 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Extent) | | | | | |

| Number | Title of Photograph | chediclub014 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Extent) | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

**B**

| | |
|---|---|
| Title of Photograph | chediclub015 |
| Date of First Publication | 12 August 2004    Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub016 |
| Date of First Publication | 12 August 2004    Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub017 |
| Date of First Publication | 12 August 2004    Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub018 |
| Date of First Publication | 12 August 2004    Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub019 |
| Date of First Publication | 12 August 2004    Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub020 |
| Date of First Publication | 12 August 2004    Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub021 |
| Date of First Publication | 12 August 2004    Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub022 |
| Date of First Publication | 12 August 2004    Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub023 |
| Date of First Publication | 12 August 2004    Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub024 |
| Date of First Publication | 12 August 2004    Nation of First Publication   Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ chefclub025
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chefclub026
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chefclub027
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chefclub028
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chefclub029
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chefclub030
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chefclub031
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chefclub032
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chefclub033
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chefclub034
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Saidman & Hanke, PC

2800 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3584

**B**

Title of Photograph    chediclub035
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub036
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub037
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub038
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub039
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub040
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub041
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub042
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub043
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub044
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jonathon & Mattie, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / Town / State ▼
Arlington, VA 22202-3604

| | Title of Photograph | chediclub045 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**B**

| | Title of Photograph | chediclub046 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub047 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub048 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub049 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub050 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub051 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub052 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub053 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub054 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Name ▼
Jenkins & Gitto, PC

Number / Street / Apt ▼
2661 Jefferson Davis Hwy , Suite 1150

City, State, ZIP ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chediclub055 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub056 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub057 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub058 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub059 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub060 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub061 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub062 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub063 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub064 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Jenison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | chediclub065 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Title of Photograph | chediclub066 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Title of Photograph | chediclub067 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Title of Photograph | chediclub068 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Title of Photograph | chediclub069 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Title of Photograph | chediclub070 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Title of Photograph | chediclub071 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Title of Photograph | chediclub072 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Title of Photograph | chediclub073 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Title of Photograph | chediclub074 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

**C**

| Certificate will be mailed in window envelope to this address: | Name ▼ Jennison & Shultz, PC |
|---|---|
| | Number / Street / Apt ▼ 2001 Jefferson Davis Hwy.; Suite 1102 |
| | City / State / Zip ▼ Arlington, VA 22202-3604 |

**B**

Title of Photograph: chediclub075
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub076
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub077
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub078
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub079
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub080
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub081
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub082
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub083
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub084
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

**B**

| | |
|---|---|
| Title of Photograph | chediclub085 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub086 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub087 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub088 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub089 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub090 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub091 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub092 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub093 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub094 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | chodiclub095 | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chodiclub096 | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chodiclub097 | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chodiclub098 | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chodiclub099 | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chodiclub100 | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chodiclub101 | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chodiclub102 | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chodiclub103 | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chodiclub104 | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

**C**

Name ▼
Jenkins & Stella, PC

Number/Street/Apt ▼
2601 Jefferson Davis Hwy., Suite 1102

City/State/ZIP ▼
Arlington VA 22202-3904

**B**

Title of Photograph    chediclub105
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub106
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub107
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub108
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub109
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub110
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub111
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub112
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub113
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub114
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Name ▼
Jamison & Stultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph: chediclub115
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph: none

Title of Photograph: chediclub116
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph: none

Title of Photograph: chediclub117
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph: none

Title of Photograph: chediclub118
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph: none

Title of Photograph: chediclub119
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph: none

Title of Photograph: chediclub120
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph: none

Title of Photograph: chediclub121
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph: none

Title of Photograph: chediclub122
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph: none

Title of Photograph: chediclub123
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph: none

Title of Photograph: chediclub124
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph: none

**C**

Name: Fross Zelnick, PC
Number/Street/Apt: 3811 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3494

**B**

Title of Photograph __chediclub125__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chediclub126__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chediclub127__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chediclub128__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chediclub129__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chediclub130__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chediclub131__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chediclub132__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chediclub133__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chediclub134__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Jackson & Shahi, PC

2300 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**C**

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub135 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | Above | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub136 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | Above | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub137 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | Above | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub138 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | Above | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub139 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | Above | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legianclub017 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | Above | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legianclub018 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | Above | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legianclub019 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | Above | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legianclub020 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | Above | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legianclub021 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | Above | | | | |

**C**

Name
Kenrick & Shah, PC

Number/Street/Apt
3201 Jefferson Davis Hwy., Suite 1102

City/State/Zip
Arlington, VA 22202-3624

**B**

Title of Photograph: legionclub022
Date of First Publication: 12 August 2004 | Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legion026
Date of First Publication: 12 August 2004 | Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legion027
Date of First Publication: 12 August 2004 | Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legion028
Date of First Publication: 12 August 2004 | Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legion029
Date of First Publication: 12 August 2004 | Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legion030
Date of First Publication: 12 August 2004 | Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legion031
Date of First Publication: 12 August 2004 | Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legion032
Date of First Publication: 12 August 2004 | Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legion033
Date of First Publication: 12 August 2004 | Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legion034
Date of First Publication: 12 August 2004 | Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jenkins & Krebs, PC

3951 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph legian035
Date of First Publication 12 August 2004    Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian036
Date of First Publication 12 August 2004    Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian037
Date of First Publication 12 August 2004    Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian038
Date of First Publication 12 August 2004    Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian039
Date of First Publication 12 August 2004    Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian040
Date of First Publication 12 August 2004    Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian041
Date of First Publication 12 August 2004    Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian042
Date of First Publication 12 August 2004    Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian043
Date of First Publication 12 August 2004    Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian044
Date of First Publication 12 August 2004    Nation of First Publication Singapore
Description of Photograph

**C**

Name Jennifraun & Shultz, PC
Number / Street / Apt 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip Arlington, VA 22202-3604

**B**

Title of Photograph  **legian045**
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  **legian046**
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  **legian047**
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  **legian048**
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  **legian049**
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  **legian050**
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  **legian051**
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  **legian052**
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  **legian053**
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  **legian054**
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

**C**

Name
Jennison & Shultz, PC

Number / Street / Apt
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip
Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian055 | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian056 | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian057 | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian058 | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian059 | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian060 | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian061 | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian062 | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian063 | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian064 | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

**C**

Name ▼
Bonner & Kiefie PC

Number / Street / Apt ▼
2461 Jefferson Davis Hwy, Suite 1102

City / State / ZIP ▼
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | legian065 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub140 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai001 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai002 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai003 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai004 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai005 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai006 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai007 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai008 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chiangmai009 |
| Date of First Publication | 20 (Month) October (Day) 2004 (Year)    Nation of First Publication    Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | chiangmai010 |
| Date of First Publication | 20 (Month) October (Day) 2004 (Year)    Nation of First Publication    Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | chiangmai011 |
| Date of First Publication | 20 (Month) October (Day) 2004 (Year)    Nation of First Publication    Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | chiangmai002 |
| Date of First Publication | 20 (Month) October (Day) 2004 (Year)    Nation of First Publication    Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | chiangmai013 |
| Date of First Publication | 20 (Month) October (Day) 2004 (Year)    Nation of First Publication    Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | chiangmai014 |
| Date of First Publication | 20 (Month) October (Day) 2004 (Year)    Nation of First Publication    Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | chiangmai015 |
| Date of First Publication | 20 (Month) October (Day) 2004 (Year)    Nation of First Publication    Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | chiangmai016 |
| Date of First Publication | 20 (Month) October (Day) 2004 (Year)    Nation of First Publication    Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | chiangmai017 |
| Date of First Publication | 20 (Month) October (Day) 2004 (Year)    Nation of First Publication    Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | chiangmai018 |
| Date of First Publication | 20 (Month) October (Day) 2004 (Year)    Nation of First Publication    Singapore |
| Description of Photograph (Optional) | |

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph   chiangmai019
Date of First Publication   20   October   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   chiangmai020
Date of First Publication   20   October   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   chiangmai021
Date of First Publication   20   October   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   chiangmai022
Date of First Publication   20   October   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   chiangmai023
Date of First Publication   20   October   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   chiangmai024
Date of First Publication   20   October   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   chiangmai025
Date of First Publication   20   October   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   chiangmai026
Date of First Publication   20   October   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   chiangmai027
Date of First Publication   20   October   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   chiangmai028
Date of First Publication   20   October   2004   Nation of First Publication   Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ chiangmai029 _____
Date of First Publication __20__ __October__ __2004__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ chiangmai030 _____
Date of First Publication __20__ __October__ __2004__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ chiangmai031 _____
Date of First Publication __20__ __October__ __2004__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ chiangmai032 _____
Date of First Publication __20__ __October__ __2004__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ chiangmai033 _____
Date of First Publication __20__ __October__ __2004__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ chiangmai034 _____
Date of First Publication __20__ __October__ __2004__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ chiangmai035 _____
Date of First Publication __20__ __October__ __2004__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ chiangmai036 _____
Date of First Publication __20__ __October__ __2004__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ chiangmai037 _____
Date of First Publication __20__ __October__ __2004__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ chiangmai038 _____
Date of First Publication __20__ __October__ __2004__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

**C**

Name ▼
Jonathan D. Reichman, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | chiangmai039 | | | | |
| Date of First Publication | 20 (Month) | October (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph |

| | Title of Photograph | chiangmai040 | | | | |
| Date of First Publication | 20 (Month) | October (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph |

| | Title of Photograph | chiangmai041 | | | | |
| Date of First Publication | 20 (Month) | October (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph |

| | Title of Photograph | chiangmai042 | | | | |
| Date of First Publication | 20 (Month) | October (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph |

| | Title of Photograph | chiangmai043 | | | | |
| Date of First Publication | 20 (Month) | October (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph |

| | Title of Photograph | chiangmai044 | | | | |
| Date of First Publication | 20 (Month) | October (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph |

| | Title of Photograph | chiangmai045 | | | | |
| Date of First Publication | 20 (Month) | October (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph |

| | Title of Photograph | chiangmai046 | | | | |
| Date of First Publication | 20 (Month) | October (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph |

| | Title of Photograph | chiangmai047 | | | | |
| Date of First Publication | 20 (Month) | October (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph |

| | Title of Photograph | chiangmai048 | | | | |
| Date of First Publication | 20 (Month) | October (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph |

**C**

Ivanhoe & Banks, PC

2011 Jefferson Davis Hwy - Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai049
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: street

Title of Photograph: chiangmai050
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: street

Title of Photograph: chiangmai051
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: streets

Title of Photograph: chiangmai052
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: streets

Title of Photograph: chiangmai053
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: street

Title of Photograph: chiangmai054
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: street

Title of Photograph: chiangmai055
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: street

Title of Photograph: chiangmai056
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: street

Title of Photograph: chiangmai057
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: street

Title of Photograph: chiangmai058
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: street

**C**

Berenato & Shalts, PC
2011 Jefferson Davis Hwy, Suite 1102
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | chiangmai059 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | none | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai060 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | none | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai061 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | none | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai062 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | none | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai063 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | none | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai064 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | none | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai065 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | none | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai066 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | none | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai067 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | none | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai068 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | none | |

**C**

Denison R. Beach, PC

2021 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Number | |

Title of Photograph ___ chiangmai069 ___
Date of First Publication ___ 20 ___ October ___ 2004 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Option)

Title of Photograph ___ chiangmai070 ___
Date of First Publication ___ 20 ___ October ___ 2004 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Option)

Title of Photograph ___ chiangmai071 ___
Date of First Publication ___ 20 ___ October ___ 2004 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Option)

Title of Photograph ___ chiangmai072 ___
Date of First Publication ___ 20 ___ October ___ 2004 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Option)

Title of Photograph ___ chiangmai073 ___
Date of First Publication ___ 20 ___ October ___ 2004 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Option)

Title of Photograph ___ chiangmai074 ___
Date of First Publication ___ 20 ___ October ___ 2004 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Option)

Title of Photograph ___ chiangmai075 ___
Date of First Publication ___ 20 ___ October ___ 2004 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Option)

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
(Month) (Day) (Year)
Description of Photograph ___ (Option)

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
(Month) (Day) (Year)
Description of Photograph ___ (Option)

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
(Month) (Day) (Year)
Description of Photograph ___ (Option)

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

VA 1-432-330

**EFFECTIVE DATE OF REGISTRATION**

12    29    2010
Month    Day    Year

---

**1**

**Title of This Work ▼**

The Wave Design Pte. Ltd.  Photographs 2006

**NATURE OF THIS WORK ▼** See Instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 362 photographs

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**    **NAME OF AUTHOR ▼**

The Wave Design Pte. Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in  Singapore

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate boxes. See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**    **Name of Author ▼**

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate boxes. See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a**  Year in Which Creation of This Work Was Completed
2006
Year  This information must be given in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information  Month  8/23  Day  12/12/2006
ONLY if this work has been published.    Nation  SIngapore  2006

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12-29-2010
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    DO NOT WRITE HERE

EXAMINED BY
CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                               **Account Number** ▼

Jennison & Shultz, P.C.                    080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number  ( 703 ) 415-1640          Fax number  ( 703 ) 415-0788

Email   John@JennisonLaw.com

**7**
a
b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   THE WAVE DESIGN PTE LTD
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                              Date  28 December 2010

Handwritten signature (X) ▼
X

**8**

Certificate will be mailed in window envelope to this address:

**Name** ▼
Jennison & Shultz, PC

**Number/Street/Apt** ▼
2001 Jefferson Davis Hwy.; Suite 1102

**City/State/Zip** ▼
Arlington, VA 22202-3604

**9**

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-432-330

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

USE ONLY WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

12 (Month)  29 (Day)  2010 (Year)

**CONTINUATION SHEET RECEIVED**

Page 3 of 39 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author _____ THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant _____ THE WAVE DESIGN PTE. LTD., 10A Trengganu Street, Singapore 058464

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph _____ milan001
Date of First Publication ___ 23 (Month) August (Day) 2006 (Year) ___ Nation of First Publication _____ Singapore
Description of Photograph ___ (Optional)

Title of Photograph _____ milan002
Date of First Publication ___ 23 (Month) August (Day) 2006 (Year) ___ Nation of First Publication _____ Singapore
Description of Photograph ___ (Optional)

Title of Photograph _____ milan003
Date of First Publication ___ 23 (Month) August (Day) 2006 (Year) ___ Nation of First Publication _____ Singapore
Description of Photograph ___ (Optional)

Title of Photograph _____ milan004
Date of First Publication ___ 23 (Month) August (Day) 2006 (Year) ___ Nation of First Publication _____ Singapore
Description of Photograph ___ (Optional)

Title of Photograph _____ milan005
Date of First Publication ___ 23 (Month) August (Day) 2006 (Year) ___ Nation of First Publication _____ Singapore
Description of Photograph ___ (Optional)