# EXHIBIT 1-F

THE WAVE STUDIO, LLC
COMPLAINT

| Number | | |
|---|---|---|
| | Title of Photograph | milan026 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | milan027 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan028 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan029 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan030 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan031 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan032 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan033 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan034 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan035 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph ___milan036___

Date of First Publication __23__ __August__ __2005__    Nation of First Publication ___Singapore___

Description of Photograph _____

Title of Photograph ___milan037___

Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

Title of Photograph ___milan038___

Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

Title of Photograph ___milan039___

Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

Title of Photograph ___milan040___

Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

Title of Photograph ___milan041___

Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

Title of Photograph ___milan042___

Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

Title of Photograph ___milan043___

Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

Title of Photograph ___milan044___

Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

Title of Photograph ___milan045___

Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

**C**

Gordon A. Slade, PC

2011 Jefferson Davis Hwy - Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph ___ milan046
Date of First Publication ___ 23 _ August _ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan047
Date of First Publication ___ 23 _ August _ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan048
Date of First Publication ___ 23 _ August _ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan049
Date of First Publication ___ 23 _ August _ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan050
Date of First Publication ___ 23 _ August _ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan051
Date of First Publication ___ 23 _ August _ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan052
Date of First Publication ___ 23 _ August _ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan053
Date of First Publication ___ 23 _ August _ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan054
Date of First Publication ___ 23 _ August _ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan055
Date of First Publication ___ 23 _ August _ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name *
Jennifer A. Shultz, PC

Number / Street / Apt *
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip *
Arlington, VA 22202-3604

**B**

Title of Photograph ___ milan056
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan057
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan058
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan059
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan060
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan061
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan062
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan063
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan064
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan065
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Stratton & Rielly, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**C**

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | milan066 |
| Date of First Publication | 23 (Month)  August (Day)  2006 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | milan067 |
| Date of First Publication | 23 (Month)  August (Day)  2006 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | milan068 |
| Date of First Publication | 23 (Month)  August (Day)  2006 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | milan069 |
| Date of First Publication | 23 (Month)  August (Day)  2006 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | milan070 |
| Date of First Publication | 23 (Month)  August (Day)  2006 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | milan071 |
| Date of First Publication | 23 (Month)  August (Day)  2006 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | milan072 |
| Date of First Publication | 23 (Month)  August (Day)  2006 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | milan073 |
| Date of First Publication | 23 (Month)  August (Day)  2006 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | seraiclub001 |
| Date of First Publication | 4 (Month)  September (Day)  2006 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | seraiclub002 |
| Date of First Publication | 4 (Month)  September (Day)  2006 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

Certificate will be mailed in window envelope to this address

Name ▼
**Jemison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
Number/Date of
Published/
Photographs
(continued)

| Number | | | | | |
|--------|--|--|--|--|--|
| | Title of Photograph | seraiclub003 | | | |
| | Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|--------|--|--|--|--|--|
| | Title of Photograph | seraiclub004 | | | |
| | Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|--------|--|--|--|--|--|
| | Title of Photograph | seraiclub005 | | | |
| | Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|--------|--|--|--|--|--|
| | Title of Photograph | seraiclub006 | | | |
| | Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|--------|--|--|--|--|--|
| | Title of Photograph | seraiclub007 | | | |
| | Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|--------|--|--|--|--|--|
| | Title of Photograph | seraiclub008 | | | |
| | Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|--------|--|--|--|--|--|
| | Title of Photograph | seraiclub009 | | | |
| | Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|--------|--|--|--|--|--|
| | Title of Photograph | seraiclub010 | | | |
| | Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|--------|--|--|--|--|--|
| | Title of Photograph | seraiclub011 | | | |
| | Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|--------|--|--|--|--|--|
| | Title of Photograph | seraiclub012 | | | |
| | Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Sinitz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub013 | |
| Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub014 | |
| Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub015 | |
| Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub016 | |
| Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub017 | |
| Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub018 | |
| Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub019 | |
| Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub020 | |
| Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub021 | |
| Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub022 | |
| Date of First Publication | 4 (Month) September (Day) 2006 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
· Complete all necessary spaces
· Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph __seraiclub023__
Date of First Publication __4__  __September__  __2006__     Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __seraiclub024__
Date of First Publication __4__  __September__  __2006__     Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __seraiclub025__
Date of First Publication __4__  __September__  __2006__     Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __seraiclub026__
Date of First Publication __4__  __September__  __2006__     Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __seraiclub027__
Date of First Publication __4__  __September__  __2006__     Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __seraiclub028__
Date of First Publication __4__  __September__  __2006__     Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __seraiclub029__
Date of First Publication __4__  __September__  __2006__     Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __seraiclub030__
Date of First Publication __4__  __September__  __2006__     Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __seraiclub031__
Date of First Publication __4__  __September__  __2006__     Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __seraiclub032__
Date of First Publication __4__  __September__  __2006__     Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name ▼
**Davison & Sluth, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy ; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**B**

Number

Title of Photograph — seraiclub033
Date of First Publication — 4 September 2006    Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — seraiclub034
Date of First Publication — 4 September 2006    Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — seraiclub035
Date of First Publication — 4 September 2006    Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — seraiclub036
Date of First Publication — 4 September 2006    Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — seraiclub037
Date of First Publication — 4 September 2006    Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — seraiclub038
Date of First Publication — 4 September 2006    Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — seraiclub039
Date of First Publication — 4 September 2006    Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — seraiclub040
Date of First Publication — 4 September 2006    Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — seraiclub041
Date of First Publication — 4 September 2006    Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — seraiclub042
Date of First Publication — 4 September 2006    Nation of First Publication — Singapore
Description of Photograph (Optional)

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __seraiclub043__
Date of First Publication __4__ __September__ __2006__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __seraiclub044__
Date of First Publication __4__ __September__ __2006__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __seraiclub045__
Date of First Publication __4__ __September__ __2006__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __seraiclub046__
Date of First Publication __4__ __September__ __2006__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __seraiclub047__
Date of First Publication __4__ __September__ __2006__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __seraiclub048__
Date of First Publication __4__ __September__ __2006__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __seraiclub049__
Date of First Publication __4__ __September__ __2006__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __seraiclub050__
Date of First Publication __4__ __September__ __2006__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __seraiclub051__
Date of First Publication __4__ __September__ __2006__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __seraiclub052__
Date of First Publication __4__ __September__ __2006__   Nation of First Publication __Singapore__
Description of Photograph

**C**

Name ▼
__Jindian & Shell, PC__

Number / Street / Apt ▼
__2001 Jefferson Davis Hwy., Suite 1102__

City / State / Zip ▼
__Arlington, VA 22202-3604__

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian066 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian067 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian068 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian069 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian070 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian071 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian072 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian073 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian074 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian075 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

**C**

Name ▼
Jameson & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __legian076__

Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__

Description of Photograph ____

Title of Photograph __legian077__

Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__

Description of Photograph ____

Title of Photograph __legian078__

Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__

Description of Photograph ____

Title of Photograph __legian079__

Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__

Description of Photograph ____

Title of Photograph __legian080__

Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__

Description of Photograph ____

Title of Photograph __legian081__

Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__

Description of Photograph ____

Title of Photograph __legian082__

Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__

Description of Photograph ____

Title of Photograph __legian083__

Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__

Description of Photograph ____

Title of Photograph __legian084__

Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__

Description of Photograph ____

Title of Photograph __legian085__

Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__

Description of Photograph ____

**C**

Name ▼
Jacobson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph     legian086
Date of First Publication   4      October      2005     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     legian087
Date of First Publication   4      October      2006     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     legian088
Date of First Publication   4      October      2006     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     legian089
Date of First Publication   4      October      2006     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     legian090
Date of First Publication   4      October      2005     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     legian091
Date of First Publication   4      October      2006     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     legian092
Date of First Publication   4      October      2005     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     legian093
Date of First Publication   4      October      2006     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     legian094
Date of First Publication   4      October      2006     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     legian095
Date of First Publication   4      October      2006     Nation of First Publication     Singapore
Description of Photograph

**C**

Name
Jannings & Shultz, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip
Arlington, VA 22202-9804

**B**

Title of Photograph ....... legian096
Date of First Publication ... 4   October   2006   Nation of First Publication ....... Singapore
Description of Photograph ......

Title of Photograph ....... legian097
Date of First Publication ... 4   October   2006   Nation of First Publication ....... Singapore
Description of Photograph ......

Title of Photograph ....... legian098
Date of First Publication ... 4   October   2006   Nation of First Publication ....... Singapore
Description of Photograph ......

Title of Photograph ....... legian099
Date of First Publication ... 4   October   2006   Nation of First Publication ....... Singapore
Description of Photograph ......

Title of Photograph ....... legian100
Date of First Publication ... 4   October   2006   Nation of First Publication ....... Singapore
Description of Photograph ......

Title of Photograph ....... legian101
Date of First Publication ... 4   October   2006   Nation of First Publication ....... Singapore
Description of Photograph ......

Title of Photograph ....... legian102
Date of First Publication ... 4   October   2006   Nation of First Publication ....... Singapore
Description of Photograph ......

Title of Photograph ....... legian103
Date of First Publication ... 4   October   2006   Nation of First Publication ....... Singapore
Description of Photograph ......

Title of Photograph ....... legian104
Date of First Publication ... 4   October   2006   Nation of First Publication ....... Singapore
Description of Photograph ......

Title of Photograph ....... legian105
Date of First Publication ... 4   October   2006   Nation of First Publication ....... Singapore
Description of Photograph ......

**C**

Name ▼
Kanitos & Bhola, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ legian106

Date of First Publication __4__ ___October___ __2006__  Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Title of Photograph ___ legian107

Date of First Publication __4__ ___October___ __2006__  Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Title of Photograph ___ legian108

Date of First Publication __4__ ___October___ __2006__  Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Title of Photograph ___ legian109

Date of First Publication __4__ ___October___ __2006__  Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Title of Photograph ___ legian110

Date of First Publication __4__ ___October___ __2006__  Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Title of Photograph ___ legian111

Date of First Publication __4__ ___October___ __2006__  Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Title of Photograph ___ legian112

Date of First Publication __4__ ___October___ __2006__  Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Title of Photograph ___ legian113

Date of First Publication __4__ ___October___ __2006__  Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Title of Photograph ___ legian114

Date of First Publication __4__ ___October___ __2006__  Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Title of Photograph ___ legian115

Date of First Publication __4__ ___October___ __2006__  Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

**C**

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**B**

| Title of Photograph | legian116 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 4 | October | 2005 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | | | | | |

| Title of Photograph | legian117 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | | | | | |

| Title of Photograph | legian118 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 4 | October | 2005 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | | | | | |

| Title of Photograph | legian119 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | | | | | |

| Title of Photograph | legian120 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | | | | | |

| Title of Photograph | setai393 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | | | | | |

| Title of Photograph | setai394 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | | | | | |

| Title of Photograph | setai395 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | | | | | |

| Title of Photograph | setai396 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | | | | | |

| Title of Photograph | setai397 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | | | | | |

**C**

Name ▼
Aardvark & Stein, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ setai398
Date of First Publication __12_____December_____2006_____ Nation of First Publication _____Singapore_____
Description of Photograph _____

Title of Photograph _____ setai399
Date of First Publication __12_____December_____2006_____ Nation of First Publication _____Singapore_____
Description of Photograph _____

Title of Photograph _____ setai400
Date of First Publication __12_____December_____2006_____ Nation of First Publication _____Singapore_____
Description of Photograph _____

Title of Photograph _____ setai401
Date of First Publication __12_____December_____2006_____ Nation of First Publication _____Singapore_____
Description of Photograph _____

Title of Photograph _____ setai402
Date of First Publication __12_____December_____2006_____ Nation of First Publication _____Singapore_____
Description of Photograph _____

Title of Photograph _____ setai403
Date of First Publication __12_____December_____2006_____ Nation of First Publication _____Singapore_____
Description of Photograph _____

Title of Photograph _____ setai404
Date of First Publication __12_____December_____2006_____ Nation of First Publication _____Singapore_____
Description of Photograph _____

Title of Photograph _____ setai405
Date of First Publication __12_____December_____2006_____ Nation of First Publication _____Singapore_____
Description of Photograph _____

Title of Photograph _____ setai406
Date of First Publication __12_____December_____2006_____ Nation of First Publication _____Singapore_____
Description of Photograph _____

Title of Photograph _____ setai407
Date of First Publication __12_____December_____2006_____ Nation of First Publication _____Singapore_____
Description of Photograph _____

Name ▼
Pardlow & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph __ setai408 __
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ setai409 __
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ setai410 __
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ setai411 __
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ setai412 __
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ setai413 __
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ setai414 __
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ setai415 __
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ setai416 __
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ setai417 __
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph __

**C**

Name ▼
Jenkins & Smith, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    setai418
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai419
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai420
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai421
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai422
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai423
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai424
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai425
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai426
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai427
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jackson & Sheka, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ setai428

Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ mendocino001

Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ mendocino002

Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ mendocino003

Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ mendocino004

Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ mendocino005

Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ mendocino006

Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ mendocino007

Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ mendocino008

Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ mendocino009

Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore

Description of Photograph _____

Name ▼
Sterling & Sholz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph __mendocino010__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
                          Month   Day   Year

Description of Photograph

---

Title of Photograph __mendocino011__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
                          Month   Day   Year

Description of Photograph

---

Title of Photograph __mendocino012__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
                          Month   Day   Year

Description of Photograph

---

Title of Photograph __mendocino013__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
                          Month   Day   Year

Description of Photograph

---

Title of Photograph __mendocino014__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
                          Month   Day   Year

Description of Photograph

---

Title of Photograph __mendocino015__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
                          Month   Day   Year

Description of Photograph

---

Title of Photograph __mendocino016__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
                          Month   Day   Year

Description of Photograph

---

Title of Photograph __mendocino017__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
                          Month   Day   Year

Description of Photograph

---

Title of Photograph __mendocino018__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
                          Month   Day   Year

Description of Photograph

---

Title of Photograph __mendocino019__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
                          Month   Day   Year

Description of Photograph

---

**C**

Name ▼
Leonard & Stuhn, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ mendocino020
Date of First Publication __ 12 _ December _ 2006 _ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino021
Date of First Publication __ 12 _ December _ 2006 _ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino022
Date of First Publication __ 12 _ December _ 2006 _ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino023
Date of First Publication __ 12 _ December _ 2006 _ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino024
Date of First Publication __ 12 _ December _ 2006 _ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino025
Date of First Publication __ 12 _ December _ 2006 _ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino026
Date of First Publication __ 12 _ December _ 2006 _ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino027
Date of First Publication __ 12 _ December _ 2006 _ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino028
Date of First Publication __ 12 _ December _ 2006 _ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino029
Date of First Publication __ 12 _ December _ 2006 _ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | mendocino030 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino031 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino032 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino033 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino034 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino035 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino036 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino037 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino038 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino039 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Name ▼
Jenkins & Shultz, PC

Number / Street / Apt ▼
2601 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ mendocino040
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino041
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino042
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino043
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino044
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino045
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino046
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino047
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino048
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino049
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore
Description of Photograph _____

**C**

Name ▼
Kincaid & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph __ mendocino050 _____
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph _____

Title of Photograph __ mendocino051 _____
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph _____

Title of Photograph __ mendocino052 _____
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph _____

Title of Photograph __ mendocino053 _____
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph _____

Title of Photograph __ mendocino054 _____
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph _____

Title of Photograph __ mendocino055 _____
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph _____

Title of Photograph __ mendocino056 _____
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph _____

Title of Photograph __ mendocino057 _____
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph _____

Title of Photograph __ mendocino058 _____
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph _____

Title of Photograph __ mendocino059 _____
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore __
Description of Photograph _____

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __mendocino050__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __mendocino061__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __mendocino062__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __mendocino063__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __mendocino064__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __mendocino065__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __mendocino066__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __mendocino067__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __mendocino068__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __mendocino069__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph ____

**C**

Name ▼
Kraснов & Shaikh, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / Town / St ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | mendocino070 |
| Date of First Publication | 12  December  2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino071 |
| Date of First Publication | 12  December  2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino072 |
| Date of First Publication | 12  December  2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino073 |
| Date of First Publication | 12  December  2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino074 |
| Date of First Publication | 12  December  2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino075 |
| Date of First Publication | 12  December  2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino076 |
| Date of First Publication | 12  December  2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino077 |
| Date of First Publication | 12  December  2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino078 |
| Date of First Publication | 12  December  2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino079 |
| Date of First Publication | 12  December  2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Kaufman & Shults, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for One Work by the Same Author (continued)

| | |
|---|---|
| Number | |
| Title of Photograph | mendocino080 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Number | |
| Title of Photograph | mendocino081 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Number | |
| Title of Photograph | mendocino082 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Number | |
| Title of Photograph | mendocino083 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Number | |
| Title of Photograph | mendocino084 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Number | |
| Title of Photograph | mendocino085 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Number | |
| Title of Photograph | mendocino086 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Number | |
| Title of Photograph | mendocino087 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Number | |
| Title of Photograph | mendocino088 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Number | |
| Title of Photograph | mendocino089 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address

| | |
|---|---|
| Name ▼ | Jenison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | Title of Photograph | mendocino090 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino091 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino092 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino093 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino094 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino095 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino096 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino097 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino098 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino099 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Name ▼
Jembaa & Blatts, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___mendocino100___

Date of First Publication __12__  __December__  __2006__   Nation of First Publication ___Singapore___
day        month        year

Description of Photograph _____

Title of Photograph ___mendocino101___

Date of First Publication __12__  __December__  __2006__   Nation of First Publication ___Singapore___
day        month        year

Description of Photograph _____

Title of Photograph ___mendocino102___

Date of First Publication __12__  __December__  __2006__   Nation of First Publication ___Singapore___
day        month        year

Description of Photograph _____

Title of Photograph ___mendocino103___

Date of First Publication __12__  __December__  __2006__   Nation of First Publication ___Singapore___
day        month        year

Description of Photograph _____

Title of Photograph ___mendocino104___

Date of First Publication __12__  __December__  __2006__   Nation of First Publication ___Singapore___
day        month        year

Description of Photograph _____

Title of Photograph ___mendocino105___

Date of First Publication __12__  __December__  __2006__   Nation of First Publication ___Singapore___
day        month        year

Description of Photograph _____

Title of Photograph ___mendocino106___

Date of First Publication __12__  __December__  __2006__   Nation of First Publication ___Singapore___
day        month        year

Description of Photograph _____

Title of Photograph ___mendocino107___

Date of First Publication __12__  __December__  __2006__   Nation of First Publication ___Singapore___
day        month        year

Description of Photograph _____

Title of Photograph ___mendocino108___

Date of First Publication __12__  __December__  __2006__   Nation of First Publication ___Singapore___
day        month        year

Description of Photograph _____

Title of Photograph ___mendocino109___

Date of First Publication __12__  __December__  __2006__   Nation of First Publication ___Singapore___
day        month        year

Description of Photograph _____

**C**

Name ▼
Jimenez & Biels, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ mendocino110
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino111
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino112
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino113
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino114
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino115
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino116
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino117
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino118
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino119
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jameson & Shahe, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ..... mendocino120
Date of First Publication ..... 12 _____ December _____ 2006 _____ Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... mendocino121
Date of First Publication ..... 12 _____ December _____ 2006 _____ Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... mendocino122
Date of First Publication ..... 12 _____ December _____ 2006 _____ Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... mendocino123
Date of First Publication ..... 12 _____ December _____ 2006 _____ Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... mendocino124
Date of First Publication ..... 12 _____ December _____ 2006 _____ Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... mendocino125
Date of First Publication ..... 12 _____ December _____ 2006 _____ Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... mendocino126
Date of First Publication ..... 12 _____ December _____ 2006 _____ Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... mendocino127
Date of First Publication ..... 12 _____ December _____ 2006 _____ Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... mendocino128
Date of First Publication ..... 12 _____ December _____ 2006 _____ Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... mendocino129
Date of First Publication ..... 12 _____ December _____ 2006 _____ Nation of First Publication ..... Singapore
Description of Photograph .....

**C**

Jameson & Stein, PC

2001 Jefferson Davis Hwy - Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph __mendocino130__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino131__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino132__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino133__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino134__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino135__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino136__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino137__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino138__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino139__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name ▼
Ikenson & Hintz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___mendocino140___

Date of First Publication __12__  __December__  __2006__   Nation of First Publication   ___Singapore___

Description of Photograph _____

Title of Photograph ___mendocino141___

Date of First Publication __12__  __December__  __2006__   Nation of First Publication   ___Singapore___

Description of Photograph _____

Title of Photograph ___mendocino142___

Date of First Publication __12__  __December__  __2006__   Nation of First Publication   ___Singapore___

Description of Photograph _____

Title of Photograph ___mendocino143___

Date of First Publication __12__  __December__  __2006__   Nation of First Publication   ___Singapore___

Description of Photograph _____

Title of Photograph ___mendocino144___

Date of First Publication __12__  __December__  __2006__   Nation of First Publication   ___Singapore___

Description of Photograph _____

Title of Photograph ___mendocino145___

Date of First Publication __12__  __December__  __2006__   Nation of First Publication   ___Singapore___

Description of Photograph _____

Title of Photograph ___mendocino146___

Date of First Publication __12__  __December__  __2006__   Nation of First Publication   ___Singapore___

Description of Photograph _____

Title of Photograph _____

Date of First Publication _____   Nation of First Publication _____

Description of Photograph _____

Title of Photograph _____

Date of First Publication _____   Nation of First Publication _____

Description of Photograph _____

Title of Photograph _____

Date of First Publication _____   Nation of First Publication _____

Description of Photograph _____

**C**

Name ▼
Sanchez & Sheltz, PC

Number / Street / Apt ▼
2051 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-432-331**

**EFFECTIVE DATE OF REGISTRATION**

| 12 | 30 | 2010 |
|---|---|---|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** **Title of This Work ▼**

The Wave Pte. Ltd.  Photographs 2005 (A)

**NATURE OF THIS WORK ▼** See Instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 327 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2** **NAME OF AUTHOR ▼**

**a** The Wave Pte. Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in  Singapore

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☑ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3** **a** Year in Which Creation of This Work Was Completed   2005
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month  Jan. 18 – June 15  Day   Year  2005
Nation  Singapore

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE PTE. LTD.;
36 Sago Street, Singapore 059027

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-30-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE / OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE