# EXHIBIT 1-G

THE WAVE STUDIO, LLC
COMPLAINT

**B**

| Title of Photograph | Date of First Publication (Month / Day / Year) | Nation of First Publication | Description of Photograph (Optional) |
|---|---|---|---|
| milan006 | 23 August 2006 | Singapore | |
| milan007 | 23 August 2006 | Singapore | |
| milan008 | 23 August 2006 | Singapore | |
| milan009 | 23 August 2006 | Singapore | |
| milan010 | 23 August 2006 | Singapore | |
| milan011 | 23 August 2006 | Singapore | |
| milan012 | 23 August 2006 | Singapore | |
| milan013 | 23 August 2006 | Singapore | |
| milan014 | 23 August 2006 | Singapore | |
| milan015 | 23 August 2006 | Singapore | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
[illegible] & [illegible], PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: milan016
Date of First Publication: 23 August 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan017
Date of First Publication: 23 August 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan018
Date of First Publication: 23 August 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan019
Date of First Publication: 23 August 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan020
Date of First Publication: 23 August 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan021
Date of First Publication: 23 August 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan022
Date of First Publication: 23 August 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan023
Date of First Publication: 23 August 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan024
Date of First Publication: 23 August 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan025
Date of First Publication: 23 August 2006 — Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jackson & Slade, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

EXAMINED BY [signature] FORM VA

CHECKED BY

CORRESPONDENCE
☒ Yes (In Siebel SR# 1-543173181)

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a** Name ▼ Jennison & Shultz, P.C. Account Number ▼ 080519

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number (703 ) 415-1640 Fax number (703 ) 415-0788

Email John@JennisonLaw.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☒ authorized agent of THE WAVE PTE LTD

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin Date 28 December 2010

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ Jennison & Shultz, PC

Number/Street/Apt ▼ 2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼ Arlington, VA 22202-3604

- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET FOR FORM VA

*for Group Registration of Published Photographs*

Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-432-331

USE ONLY WITH FORM VA

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

EFFECTIVE DATE OF REGISTRATION

12 30 2010
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

Page 3 of 36 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A

Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: THE WAVE PTE. LTD.

Name of Copyright Claimant: THE WAVE PTE. LTD.; 36 Sago Street, Singapore 059027

## B

Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | Title of Photograph | Date of First Publication (Month) | (Day) | (Year) | Nation of First Publication | Description of Photograph (Optional) |
|---|---|---|---|---|---|---|
| | andaman001 | 15 | June | 2005 | Singapore | |
| | andaman002 | 15 | June | 2005 | Singapore | |
| | andaman003 | 15 | June | 2005 | Singapore | |
| | andaman004 | 15 | June | 2005 | Singapore | |
| | andaman005 | 15 | June | 2005 | Singapore | |

**B**

Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication (Month) | (Day) | (Year) | Nation of First Publication | Description of Photograph (Optional) |
|---|---|---|---|---|---|---|
| | andaman006 | 15 | June | 2005 | Singapore | |
| | andaman007 | 15 | June | 2005 | Singapore | |
| | andaman008 | 15 | June | 2005 | Singapore | |
| | andaman009 | 15 | June | 2005 | Singapore | |
| | andaman010 | 15 | June | 2005 | Singapore | |
| | andaman011 | 15 | June | 2005 | Singapore | |
| | andaman012 | 15 | June | 2005 | Singapore | |
| | andaman013 | 15 | June | 2005 | Singapore | |
| | andaman014 | 15 | June | 2005 | Singapore | |
| | andaman015 | 15 | June | 2005 | Singapore | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph andaman016
Date of First Publication 15 June 2005 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman017
Date of First Publication 15 June 2005 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman018
Date of First Publication 15 June 2005 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman019
Date of First Publication 15 June 2005 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman020
Date of First Publication 15 June 2005 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman021
Date of First Publication 15 June 2005 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman022
Date of First Publication 15 June 2005 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman023
Date of First Publication 15 June 2005 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman024
Date of First Publication 15 June 2005 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman025
Date of First Publication 15 June 2005 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# B

**Registration for Group of Published Photographs (continued)**

| Number | Title of Photograph | Date of First Publication (Month) | (Day) | (Year) | Nation of First Publication | Description of Photograph (Optional) |
|---|---|---|---|---|---|---|
| | andaman026 | 15 | June | 2005 | Singapore | |
| | andaman027 | 15 | June | 2005 | Singapore | |
| | andaman028 | 15 | June | 2005 | Singapore | |
| | andaman029 | 15 | June | 2005 | Singapore | |
| | andaman030 | 15 | June | 2005 | Singapore | |
| | andaman031 | 15 | June | 2005 | Singapore | |
| | andaman032 | 15 | June | 2005 | Singapore | |
| | andaman033 | 15 | June | 2005 | Singapore | |
| | andaman034 | 15 | June | 2005 | Singapore | |
| | andaman035 | 15 | June | 2005 | Singapore | |

# C

**Certificate will be mailed in window envelope to this address:**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**YOU MUST:**

- Complete all necessary spaces
- Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**

1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph andaman036
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman037
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman038
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman039
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman040
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman041
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman042
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman043
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman044
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman045
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number

Title of Photograph andaman046
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph andaman047
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph andaman048
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph andaman049
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph andaman050
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph andaman051
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph andaman052
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph andaman053
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph andaman054
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph andaman055
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to *Register of Copyrights*
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph andaman056
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman057
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman058
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman059
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman060
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman061
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman062
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman063
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman064
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph andaman065
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number
Title of Photograph: andaman066
Date of First Publication: 15 (Month) June (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai001
Date of First Publication: 15 (Month) June (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai002
Date of First Publication: 15 (Month) June (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai003
Date of First Publication: 15 (Month) June (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai004
Date of First Publication: 15 (Month) June (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai005
Date of First Publication: 15 (Month) June (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai006
Date of First Publication: 15 (Month) June (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai007
Date of First Publication: 15 (Month) June (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai008
Date of First Publication: 15 (Month) June (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai009
Date of First Publication: 15 (Month) June (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph: datai010
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai011
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai012
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai013
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai014
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai015
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai016
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai017
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai018
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai019
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph datai020
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph datai021
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph datai022
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph datai023
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph datai024
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph datai025
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph datai026
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph datai027
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph datai028
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph datai029
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph: datai030
Date of First Publication: 15 (Month) June (Day) 2005 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai031
Date of First Publication: 15 (Month) June (Day) 2005 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai032
Date of First Publication: 15 (Month) June (Day) 2005 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai033
Date of First Publication: 15 (Month) June (Day) 2005 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai034
Date of First Publication: 15 (Month) June (Day) 2005 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai035
Date of First Publication: 15 (Month) June (Day) 2005 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai036
Date of First Publication: 15 (Month) June (Day) 2005 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai037
Date of First Publication: 15 (Month) June (Day) 2005 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai038
Date of First Publication: 15 (Month) June (Day) 2005 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai039
Date of First Publication: 15 (Month) June (Day) 2005 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication (Month / Day / Year) | Nation of First Publication | Description of Photograph (Optional) |
|---|---|---|---|---|
| | datai040 | 15 June 2005 | Singapore | |
| | datai041 | 15 June 2005 | Singapore | |
| | datai042 | 15 June 2005 | Singapore | |
| | datai043 | 15 June 2005 | Singapore | |
| | datai044 | 15 June 2005 | Singapore | |
| | datai045 | 15 June 2005 | Singapore | |
| | datai046 | 15 June 2005 | Singapore | |
| | datai047 | 15 June 2005 | Singapore | |
| | datai048 | 15 June 2005 | Singapore | |
| | datai049 | 15 June 2005 | Singapore | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph: datai050
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai051
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai052
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai053
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai054
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai055
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai056
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai057
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai058
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai059
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to *Register of Copyrights*
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

B

Registration for Group of Published Photographs (continued)

Number

Title of Photograph datai060
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph datai061
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph datai062
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph datai063
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph datai064
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph datai065
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph datai066
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph datai067
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph datai068
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph datai069
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

C

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication (Month / Day / Year) | Nation of First Publication | Description of Photograph (Optional) |
|---|---|---|---|---|
| | datai070 | 15 June 2005 | Singapore | |
| | datai071 | 15 June 2005 | Singapore | |
| | datai072 | 15 June 2005 | Singapore | |
| | datai073 | 15 June 2005 | Singapore | |
| | datai074 | 15 June 2005 | Singapore | |
| | datai075 | 15 June 2005 | Singapore | |
| | datai076 | 15 June 2005 | Singapore | |
| | datai077 | 15 June 2005 | Singapore | |
| | datai078 | 15 June 2005 | Singapore | |
| | datai079 | 15 June 2005 | Singapore | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph datai080
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph datai081
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph datai082
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph datai083
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph datai084
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph datai085
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph datai086
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph datai087
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph datai088
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph datai089
Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph: datai090
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai091
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai092
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai093
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai094
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai095
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai096
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai097
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai098
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: datai099
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# B

**Registration for Group of Published Photographs (continued)**

Number

Title of Photograph: datai100
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: datai101
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: datai102
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: datai103
Date of First Publication: 15 (Month) June (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: setai042
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: setai043
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: setai044
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: setai045
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: setai046
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: setai047
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

# C

**Certificate will be mailed in window envelope to this address:**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**YOU MUST:**

- Complete all necessary spaces
- Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**

1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph setai048
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai049
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai050
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai051
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai052
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai053
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai054
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai055
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai056
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai057
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication (Month / Day / Year) | Nation of First Publication | Description of Photograph (Optional) |
|---|---|---|---|---|
| | setai058 | 18 January 2005 | Singapore | |
| | setai059 | 18 January 2005 | Singapore | |
| | setai060 | 18 January 2005 | Singapore | |
| | setai061 | 18 January 2005 | Singapore | |
| | setai062 | 18 January 2005 | Singapore | |
| | setai063 | 18 January 2005 | Singapore | |
| | setai064 | 18 January 2005 | Singapore | |
| | setai065 | 18 January 2005 | Singapore | |
| | setai066 | 18 January 2005 | Singapore | |
| | setai067 | 18 January 2005 | Singapore | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph setai068
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai069
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai070
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai071
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai072
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai073
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai074
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai075
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai076
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai077
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph setai078
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai079
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai080
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai081
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai082
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai083
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai084
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai085
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai086
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai087
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph setai088
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai089
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai090
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai091
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai092
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai093
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai094
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai095
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai096
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai097
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph: setai098
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: setai099
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: setai100
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: setai101
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: setai102
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: setai103
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: setai104
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: setai105
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: setai106
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: setai107
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

B

Registration for Group of Published Photographs (continued)

Number

Title of Photograph setai108

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph setai109

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph setai110

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph setai111

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph setai112

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph setai113

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph setai114

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph setai115

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph setai116

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph setai117

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

C

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph: setai118
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: setai119
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: setai120
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: setai121
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: setai122
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: setai123
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: setai124
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: setai125
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: setai126
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: setai127
Date of First Publication: 18 (Month) January (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication (Month / Day / Year) | Nation of First Publication | Description of Photograph (Optional) |
|---|---|---|---|---|
| | setai128 | 18 January 2005 | Singapore | |
| | setai129 | 18 January 2005 | Singapore | |
| | setai130 | 18 January 2005 | Singapore | |
| | setai131 | 18 January 2005 | Singapore | |
| | setai132 | 18 January 2005 | Singapore | |
| | setai133 | 18 January 2005 | Singapore | |
| | setai134 | 18 January 2005 | Singapore | |
| | setai135 | 18 January 2005 | Singapore | |
| | setai136 | 18 January 2005 | Singapore | |
| | setai137 | 18 January 2005 | Singapore | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication (Month) | (Day) | (Year) | Nation of First Publication | Description of Photograph (Optional) |
|---|---|---|---|---|---|---|
| | setai138 | 18 | January | 2005 | Singapore | |
| | setai139 | 18 | January | 2005 | Singapore | |
| | setai140 | 18 | January | 2005 | Singapore | |
| | setai141 | 18 | January | 2005 | Singapore | |
| | setai142 | 18 | January | 2005 | Singapore | |
| | setai143 | 18 | January | 2005 | Singapore | |
| | setai144 | 18 | January | 2005 | Singapore | |
| | setai145 | 18 | January | 2005 | Singapore | |
| | setai146 | 18 | January | 2005 | Singapore | |
| | setai147 | 18 | January | 2005 | Singapore | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph setai148
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai149
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai150
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai151
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai152
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai153
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai154
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai155
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph setai156
Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph seahst001
Date of First Publication 24 (Month) February (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number
Title of Photograph: seahst002
Date of First Publication: 24 (Month) February (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: seahst003
Date of First Publication: 24 (Month) February (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: seahst004
Date of First Publication: 24 (Month) February (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: seahst005
Date of First Publication: 24 (Month) February (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: seahst006
Date of First Publication: 24 (Month) February (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: seahst007
Date of First Publication: 24 (Month) February (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: seahst008
Date of First Publication: 24 (Month) February (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: seahst009
Date of First Publication: 24 (Month) February (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: seahst010
Date of First Publication: 24 (Month) February (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: seahst011
Date of First Publication: 24 (Month) February (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number

Title of Photograph seahst012
Date of First Publication 24 (Month) February (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph seahst013
Date of First Publication 24 (Month) February (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph seahst014
Date of First Publication 24 (Month) February (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph seahst015
Date of First Publication 24 (Month) February (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph seahst016
Date of First Publication 24 (Month) February (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph seahst017
Date of First Publication 24 (Month) February (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph setai157
Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph setai158
Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph setai159
Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph setai181
Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number

Title of Photograph setai160
Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph setai161
Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph setai162
Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph setai163
Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph setai164
Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph setai165
Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph setai166
Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph setai167
Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph setai168
Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph setai169
Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph setai170

Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph setai171

Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph setai172

Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph setai173

Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph setai174

Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph setai175

Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph setai176

Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph setai177

Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph setai178

Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph setai179

Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

**Registration for Group of Published Photographs (continued)**

Number

Title of Photograph setai180

Date of First Publication 26 (Month) May (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph datai104

Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph

Date of First Publication (Month) (Day) (Year) Nation of First Publication

Description of Photograph (Optional)

Number

Title of Photograph

Date of First Publication (Month) (Day) (Year) Nation of First Publication

Description of Photograph (Optional)

Number

Title of Photograph

Date of First Publication (Month) (Day) (Year) Nation of First Publication

Description of Photograph (Optional)

Number

Title of Photograph

Date of First Publication (Month) (Day) (Year) Nation of First Publication

Description of Photograph (Optional)

Number

Title of Photograph

Date of First Publication (Month) (Day) (Year) Nation of First Publication

Description of Photograph (Optional)

Number

Title of Photograph

Date of First Publication (Month) (Day) (Year) Nation of First Publication

Description of Photograph (Optional)

Number

Title of Photograph

Date of First Publication (Month) (Day) (Year) Nation of First Publication

Description of Photograph (Optional)

Number

Title of Photograph

Date of First Publication (Month) (Day) (Year) Nation of First Publication

Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG VA 1-432-332

EFFECTIVE DATE OF REGISTRATION

12 30 2010
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
The Wave Design Pte. Ltd. Photographs 2005 (B)

NATURE OF THIS WORK ▼ See instructions
Photographs

Previous or Alternative Titles ▼
Group Registration / Published Photos - 394 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

NAME OF AUTHOR ▼
a The Wave Design Pte. Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____ / Domiciled in Singapore

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☑ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____ / Domiciled in ____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed: 2005 Year
This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month July 6 - Oct. 8 Day ____ Year 2005
Singapore Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED 12-30-2010

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▸ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY FORM VA

CHECKED BY

☒ CORRESPONDENCE Yes (In Siebel SR# 1-543173304)

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼ **a**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼ **b**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼ **a**

Jennison & Shultz, P.C. 080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼ **b**

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number (703) 415-1640 Fax number (703) 415-0788

Email John@JennisonLaw.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of THE WAVE DESIGN PTE LTD
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin Date 28 December 2010

Handwritten signature (X) ▼

X

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET FOR FORM VA
## *for Group Registration of Published Photographs*

Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-432-332

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

12 30 2010
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

Page 3 of 43 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant: THE WAVE DESIGN PTE. LTD.; 10A Trengganu Street, Singapore 058464

**B** Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Number: [ ]
Title of Photograph: muscat149
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number: [ ]
Title of Photograph: muscat150
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number: [ ]
Title of Photograph: muscat151
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number: [ ]
Title of Photograph: muscat152
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number: [ ]
Title of Photograph: muscat153
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

**B**

**Registration for Group of Published Photographs (continued)**

Number

Title of Photograph: muscat154

Date of First Publication: 6 (Month) July (Day) 2005 (Year)

Nation of First Publication: Singapore

Description of Photograph (Optional):

Number

Title of Photograph: muscat155

Date of First Publication: 6 (Month) July (Day) 2005 (Year)

Nation of First Publication: Singapore

Description of Photograph (Optional):

Number

Title of Photograph: muscat156

Date of First Publication: 6 (Month) July (Day) 2005 (Year)

Nation of First Publication: Singapore

Description of Photograph (Optional):

Number

Title of Photograph: muscat157

Date of First Publication: 6 (Month) July (Day) 2005 (Year)

Nation of First Publication: Singapore

Description of Photograph (Optional):

Number

Title of Photograph: muscat158

Date of First Publication: 6 (Month) July (Day) 2005 (Year)

Nation of First Publication: Singapore

Description of Photograph (Optional):

Number

Title of Photograph: muscat159

Date of First Publication: 6 (Month) July (Day) 2005 (Year)

Nation of First Publication: Singapore

Description of Photograph (Optional):

Number

Title of Photograph: muscat160

Date of First Publication: 6 (Month) July (Day) 2005 (Year)

Nation of First Publication: Singapore

Description of Photograph (Optional):

Number

Title of Photograph: muscat161

Date of First Publication: 6 (Month) July (Day) 2005 (Year)

Nation of First Publication: Singapore

Description of Photograph (Optional):

Number

Title of Photograph: muscat162

Date of First Publication: 6 (Month) July (Day) 2005 (Year)

Nation of First Publication: Singapore

Description of Photograph (Optional):

Number

Title of Photograph: muscat163

Date of First Publication: 6 (Month) July (Day) 2005 (Year)

Nation of First Publication: Singapore

Description of Photograph (Optional):

**Certificate will be mailed in window envelope to this address:**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph: muscat164
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: muscat165
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: muscat166
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: muscat167
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: muscat168
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: muscat169
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: muscat170
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: muscat171
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: muscat172
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: muscat173
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph: muscat174
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: muscat175
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: muscat176
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: muscat167
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: muscat178
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: muscat179
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: muscat180
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: muscat181
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: muscat182
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: muscat183
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number

Title of Photograph muscat184
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph muscat185
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph muscat186
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph muscat187
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph muscat188
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph muscat189
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph muscat190
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph muscat191
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph muscat192
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph muscat193
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph: muscat194
Date of First Publication: 6 July 2005 (Month) (Day) (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: muscat195
Date of First Publication: 6 July 2005 (Month) (Day) (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: muscat196
Date of First Publication: 6 July 2005 (Month) (Day) (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: muscat197
Date of First Publication: 6 July 2005 (Month) (Day) (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: muscat198
Date of First Publication: 6 July 2005 (Month) (Day) (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: muscat199
Date of First Publication: 6 July 2005 (Month) (Day) (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: muscat200
Date of First Publication: 6 July 2005 (Month) (Day) (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: muscat201
Date of First Publication: 6 July 2005 (Month) (Day) (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: muscat202
Date of First Publication: 6 July 2005 (Month) (Day) (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: muscat203
Date of First Publication: 6 July 2005 (Month) (Day) (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number

Title of Photograph muscat204
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph muscat205
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph muscat206
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph muscat207
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph muscat208
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph muscat209
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph muscat210
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph muscat211
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph muscat212
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph muscat213
Date of First Publication 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Title of Photograph: muscat214
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: muscat215
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: muscat216
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: muscat217
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: muscat218
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: muscat219
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: muscat220
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: muscat221
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: muscat222
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: muscat223
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication (Month) | (Day) | (Year) | Nation of First Publication | Description of Photograph (Optional) |
|---|---|---|---|---|---|---|
| | muscat224 | 6 | July | 2005 | Singapore | |
| | muscat225 | 6 | July | 2005 | Singapore | |
| | muscat226 | 6 | July | 2005 | Singapore | |
| | muscat227 | 6 | July | 2005 | Singapore | |
| | muscat228 | 6 | July | 2005 | Singapore | |
| | muscat229 | 6 | July | 2005 | Singapore | |
| | muscat230 | 6 | July | 2005 | Singapore | |
| | muscat231 | 6 | July | 2005 | Singapore | |
| | muscat232 | 6 | July | 2005 | Singapore | |
| | muscat233 | 6 | July | 2005 | Singapore | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000