# EXHIBIT 2-C

THE WAVE STUDIO, LLC
COMPLAINT

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From 03/19/2012   To 03/20/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

# The Chedi Club at Tanah Gajah, Ubud

253 reviews

Jalan Goa Gajah, Ubud, 80571, ID

Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)



### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**

Based on **258** traveler reviews

**Most Recent Traveler Reviews:**

- Feb 17, 2012: "First time staying at The Chedi Club..."
- Feb 13, 2012: "An Eastern beauty - cannot find in..."
- Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: **Manage Your Booking**

English   USD $

From 03/19/2012   To 03/20/2012   Rooms: 1 Guests: 2 Adults   **› Change**

‹ **Back to Search Results**

## The Chedi Club at Tanah Gajah, Ubud

★★★★★
253 reviews
Jalan Goa Gajah, Ubud, 80571, ID
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |

### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
Based on **258** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "First time staying at The Chedi Club..."
- Feb 13, 2012: "An Eastern beauty - cannot find in..."
- Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also



Continental Airlines – The Chedi Club at Tanah Gajah, Ubud

**Continental Airlines** HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 03/19/2012   To 03/20/2012   Rooms: 1 Guests: 2 Adults   ▸ Change

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

⭐⭐⭐⭐⭐
253 reviews

Jalan Goa Gajah, Ubud, 80571, ID

Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

Low Price Guarantee (Details)

### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
Based on **258** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "First time staying at The Chedi Club..."
- Feb 13, 2012: "An Eastern beauty – cannot find in..."
- Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also

## Continental Airlines | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From 03/19/2012  To 03/20/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

### The Chedi Club at Tanah Gajah, Ubud

★★★★★
🔘 253 reviews

Jalan Goa Gajah, Ubud, 80571, ID

Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$390**

Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | Low Price Guarantee (Details) |

**The Chedi Club Tanah Gajah a GHM Hotel**

TripAdvisor Traveler Rating:
🔘 ●●●●○
Based on **258** traveler reviews

**Most Recent Traveler Reviews:**

- Feb 17, 2012: "First time staying at The Chedi Club..."
- Feb 13, 2012: "An Eastern beauty - cannot find in..."
- Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**

© 2012 TripAdvisor LLC

### Description

**Location.**

The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**

The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**

20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also





# Continental Airlines

**HOTELS**

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English  •  USD $

From 03/19/2012  To 03/20/2012  Rooms: 1 Guests: 2 Adults  › **Change**

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

⭐⭐⭐⭐⭐
253 reviews

Jalan Goa Gajah, Ubud, 80571, ID

Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$390**

Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
⭐⭐⭐⭐⭐
Based on **258** traveler reviews

**Most Recent Traveler Reviews:**

- Feb 17, 2012: "First time staying at The Chedi Club..."
- Feb 13, 2012: "An Eastern beauty - cannot find in..."
- Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**

The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**

The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**

20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also











**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English  •  USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Datai

★★★★★  612 reviews
Jalan Teluk Datai, Langkawi, 07000, MY
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

~~$687~~
**$618**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### The Datai Langkawi

**TripAdvisor Traveler Rating:**
★★★★
Based on **618** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 12, 2012: "fantastic, but....."
- Feb 11, 2012: "A wonderful place. February 2012."
- Feb 11, 2012: "authentic and confident, relaxing and exceptional"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Datai is located in Langkawi's Datai Bay neighborhood, close to Datai Golf Club. Additional area points of interest include Langkawi Beach.

**Hotel Features.**
This Langkawi hotel has a private beach. Dining options at The Datai include 5 restaurants. The hotel serves Hot and cold buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool and a health club. There is a full-service health spa on site. This 5-star property has a business center and offers small meeting rooms, secretarial services, and a technology helpdesk. Complimentary wireless Internet access is available in public areas and the hotel has an Internet point. This Langkawi property has 72 square meters of event space consisting of a conference center and conference/meeting rooms. Business services, wedding services, limo/town car service, and tour/ticket assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a rooftop terrace, a marina, and a library. Extended parking privileges may be offered to guests after check-out (surcharge). The property has designated areas for smoking.

**Guestrooms.**
All guestrooms at The Datai feature coffee/tea makers and safes. All accommodations have balconies. All rooms include separate sitting areas. Bathrooms feature separate bathtubs and showers. Wired high-speed Internet access is complimentary. Televisions have satellite channels and DVD players.

**Notifications and Fees:**



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

English    USD $

From 04/09/2012    To 04/10/2012    Rooms: 1 Guests: 2 Adults    › Change

‹ Back to Search Results

## The Datai
★★★★★
612 reviews
Jalan Teluk Datai, Langkawi, 07000, MY
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

~~$687~~
**$618**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### The Datai Langkawi
**TripAdvisor Traveler Rating:**
★★★★★
Based on 618 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 12, 2012: "fantastic, but....."
- Feb 11, 2012: "A wonderful place. February 2012."
- Feb 11, 2012: "authentic and confident, relaxing and exceptional"

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Datai is located in Langkawi's Datai Bay neighborhood, close to Datai Golf Club. Additional area points of interest include Langkawi Beach.

**Hotel Features.**
This Langkawi hotel has a private beach. Dining options at The Datai include 5 restaurants. The hotel serves Hot and cold buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool and a health club. There is a full-service health spa on site. This 5-star property has a business center and offers small meeting rooms, secretarial services, and a technology helpdesk. Complimentary wireless Internet access is available in public areas and the hotel has an Internet point. This Langkawi property has 72 square meters of event space consisting of a conference center and conference/meeting rooms. Business services, wedding services, limo/town car service, and tour/ticket assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a rooftop terrace, a marina, and a library. Extended parking privileges may be offered to guests after check-out (surcharge). The property has designated areas for smoking.

**Guestrooms.**
All guestrooms at The Datai feature coffee/tea makers and safes. All accommodations have balconies. All rooms include separate sitting areas. Bathrooms feature separate bathtubs and showers. Wired high-speed Internet access is complimentary. Televisions have satellite channels and DVD players.

**Notifications and Fees.**















United Airlines – The Lalu Sun Moon Lake









United Airlines - The Lalu Sun Moon Lake

United Airlines - The Lalu Sun Moon Lake





**UNITED Hotels**

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

◈ ▣ › English • USD $

From [          ] 🗓 To [          ] 🗓   Rooms: **1** Guests: **2 Adults**   › Change

‹ Back to Search Results

## The Lalu Sun Moon Lake

★★★★★  ◉◉○○○○ 0 reviews

142 Jung Hing Road, Yuchi, 555, TW
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$402**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

◉◉ tripadvisor

Sorry, no reviews are available for this property.

© 2012 TripAdvisor LLC

## Description

**Location.**
Attractions in the region around The Lalu Sun Moon Lake include New Era Sculpture Park and Lungnan Natural Lacquerware Museum.

**Hotel Features.**
The Lalu Sun Moon Lake features a coffee shop/café and a bar/lounge. Room service is available during limited hours. The hotel serves a complimentary buffet breakfast each morning in the restaurant. Recreational amenities include 2 spa tubs. Also located on site are an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a business center and offers small meeting rooms and secretarial services. Complimentary wireless Internet access is available in public areas. The property has 4 meeting rooms. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
35 air-conditioned guestrooms at The Lalu Sun Moon Lake feature CD players and complimentary bottled water. Balconies offer lake views. Bathrooms feature separate bathtubs and showers with deep soaking bathtubs, handheld showerheads, and rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer phones. Cable television is provided. Also included are windows that open and blackout drapes/curtains. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

**Notifications:**

[+] FEEDBACK

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

| From | To | Rooms: 1 Guests: 2 Adults | ›Change |

‹Back to Search Results

## The Lalu Sun Moon Lake

★★★★★  ⊙⊙○○○○○ 0 reviews

142 Jung Hing Road, Yuchi, 555, TW

Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$402**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

Low Price Guarantee (Details)



⊙⊙ tripadvisor®

Sorry, no reviews are available for this property.

© 2012 TripAdvisor LLC

## Description

**Location.**
Attractions in the region around The Lalu Sun Moon Lake include New Era Sculpture Park and Lungnan Natural Lacquerware Museum.

**Hotel Features.**
The Lalu Sun Moon Lake features a coffee shop/café and a bar/lounge. Room service is available during limited hours. The hotel serves a complimentary buffet breakfast each morning in the restaurant. Recreational amenities include 2 spa tubs. Also located on site are an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a business center and offers small meeting rooms and secretarial services. Complimentary wireless Internet access is available in public areas. The property has 4 meeting rooms. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
35 air-conditioned guestrooms at The Lalu Sun Moon Lake feature CD players and complimentary bottled water. Balconies offer lake views. Bathrooms feature separate bathtubs and showers with deep soaking bathtubs, handheld showerheads, and rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer phones. Cable television is provided. Also included are windows that open and blackout drapes/curtains. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

**Notifications:**

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English  USD $

**From** [        ] **To** [        ]  **Rooms: 1 Guests: 2 Adults**  › Change

‹ Back to Search Results

## The Lalu Sun Moon Lake

★★★★★  ⊙⊙ ○○○○○  0 reviews

142 Jung Hing Road, Yuchi, 555, TW

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$402**

Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)



⊙⊙ tripadvisor®

Sorry, no reviews are available for this property.

© 2012 TripAdvisor LLC

## Description

**Location.**
Attractions in the region around The Lalu Sun Moon Lake include New Era Sculpture Park and Lungnan Natural Lacquerware Museum.

**Hotel Features.**
The Lalu Sun Moon Lake features a coffee shop/café and a bar/lounge. Room service is available during limited hours. The hotel serves a complimentary buffet breakfast each morning in the restaurant. Recreational amenities include 2 spa tubs. Also located on site are an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a business center and offers small meeting rooms and secretarial services. Complimentary wireless Internet access is available in public areas. The property has 4 meeting rooms. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
35 air-conditioned guestrooms at The Lalu Sun Moon Lake feature CD players and complimentary bottled water. Balconies offer lake views. Bathrooms feature separate bathtubs and showers with deep soaking bathtubs, handheld showerheads, and rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer phones. Cable television is provided. Also included are windows that open and blackout drapes/curtains. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

**Notifications:**

[+] FEEDBACK



# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: **Manage Your Booking**

▸ English   ▸ USD $

| From | | To | | Rooms: 1 Guests: 2 Adults | ▸ Change |

◂ Back to Search Results

## The Lalu Sun Moon Lake

★★★★★   🅾🅾⭕⭕⭕⭕ 0 reviews

142 Jung Hing Road, Yuchi, 555, TW
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

### $402
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)



🅾🅾 **tripadvisor**

Sorry, no reviews are available for this property.

© 2012 TripAdvisor LLC

## Description

**Location.**
Attractions in the region around The Lalu Sun Moon Lake include New Era Sculpture Park and Lungnan Natural Lacquerware Museum.

**Hotel Features.**
The Lalu Sun Moon Lake features a coffee shop/café and a bar/lounge. Room service is available during limited hours. The hotel serves a complimentary buffet breakfast each morning in the restaurant. Recreational amenities include 2 spa tubs. Also located on site are an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a business center and offers small meeting rooms and secretarial services. Complimentary wireless Internet access is available in public areas. The property has 4 meeting rooms. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
35 air-conditioned guestrooms at The Lalu Sun Moon Lake feature CD players and complimentary bottled water. Balconies offer lake views. Bathrooms feature separate bathtubs and showers with deep soaking bathtubs, handheld showerheads, and rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer phones. Cable television is provided. Also included are windows that open and blackout drapes/curtains. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

**Notifications:**

[+] FEEDBACK



# The Lalu Sun Moon Lake

★★★★★  ◎◎○○○○○ 0 reviews

142 Jung Hing Road, Yuchi, 555, TW
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$402**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |

tripadvisor
Sorry, no reviews are available for this property.
© 2012 TripAdvisor LLC

## Description

**Location.**
Attractions in the region around The Lalu Sun Moon Lake include New Era Sculpture Park and Lungnan Natural Lacquerware Museum.

**Hotel Features.**
The Lalu Sun Moon Lake features a coffee shop/café and a bar/lounge. Room service is available during limited hours. The hotel serves a complimentary buffet breakfast each morning in the restaurant. Recreational amenities include 2 spa tubs. Also located on site are an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a business center and offers small meeting rooms and secretarial services. Complimentary wireless Internet access is available in public areas. The property has 4 meeting rooms. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
35 air-conditioned guestrooms at The Lalu Sun Moon Lake feature CD players and complimentary bottled water. Balconies offer lake views. Bathrooms feature separate bathtubs and showers with deep soaking bathtubs, handheld showerheads, and rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer phones. Cable television is provided. Also included are windows that open and blackout drapes/curtains. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

**Notifications:**



## UNITED Hotels

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

✈ united.com

English    USD $

From [          ] To [          ]    Rooms: 1 Guests: 2 Adults    › Change

‹ Back to Search Results

### The Lalu Sun Moon Lake

★★★★★  ◎◎○○○○○  0 reviews

142 Jung Hing Road, Yuchi, 555, TW
Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$402**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)

◎◎ tripadvisor®

Sorry, no reviews are available for this property.

© 2012 TripAdvisor LLC

### Description

**Location.**
Attractions in the region around The Lalu Sun Moon Lake include New Era Sculpture Park and Lungnan Natural Lacquerware Museum.

**Hotel Features.**
The Lalu Sun Moon Lake features a coffee shop/café and a bar/lounge. Room service is available during limited hours. The hotel serves a complimentary buffet breakfast each morning in the restaurant. Recreational amenities include 2 spa tubs. Also located on site are an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a business center and offers small meeting rooms and secretarial services. Complimentary wireless Internet access is available in public areas. The property has 4 meeting rooms. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
35 air-conditioned guestrooms at The Lalu Sun Moon Lake feature CD players and complimentary bottled water. Balconies offer lake views. Bathrooms feature separate bathtubs and showers with deep soaking bathtubs, handheld showerheads, and rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer phones. Cable television is provided. Also included are windows that open and blackout drapes/curtains. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

**Notifications:**

[+] FEEDBACK





Continental Airlines – Properties in Cavelossim Beach, Nerul, India





Continental Airlines – Properties in Cavelossim Beach, Nerul, India

**Continental Airlines** HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

Results For  Cavelossim Beach, Nerul, India    Search

From 03/19/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   ▸ Change

Change View   List View   Map View                    Low Price Guarantee (Details)

**Search by Name**
leela

**Avg Nightly Rate**
from $0 to $500+

**Star Rating**
☐ 5★★★★★
☐ 4★★★★

**Traveler Rating**
Generated by tripadvisor
1.0
1.0          5.0

**Amenities**
☐ Babysitting
☐ Fitness Center
☐ Room Service
☐ Pool
☐ Internet Access
Show All

**Locations**
☐ Agonda Beach
☐ Arch of the Viceroys
☐ Basilica of Bom Jesus
☐ Benaulim Beach
☐ Bondla Wildlife Sanct...
Show All

**Types**

2 hotels match your selection

All prices are displayed in $ USD

Sort by  Our Recommendations

**The Leela Goa**                                    ✕

$272
Avg. Nightly Rate from

pe 00-800-11-20-11-40

Avg Nightly Rate

Breakfast Buffet   $272   Book

Breakfast Buffet   $301   Book

Pause        19 of 39        See All Photos

THE LEELA GOA BEACH RESORT
THE LEELA
GOA BEACH    ★★★★☆        447 reviews
RESORT
Show on map    More details
Hotel Information US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

Check Rates

1





Continental Airlines – Properties in Cavelossim Beach, Nerul, India

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English • USD $

Results For  Cavelossim Beach, Nerul, India   [Search]

From 03/19/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   ▸ Change

Change View | ☰ List View | ✥ Map View                     Low Price Guarantee (Details)

### Search by Name
leela  ✕ ▸

**Avg Nightly Rate**
from $0 to $500+

**Star Rating**
☐ 5 ★★★★★
☐ 4 ★★★★

**Traveler Rating**
Generated by ◎◎ tripadvisor
1.0
1.0              5.0

**Amenities**
☐ Babysitting
☐ Fitness Center
☐ Room Service
☐ Pool
☐ Internet Access
Show All

**Locations**
☐ Agonda Beach
☐ Arch of the Viceroys
☐ Basilica of Bom Jesus
☐ Benaulim Beach
☐ Bondla Wildlife Sanct...
Show All

**Types**

2 hotels match your selection

Sort by  Our Recommendations ▾

All prices are displayed in $ USD

**The Leela Goa**   ✕



Pause          22 of 39          See All Photos

$272
Avg. Nightly Rate from

00-800-11-20-11-40

Avg Nightly Rate

Breakfast Buffet    $272    [Book]

Breakfast Buffet    $301    [Book]

THE LEELA GOA BEACH RESORT
★★★★☆   ◎◎ ◉◉◉◉◉ 447 reviews
Show on map   More details
Hotel Information US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

THE LEELA GOA BEACH RESORT

[Check Rates]

1

[–]
FEEDBACK



Continental Airlines – Properties in Cavelossim Beach, Nerul, India

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English  •  USD $

Results For  Cavelossim Beach, Nerul, India        Search

From 03/19/2012  To 04/10/2012   Rooms: 1 Guests: 2 Adults  ▸ Change

Change View  | ☰ List View  | ✛ Map View          Low Price Guarantee (Details)

### Search by Name
leela ✕ ▸

### Avg Nightly Rate
from $0 to $500+

### Star Rating
☐ 5 ★★★★★
☐ 4 ★★★★

### Traveler Rating
Generated by ◎◎ tripadvisor
1.0
1.0        5.0

### Amenities
☐ Babysitting
☐ Fitness Center
☐ Room Service
☐ Pool
☐ Internet Access
Show All

### Locations
☐ Agonda Beach
☐ Arch of the Viceroys
☐ Basilica of Bom Jesus
☐ Benaulim Beach
☐ Bondla Wildlife Sanct...
Show All

### Types

2 hotels match your selection

All prices are displayed in $ USD

Sort by  Our Recommendations ▾

$272
Avg. Nightly Rate from

Avg Nightly Rate

Breakfast Buffet  $272  Book
Breakfast Buffet  $301  Book

The Leela Goa ✕



Pause    24 of 39    See All Photos

THE LEELA GOA BEACH RESORT

THE LEELA GOA BEACH RESORT  ★★★★☆  ◎◎ ◎◎◎◎◎ 447 reviews

Show on map   More details

Hotel Information US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

Check Rates

1

FEEDBACK

Continental Airlines – Properties in Cavelossim Beach, Nerul, India



