# EXHIBIT 2-E

THE WAVE STUDIO, LLC
COMPLAINT





























United Airlines – The Chedi Mu...  |  Continental Airlines – THE LEEL...

hotels.continental.com/templates/362349/hotels/399261/overview?lang=en&currency=USD&secureUrlFromDataBridge=https%3A%2F%2Fsecure.travelnow.com&requ...

## Continental Airlines HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English  ›  USD $

From 04/09/2012  To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

### THE LEELA GOA BEACH RESORT

★★★★☆
447 reviews
Mobor, Goa, 403731, IN
Hotel Information: US and Canada: 800-667-9927  Europe 00-800-11-20-11-40

**$241**
Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

Low Price Guarantee (Details)



### The Leela Goa

**TripAdvisor Traveler Rating:**
★★★★☆
Based on **462** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 18, 2012: "A luxurious resort, in a fantastic location,..."
- Feb 14, 2012: "Great Resort..."
- Feb 14, 2012: "One word - SPECTACULAR!!!!!"

**Read reviews »**

© 2012 TripAdvisor LLC

### Description

What do you get when you blend South India's temple traditions with Portuguese heritage? A 5 star beach resort called The Leela Goa, for one. Sprawled over 75 endless acres in idyllic South Goa, the property boasts a 12 hole, par 3 golf course for the aficionados. And if you prefer to unwind by not doing anything at all, you have the Mobor Beach pretty much to yourself. . The bustling fishing village along the Sal River, to the south, offers a fascinating insight into how the lucky locals of Goa live. Being a luxury resort means that The Leela Goa offers you a choice of 206 rooms, suites and villas, as well as from a host of dining options and leisure activities from one of the most desired Goa hotels. Add to this a state-of-the-art business centre and you have the perfect destination for a company conference too. . Enjoy the legendary elegance and breathtaking beauty of this renowned beach hotel in Goa, set against the backdrop of an intriguing fusion of colonial Portugal and modern India when you choose to stay with The Leela Goa. Stride through the Vijayanagara Palace lobby at The Leela Goa and you can't miss the Yali Lounge. Under majestic domes that hark back to the glory of the ancient rulers, this lounge overlooks beautifully landscaped waterfalls, tropical gardens and lagoons with soothing live Indian musician adding charm. Whether tea in the afternoon, cocktails in the evening or cognac and cigars after dinner, the Yali Lounge is the perfect place to appreciate our hand-picked treasure of antiques, each an original. Much like The Leela Goa itself. . - Aqua - Open 7 Days Serving Cocktails, Refreshments and Light Snacks You're never too far from a party in Goa. And that's especially true at The Leela Goa, thanks to Aqua, our entertainment lounge. A meeting space by day and a discotheque by night . . - Las Vegas - Open 7 Days Serving Cocktails, Refreshments and Light Snacks Lagoon Terrace King 35 sqm room with a two posture bed and 15 sqm private balcony overlooking the ever so beautiful Lagoon. 40inch Plasma TV with a dedicated DVD console Electronically operated day lit bathrooms equipped with a twin spout massage shower and a sink-in bath tub . Conservatory Premier King 58 sqm room with a two posture bed 40inch Plasma TV with a dedicated DVD console Electronically operated day lit bathrooms equipped with a twin spout massage shower and a sink-in bath tub . Conservatory Premier Twin 58 sqm room with a two posture bed 40inch Plasma TV with a dedicated DVD console Electronically operated day lit bathrooms equipped with a twin spout massage shower and a sink-in bath tub . Lagoon Suite King 66 sqm room with a two posture bed with 15 sqm of private balcony space Attached Living room area with a balcony overlooking the Lagoon 40inch Plasma TV with a dedicated DVD console . Lagoon Deluxe Suite King 98 sqm room with 19 sqm of balcony space 40inch Plasma TV with a dedicated DVD console Sun deck beds in the balcony . Club





US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349

**Continental Airlines**  | HOTELS

✈ continental.com

Customer Service: Manage Your Booking

English  ▸ USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  ▸ Change

◂ Back to Search Results

## THE LEELA GOA BEACH RESORT

447 reviews

Mobor, Goa, 403731, IN

Hotel Information: US and Canada: 800-667-9927  Europe 00-800-11-20-11-40

**$241**

Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

Pause

**Traveler Photos From** ᵒᵒ tripadvisor

All prices are displayed in $ USD

| Room Types | Nightly Rate | |
|---|---|---|
| LAGOON TERRACE-KING BED-PRIVATE BALCONY - 40INCH LCD TV-DVD-SUNKEN BATHTUB<br>Cancellation Policy | $241 | Book |
| LAGOON TERRACE-TWIN BED-PRIVATE BALCONY - 40 INCH PLASMA TV-DVD CONSOLE-SUNKEN BATHTUB<br>Cancellation Policy | $241 | Book |

See all rooms »

FEEDBACK

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English  ›  USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## THE LEELA GOA BEACH RESORT

★★★★☆

447 reviews

Mobor, Goa, 403731, IN

Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$241**
Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | **Low Price Guarantee** (Details) |



‹  ›

Pause

**Traveler Photos From** 🦉 trip**advisor**

All prices are displayed in $ USD

| Room Types | Nightly Rate | |
|---|---|---|
| LAGOON TERRACE-KING BED-PRIVATE BALCONY - 40INCH LCD TV-DVD-SUNKEN BATHTUB  Cancellation Policy | $241 | Book |
| LAGOON TERRACE-TWIN BED-PRIVATE BALCONY - 40 INCH PLASMA TV-DVD CONSOLE-SUNKEN BATHTUB  Cancellation Policy | $241 | Book |

See all rooms »

[+]
FEEDBACK





Continental Airlines – Properties in Cavelossim Beach, Nerul, India

**Continental Airlines** HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English  •  USD $

Results For  Cavelossim Beach, Nerul, India   **Search**

| From | 03/19/2012 | To | 04/10/2012 | Rooms: 1 Guests: 2 Adults | ▸ Change |

Change View  |  ☰ List View  |  ✛ Map View

Low Price Guarantee (Details)

**Search by Name**

leela  ✕  ▸

**Avg Nightly Rate**

from $0 to $500+

**Star Rating**

☐ 5 ★★★★★
☐ 4 ★★★★

**Traveler Rating**

Generated by ◉◉ tripadvisor

1.0

1.0          5.0

**Amenities**

☐ Babysitting
☐ Fitness Center
☐ Room Service
☐ Pool
☐ Internet Access

Show All

**Locations**

☐ Agonda Beach
☐ Arch of the Viceroys
☐ Basilica of Bom Jesus
☐ Benaulim Beach
☐ Bondla Wildlife Sanct...

Show All

**Types**

2 hotels match your selection

All prices are displayed in $ USD

Sort by  Our Recommendations ▾

The Leela Goa  ✕



Pause          15 of 39          See All Photos

**$272**
Avg. Nightly Rate from

...iews

...oe 00-800-11-20-11-40

Avg Nightly Rate

| Breakfast Buffet | $272 | **Book** |
| Breakfast Buffet | $301 | **Book** |

THE LEELA GOA BEACH RESORT      **THE LEELA GOA BEACH RESORT**      **Check Rates**

★★★★☆   ◉◉ ⊙⊙⊙⊙⊙ 447 reviews

Show on map  •  More details

Hotel Information US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

1



Continental Airlines – The Legian, Bali

**Continental Airlines** | HOTELS

continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From 04/08/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   ▸ Change

‹ Back to Search Results

**The Legian, Bali**
244 reviews
Jalan Kayu Aya, Legian Beach, 80361, ID
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

$745
Avg. Nightly Rate from
**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

Low Price Guarantee (Details)

**The Legian Bali**

TripAdvisor Traveler Rating:
Based on **251** traveler reviews

Most Recent Traveler Reviews:
- Feb 17, 2012: "A low point"
- Feb 16, 2012: "Pretty Good..."
- Feb 13, 2012: "The Best in Bali"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Legian, Bali is located on the beach in Legian Beach, close to Legian Beach, Kuta Beach, and Bali Blast Monument. Waterbom Waterpark is also a point of interest near this luxury resort.

**Resort Features.**
This Legian Beach resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.

**Guestrooms.**
Air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished guestrooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, phones, and slippers. Wired high-speed and wireless Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request microwaves, in-room massages, and irons/ironing boards. A nightly turndown service is offered and housekeeping is available daily.

Continental Airlines – The Legian, Bali



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: **Manage Your Booking**

English   ▸ USD $

From 04/08/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   ▸ Change

◂ Back to Search Results

## The Legian, Bali
★★★★★
⊙⊙⊙⊙⊙ 244 reviews
Jalan Kayu Aya, Legian Beach, 80361, ID
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$745**
Avg. Nightly Rate from

**Rooms & Rates**

**Low Price Guarantee** (Details)

Summary | Photos | Location | Rooms & Rates

### The Legian Bali
**TripAdvisor Traveler Rating:**
⊙⊙⊙⊙⊙⊙⊙
Based on **251** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "A low point"
- Feb 16, 2012: "Pretty Good..."
- Feb 13, 2012: "The Best in Bali"

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Legian, Bali is located on the beach in Legian Beach, close to Legian Beach, Kuta Beach, and Bali Blast Monument. Waterbom Waterpark is also a point of interest near this luxury resort.

**Resort Features.**
This Legian Beach resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.

**Guestrooms.**
Air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished guestrooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, phones, and slippers. Wired high-speed and wireless Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request microwaves, in-room massages, and irons/ironing boards. A nightly turndown service is offered and housekeeping is available daily.



















Continental Airlines – The Legian, Bali









**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40    Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 04/08/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Legian, Bali

★★★★★
🦉 ⬤⬤⬤⬤⬤ 244 reviews

Jalan Kayu Aya, Legian Beach, 80361, ID
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$745**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### The Legian Bali

**TripAdvisor Traveler Rating:**
🦉 ⬤⬤⬤⬤⬤
Based on **251** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "A low point"
- Feb 16, 2012: "Pretty Good..."
- Feb 13, 2012: "The Best in Bali"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Legian, Bali is located on the beach in Legian Beach, close to Legian Beach, Kuta Beach, and Bali Blast Monument. Waterbom Waterpark is also a point of interest near this luxury resort.

**Resort Features.**
This Legian Beach resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.

**Guestrooms.**
Air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished guestrooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, phones, and slippers. Wired high-speed and wireless Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request microwaves, in-room massages, and irons/ironing boards. A nightly turndown service is offered and housekeeping is available daily.







Continental Airlines – The Legian, Bali

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From 04/08/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Legian, Bali
★★★★★
244 reviews
Jalan Kayu Aya, Legian Beach, 80361, ID
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$745**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | Low Price Guarantee (Details) |

**The Legian Bali**

TripAdvisor Traveler Rating:
●●●●●
Based on 251 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "A low point"
- Feb 16, 2012: "Pretty Good…"
- Feb 13, 2012: "The Best in Bali"

Read reviews »
© 2012 TripAdvisor LLC.

### Description

**Location.**
The Legian, Bali is located on the beach in Legian Beach, close to Legian Beach, Kuta Beach, and Bali Blast Monument. Waterbom Waterpark is also a point of interest near this luxury resort.

**Resort Features.**
This Legian Beach resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.

**Guestrooms.**
Air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished guestrooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, phones, and slippers. Wired high-speed and wireless Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request microwaves, in-room massages, and irons/ironing boards. A nightly turndown service is offered and housekeeping is available daily.