# EXHIBIT 2-F

THE WAVE STUDIO, LLC
COMPLAINT



**Continental Airlines — The Legian, Bali**

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English | USD $

From 04/08/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  ▸ Change

‹ Back to Search Results

## The Legian, Bali

★★★★★
😊😊😊😊😊 244 reviews

Jalan Kayu Aya, Legian Beach, 80361, ID
Hotel Information: US and Canada: 800-667-9927  Europe 00-800-11-20-11-40

**$745**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)

### The Legian Bali

**TripAdvisor Traveler Rating:**
😊😊😊😊😊
Based on 251 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "A low point"
- Feb 16, 2012: "Pretty Good..."
- Feb 13, 2012: "The Best in Bali"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Legian, Bali is located on the beach in Legian Beach, close to Legian Beach, Kuta Beach, and Bali Blast Monument. Waterbom Waterpark is also a point of interest near this luxury resort.

**Resort Features.**
This Legian Beach resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.

**Guestrooms.**
Air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished guestrooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, phones, and slippers. Wired high-speed and wireless Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request microwaves, in-room massages, and irons/ironing boards. A nightly turndown service is offered and housekeeping is available daily.

Continental Airlines – The Legian, Bali

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English · USD $

From 04/08/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › **Change**

‹ Back to Search Results

## The Legian, Bali

⭐⭐⭐⭐⭐
244 reviews

Jalan Kayu Aya, Legian Beach, 80361, ID
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$745**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)



**The Legian Bali**

**TripAdvisor Traveler Rating:**
⭐⭐⭐⭐⭐
Based on **251** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "A low point"
- Feb 16, 2012: "Pretty Good..."
- Feb 13, 2012: "The Best in Bali"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Legian, Bali is located on the beach in Legian Beach, close to Legian Beach, Kuta Beach, and Bali Blast Monument. Waterbom Waterpark is also a point of interest near this luxury resort.

**Resort Features.**
This Legian Beach resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.

**Guestrooms.**
Air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished guestrooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, phones, and slippers. Wired high-speed and wireless Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request microwaves, in-room massages, and irons/ironing boards. A nightly turndown service is offered and housekeeping is available daily.







**Continental Airlines** HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: **Manage Your Booking**

English · USD $

| From 04/09/2012 | To 04/10/2012 | Rooms: 1 Guests: 2 Adults | › Change |

‹ Back to Search Results

## The Chedi Muscat

★★★★★ 605 reviews

P.O. Box 964 Al Khuwair, Muscat, 133, OM
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$468**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |

### The Chedi Muscat

**TripAdvisor Traveler Rating:**
Based on **619** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

[+]
FEEDBACK



© 2012 TripAdvisor LLC.



Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help

United Airlines – The Chedi Mu...     Continental Airlines – The Ched...

hotels.continental.com/templates/362349/hotels/211947/overview?lang=en&currency=USD&filterTriggered=filter-by-hotel-name&secureUrlFromDataBridge=https

**Continental Airlines**     HOTELS                                ✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349          Customer Service: **Manage Your Booking**

                                                                                        English  ·  USD $

From 04/09/2012    To 04/10/2012      Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Chedi Muscat                                                            **$468**
★★★★★                                                                        Avg. Nightly Rate from
605 reviews
P.O. Box 964 Al Khuwair, Muscat, 133, OM                                       **Rooms & Rates**
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

| Summary | Photos | Location | Rooms & Rates |            **Low Price Guarantee** (Details)



**The Chedi Muscat**

**TripAdvisor Traveler Rating:**
★★★★★
Based on **619** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

[–]
FEEDBACK





## Continental Airlines HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40    Promo Code 362349

Customer Service: Manage Your Booking

English • USD $

From 04/09/2012    To 04/10/2012    Rooms: 1 Guests: 2 Adults    › Change

‹ Back to Search Results

### The Chedi Muscat
★★★★★
605 reviews
P.O. Box 964 Al Khuwair, Muscat, 133, OM
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$468**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

Low Price Guarantee (Details)



**The Chedi Muscat**

TripAdvisor Traveler Rating:
⊙⊙ ◉◉◉◉◉
Based on **619** traveler reviews

Most Recent Traveler Reviews:
- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

### Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.







**Continental Airlines – The Chedi Muscat**

United Airlines – The Chedi Mu...    Continental Airlines – The Ched...

hotels.continental.com/templates/362349/hotels/211947/overview?lang=en&currency=USD&filterTriggered=filter-by-hotel-name&secureUrlFromDataBridge=https%

Google

Web Search    $2,196    ESPN statement on offensive Jeremy Lin comments    Google Analytics · ESPN    Add to Wish List

**Continental Airlines** | HOTELS                                    ✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349          Customer Service: Manage Your Booking

                                                                      English · USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Chedi Muscat                                            **$468**
★★★★★                                                      Avg. Nightly Rate from
605 reviews
P.O. Box 964 Al Khuwair, Muscat, 133, OM                       **Rooms & Rates**
Hotel Information: US and Canada: 800-667-9927  Europe 00-800-11-20-11-40

| Summary | Photos | Location | Rooms & Rates |          Low Price Guarantee (Details)

### The Chedi Muscat

**TripAdvisor Traveler Rating:**
Based on **619** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

[+]
FEEDBACK



**Continental Airlines** | HOTELS

continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Chedi Muscat

★★★★★
605 reviews
P.O. Box 964 Al Khuwair, Muscat, 133, OM
Hotel Information: US and Canada: 800-667-9927  Europe 00-800-11-20-11-40

$468
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

Low Price Guarantee (Details)

**The Chedi Muscat**

TripAdvisor Traveler Rating:
Based on 619 traveler reviews

Most Recent Traveler Reviews:
• Feb 17, 2012: "the BEST Pool Ever!"
• Feb 15, 2012: "Visit to Oman"
• Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.





**Continental Airlines** | HOTELS                                        ✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 04/09/2012    To 04/10/2012    Rooms: 1 Guests: 2 Adults    › Change

‹ Back to Search Results

## The Chedi Muscat

★★★★★
605 reviews
P.O. Box 964 Al Khuwair, Muscat, 133, OM
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$468**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### The Chedi Muscat

**TripAdvisor Traveler Rating:**
★★★★★
Based on **619** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

United Airlines – The Chedi Mu...   |   Continental Airlines – The Ched...

hotels.continental.com/templates/362349/hotels/211947/overview?lang=en&currency=USD&filterTriggered=filter-by-hotel-name&secureUrlFromDataBridge=https9   |   Google

Web Search   •   #2,196   •   ESPN statement on offensive Jeremy Lin comments   •   Google Analytics  ·  ESPN   •   Add to Wish List

## Continental Airlines  | HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

🖶  🖨   • English   • USD $

From 04/09/2012    To 04/10/2012    Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Chedi Muscat

★★★★★
⦿⦿⦿⦿⦿ 605 reviews
P.O. Box 964 Al Khuwair, Muscat, 133, OM
Hotel Information: US and Canada: 800-667-9927  Europe 00-800-11-20-11-40

**$468**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)



### The Chedi Muscat

**TripAdvisor Traveler Rating:**
⦿⦿⦿⦿⦿
Based on 619 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

FEEDBACK



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

| From | 04/09/2012 | To | 04/10/2012 | Rooms: 1 Guests: 2 Adults | › Change |

‹ Back to Search Results

## The Chedi Muscat

★★★★★  605 reviews

P.O. Box 964 Al Khuwair, Muscat, 133, OM

Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$468**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

**Low Price Guarantee** (Details)

### The Chedi Muscat

**TripAdvisor Traveler Rating:**
★★★★★
Based on **619** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.































Continental Airlines – The Chedi Muscat







