# EXHIBIT 2-G

THE WAVE STUDIO, LLC
COMPLAINT











**Continental Airlines** | HOTELS

→ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40    Promo Code 362349

## Complete Your Booking

🔒 Safe Shopping Guaranteed

| Step 1 Traveler Information | Step 2 Payment |
|---|---|

### Guest Details

Please provide a name and room preference for the guest responsible for checking into the room(s).

**Room: 1:** 2 Adults

First Name

Last Name

Smoking Preferences

◉ Non-Smoking   ○ Smoking

Special Request* (optional)

*Special requests are subject to availability upon check-in and may incur additional charges. Special request cannot be guaranteed.

### Contact Details

We require a valid email address to contact you with the details of your booking.

Email Address

Confirm Email Address

Needed if there are questions about your reservation.

Phone Number

### Continental Airlines membership/loyalty

---

### Details of Stay

**The Chedi Muscat**

★★★★★
⊙⊙ ⊙⊙⊙⊙⊙ 605 reviews

P.O. Box 964 Al Khuwair, Muscat, 133, OM

| | |
|---|---|
| **Check-in:** | Apr 9, 2012 |
| **Check-out:** | Apr 10, 2012 |
| **Guests:** | 2 Adults |
| **Rooms:** | 1 |
| **Room type:** | |
| **Chedi Club Suite** | |

All prices are displayed in $ USD

**Price Details:**

Room 1:* $1,220.78
*Excluding tax recovery charges and service fees

tax recovery charges and service fees $207.53

**Total Charges $1,428.31**
**Including tax recovery charges and service fees

**Notifications and Fees:**
All guests staying in hotel guestrooms must be registered with the hotel.
No pets, including service animals, are allowed at this property.
The following mandatory hotel-imposed fees are charged and collected by the hotel either at check-in or check-out.
Christmas Eve (24 December) Gala Dinner per adult: OMR 45
Christmas Eve (24 December) Gala Dinner per child: OMR 22.5 (from 2 to 12 years



**Continental Airlines** HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

| From 04/09/2012 | To 04/10/2012 | Rooms: 1 Guests: 2 Adults | › Change |

‹ Back to Search Results

## The Chedi Muscat

★★★★★
605 reviews

P.O. Box 964 Al Khuwair, Muscat, 133, OM
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$468**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |



### The Chedi Muscat

**TripAdvisor Traveler Rating:**
★★★★○
Based on **619** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.



**Continental Airlines – The Chedi Muscat**

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Chedi Muscat

★★★★★
605 reviews

P.O. Box 964 Al Khuwair, Muscat, 133, OM

Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$468**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | Low Price Guarantee (Details) |

**The Chedi Muscat**

**TripAdvisor Traveler Rating:**
★★★★★
Based on **619** traveler reviews

**Most Recent Traveler Reviews:**
• Feb 17, 2012: "the BEST Pool Ever!"
• Feb 15, 2012: "Visit to Oman"
• Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

[+] FEEDBACK



Continental Airlines – The Chedi Muscat

**Continental Airlines** HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English  ·  USD $

From 04/09/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Chedi Muscat

★★★★★
605 reviews
P.O. Box 964 Al Khuwair, Muscat, 133, OM
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$468**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |

### The Chedi Muscat

**TripAdvisor Traveler Rating:**
★★★★★
Based on **619** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English  •  USD $

From  04/09/2012    To  04/10/2012    Rooms: 1  Guests: 2 Adults   › **Change**

‹ **Back to Search Results**

## The Chedi Muscat

★★★★★
605 reviews

P.O. Box 964 Al Khuwair, Muscat, 133, OM
Hotel Information: **US and Canada:** 800-667-9927  **Europe** 00-800-11-20-11-40

**$468**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | **Low Price Guarantee** (Details) |

### The Chedi Muscat

**TripAdvisor Traveler Rating:**
◉◉ ●●●●○
Based on **619** traveler reviews

**Most Recent Traveler Reviews:**
• Feb 17, 2012: "the BEST Pool Ever!"
• Feb 15, 2012: "Visit to Oman"
• Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

[+]
FEEDBACK



Continental Airlines – Properties in South Beach, OR, United States

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

Results For  Hoi An, Vietnam   [Search]  Reset

From 04/09/2012   To 04/10/2012   Rooms: **1** Guests: **2 Adults**  › Change

Change View  | List View  | Map View

Low Price Guarantee (Details)

**Search by Name**
nam hai  × ›

**Star Rating**
5 ★★★★★

**Traveler Rating**
Generated by tripadvisor
1.0
1.0          5.0

**Amenities**
☐ Babysitting
☐ Fitness Center
☐ Parking
☐ Room Service
☐ Pool
Show All

**Locations**
☐ Cam Nam Island
☐ City Centre Hoi An
☐ Cua Dai Beach
☐ Cual Dai Beach
☐ Hoi An
Show All

**Types**
☐ Hotel

**Themes**
☐ Design
☐ Spa

1 hotels match your selection

Sort by  Our Recommendations ▾

All prices are displayed in $ USD

🏷 **Special Offer** Early Booking Bonus - Save 15% on your hotel stay

**The Nam Hai**
★★★★★   📷 ●●●●● 358 reviews
On the beach | Show map | More details
Hotel Information US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

~~$800~~
**$680**
Avg. Nightly Rate from

Room Types                                           Avg Nightly Rate

**1 Bedroom Beach Front Villa**
🏷 **Special Offer** Early Booking Bonus - Save 15% on your hotel stay
Breakfast for 2 , Free Airport Shuttle   ~~$800~~ **$680**  [Book]

**1 Bedroom Pool Villa**
🏷 **Special Offer** Early Booking Bonus - Save 15% on your hotel stay
Breakfast for 2 , Free Airport Shuttle   ~~$1,000~~ **$850**  [Book]

See all rooms »

1





**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English • USD $

From 04/09/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Nam Hai

★★★★★
358 reviews
Hamlet 1, Dien Ban, VN
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

$800
**$680**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### The Nam Hai

**TripAdvisor Traveler Rating:**

Based on **361** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 11, 2012: "Hospitality, Location, Meals, everything is supreme."
- Feb 7, 2012: "Preposterously grand, but marvellous all the same!"
- Feb 7, 2012: "Perfect!!!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Nam Hai is located on the beach in Dien Ban and local attractions include Cuai Dai Beach, Japanese Bridge, and Marble Mountains.

**Hotel Features.**
Dining options at The Nam Hai include 3 restaurants. A bar/lounge is open for drinks. Room service is available. The hotel serves Buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool, an indoor pool, a health club, a sauna, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms and a meeting/conference room. Complimentary wireless Internet access is available in public areas. This Dien Ban property has 807 square feet of event space consisting of conference/meeting rooms. Concierge services, tour/ticket assistance, and tour assistance are available. Guest parking is complimentary. Additional property amenities include a rooftop terrace, a library, and barbecue grills.

**Guestrooms.**
100 guestrooms at The Nam Hai feature minibars and coffee/tea makers. Wired high-speed and wireless Internet access is complimentary. Guestrooms offer complimentary newspapers and safes. LCD televisions have Oncommand video. Guests may request in-room massages and hypo-allergenic bedding.

**Notifications and Fees:**
Under Vietnamese law, a guest who is not a Vietnamese citizen cannot share a room with a Vietnamese citizen without proof of marriage to each other. Otherwise, a second room













**Continental Airlines** | **HOTELS**

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

🖶 🖨 • English • USD $

From 04/09/2012 📅 To 04/10/2012 📅 Rooms: 1 Guests: 2 Adults › Change

‹ Back to Search Results

## The Nam Hai

★★★★★
🔵🔵 ⬤⬤⬤⬤⬤ 358 reviews
Hamlet 1, Dien Ban, VN
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

~~$800~~
**$680**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)



**The Nam Hai**

**TripAdvisor Traveler Rating:**
🔵🔵 ⬤⬤⬤⬤◐
Based on **361** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 11, 2012: "Hospitality, Location, Meals, everything is supreme."
- Feb 7, 2012: "Preposterously grand, but marvellous all the same!"
- Feb 7, 2012: "Perfect!!!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Nam Hai is located on the beach in Dien Ban and local attractions include Cuai Dai Beach, Japanese Bridge, and Marble Mountains.

**Hotel Features.**
Dining options at The Nam Hai include 3 restaurants. A bar/lounge is open for drinks. Room service is available. The hotel serves Buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool, an indoor pool, a health club, a sauna, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms and a meeting/conference room. Complimentary wireless Internet access is available in public areas. This Dien Ban property has 807 square feet of event space consisting of conference/meeting rooms. Concierge services, tour/ticket assistance, and tour assistance are available. Guest parking is complimentary. Additional property amenities include a rooftop terrace, a library, and barbecue grills.

**Guestrooms.**
100 guestrooms at The Nam Hai feature minibars and coffee/tea makers. Wired high-speed and wireless Internet access is complimentary. Guestrooms offer complimentary newspapers and safes. LCD televisions have Oncommand video. Guests may request in-room massages and hypo-allergenic bedding.

**Notifications and Fees:**

[–]
FEEDBACK



































