# EXHIBIT 2-I

THE WAVE STUDIO, LLC
COMPLAINT



Continental Airlines – The Setai

## Continental Airlines — HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From 04/09/2012  To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Setai

★★★★★

⊙⊙ ◉◉◉◉◉ 229 reviews

2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11

Hotel Information: US and Canada: 800-667-9927  Europe 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)

### The Setai

**TripAdvisor Traveler Rating:**

⊙⊙ ◉◉◉◉◉

Based on **232** traveler reviews

**Most Recent Traveler Reviews:**

- Feb 16, 2012: "Quality but expensive"
- Feb 8, 2012: "South Beach luxury!"
- Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a private beach. The Setai features a restaurant. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star hotel offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

[+]
FEEDBACK





**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English  |  USD $

From 04/09/2012  To 04/10/2012   Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Setai

★★★★★ 229 reviews
2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### The Setai

**TripAdvisor Traveler Rating:**
Based on **232** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 16, 2012: "Quality but expensive"
- Feb 8, 2012: "South Beach luxury!"
- Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a private beach. The Setai features a restaurant. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.







**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40    Promo Code 362349

Customer Service: Manage Your Booking

English    USD $

From 04/09/2012    To 04/10/2012    Rooms: 1 Guests: 2 Adults    › Change

‹ Back to Search Results

## The Setai

★★★★★
★★★★★ 229 reviews
2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

Low Price Guarantee (Details)

### The Setai

**TripAdvisor Traveler Rating:**
★★★★★
Based on **232** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 16, 2012: "Quality but expensive"
- Feb 8, 2012: "South Beach luxury!"
- Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a private beach. The Setai features a restaurant. Recreational amenities include an outdoor pool, a children's pool, a health club, and a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

[+]
FEEDBACK



**Continental Airlines** HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English  USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Setai

★★★★★
⭕ ⭘⭘⭘⭘⭘ 229 reviews

2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11

Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### The Setai

**TripAdvisor Traveler Rating:**
⭕ ⭘⭘⭘⭘⭘
Based on **232** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 16, 2012: "Quality but expensive"
- Feb 8, 2012: "South Beach luxury!"
- Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a private beach. The Setai features a restaurant. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

[−]
FEEDBACK





**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English    › USD $

From 04/09/2012  To 04/10/2012    Rooms: 1 Guests: 2 Adults  › **Change**

‹ **Back to Search Results**

## The Setai

★★★★★  ⊙⊙ ⓞⓞⓞⓞⓞ 229 reviews

2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11

Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$775**

Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |

### The Setai

**TripAdvisor Traveler Rating:**

⊙⊙ ⓞⓞⓞⓞⓞ

Based on **232** traveler reviews

**Most Recent Traveler Reviews:**

- Feb 16, 2012: "Quality but expensive"
- Feb 8, 2012: "South Beach luxury!"
- Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**

The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**

This Miami Beach hotel has a private beach. The Setai features a restaurant. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star hotel offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**

Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

[-]
FEEDBACK



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 04/09/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Setai

⭐⭐⭐⭐⭐
🦉 ⬤⬤⬤⬤⬤ 229 reviews
2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | Low Price Guarantee (Details) |

### The Setai

**TripAdvisor Traveler Rating:**
🦉 ⬤⬤⬤⬤⬤
Based on **232** traveler reviews

**Most Recent Traveler Reviews:**
· Feb 16, 2012: "Quality but expensive"
· Feb 8, 2012: "South Beach luxury!"
· Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC

### Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a restaurant. The Setai features a private beach. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.



Continental Airlines – The Setai

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English  ·  USD $

From 04/09/2012  To 04/10/2012   Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Setai

★★★★★
⊙⊙ ◎◎◎◎◎ 229 reviews
2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### The Setai

**TripAdvisor Traveler Rating:**
⊙⊙ ◎◎◎◎◎
Based on **232** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 16, 2012: "Quality but expensive"
- Feb 8, 2012: "South Beach luxury!"
- Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC.

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a private beach. The Setai features a restaurant. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

[–]
FEEDBACK







Continental Airlines – The Setai

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English  USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  ▸ Change

‹ Back to Search Results

## The Setai
★★★★★  229 reviews
2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)

**The Setai**

**TripAdvisor Traveler Rating:**
★★★★
Based on **232** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 16, 2012: "Quality but expensive"
- Feb 8, 2012: "South Beach luxury!"
- Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a restaurant. The Setai features a private beach. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

FEEDBACK



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 04/09/2012  To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

**The Setai**

★★★★★  229 reviews
2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

$775
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

Low Price Guarantee (Details)

**The Setai**

**TripAdvisor Traveler Rating:**
Based on **232** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 16, 2012: "Quality but expensive"
- Feb 8, 2012: "South Beach luxury!"
- Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC.

**Description**

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a restaurant. The Setai features a private beach. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From 04/09/2012  To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Setai
★★★★★
229 reviews
2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates          Low Price Guarantee (Details)

**The Setai**

**TripAdvisor Traveler Rating:**
★★★★☆
Based on **232** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 16, 2012: "Quality but expensive"
- Feb 8, 2012: "South Beach luxury!"
- Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a private beach. The Setai features a restaurant. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.







**Continental Airlines – The Setai**

**Continental Airlines** HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Setai

★★★★★ 229 reviews

2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11

Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | Low Price Guarantee (Details) |

### The Setai

**TripAdvisor Traveler Rating:**
★★★★☆
Based on **232** traveler reviews

**Most Recent Traveler Reviews:**
• Feb 16, 2012: "Quality but expensive"
• Feb 8, 2012: "South Beach luxury!"
• Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC.

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a restaurant. The Setai features a private beach. Recreational amenities include an outdoor pool, a children's pool, a health club, and a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

[+]
FEEDBACK











**Continental Airlines – The Setai**

**Continental Airlines** HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English ▾ USD $ ▾

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  ▸ Change

‹ Back to Search Results

## The Setai
★★★★★
229 reviews
2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11
Hotel Information: **US and Canada:** 800-667-9927  **Europe** 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | Low Price Guarantee (Details) |

**The Setai**

**TripAdvisor Traveler Rating:**
Based on **232** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 16, 2012: "Quality but expensive"
- Feb 8, 2012: "South Beach luxury!"
- Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a private beach. The Setai features a restaurant. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

[–]
FEEDBACK



























