# EXHIBIT 2-J

THE WAVE STUDIO, LLC
COMPLAINT















Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help                      Mon 1:56 AM

**Continental Airlines – The Setai**

United Airlines – The Chedi Mu...   |   Continental Airlines – The Setai

hotels.continental.com/templates/362349/hotels/195620/overview?lang=en&currency=USD&filterTriggered=filter-by-hotel-name&secureUrlFromDataBridge=https   |   Google

Web Search   |   $2,196   |   ESPN statement on offensive Jeremy Lin comments   |   Maya Rudolph   |   USPS   |   Add to Wish List

**Continental Airlines**   |   **HOTELS**                     ✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349          Customer Service: Manage Your Booking

                                                                                    English  ·  USD $

| From 04/09/2012 | To 04/10/2012 | Rooms: 1 Guests: 2 Adults  › Change |

‹ Back to Search Results

## The Setai
★★★★★
🦉 ◉◉◉◉◉ 229 reviews
2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |   **Low Price Guarantee** (Details)



**The Setai**

**TripAdvisor Traveler Rating:**
🦉 ◉◉◉◉◉
Based on **232** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 16, 2012: "Quality but expensive"
- Feb 8, 2012: "South Beach luxury!"
- Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a private beach. The Setai features a restaurant. Recreational amenities include an outdoor pool, a children's pool, a health club, and a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.





















**Continental Airlines** | HOTELS

continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 04/09/2012  To 04/10/2012  Rooms: 1  Guests: 2 Adults  › Change

‹ Back to Search Results

## The Setai

★★★★★
229 reviews

2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11

Hotel Information: US and Canada: 800-667-9927  Europe 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

**Rooms & Rates**

Low Price Guarantee (Details)

| Summary | Photos | Location | Rooms & Rates |

### The Setai

**TripAdvisor Traveler Rating:**

Based on **232** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 16, 2012: "Quality but expensive"
- Feb 8, 2012: "South Beach luxury!"
- Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a private beach. The Setai features a restaurant. Recreational amenities include an outdoor pool, a children's pool, a health club, and a fitness facility. The property's full-service health spa has massage/treatment rooms. This 5-star hotel offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

[+]
FEEDBACK





**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349

## Complete Your Booking

🔒 Safe Shopping Guaranteed

| Step 1 Traveler Information | Step 2 Payment |
| --- | --- |

### Guest Details

Please provide a name and room preference for the guest responsible for checking into the room(s).

**Room: 1:** 2 Adults

First Name

Last Name

Special Request* (optional)

*Special requests are subject to availability upon check-in and may incur additional charges. Special request cannot be guaranteed.

### Contact Details

We require a valid email address to contact you with the details of your booking.

Email Address

Confirm Email Address

Needed if there are questions about your reservation.

Phone Number

### Continental Airlines membership/loyalty

OnePass Number

---

### Details of Stay

**The Setai**
★★★★★
©© ⊙⊙⊙⊙⊙ 229 reviews

2001 Collins Ave, Miami Beach, FL, 33139, US

**Check-in:** Apr 9, 2012
**Check-out:** Apr 10, 2012
**Guests:** 2 Adults
**Rooms:** 1
**Room type:**

**One bedroom suite ocean view**
Fitness Center | Internet Access | Pool | NON SMOKING | King Bed

All prices are displayed in $ USD

### Price Details:

Room 1:* $1,900.00
*Excluding tax recovery charges and service fees

tax recovery charges and service fees $232.75

**Total Charges $2,132.75**
**Including tax recovery charges and service fees

#### Notifications and Fees:
The following fees and deposits are charged by the property at time of service, check-in, or check-out.
Valet parking fee: USD 40.0 per night (in/out privileges)
The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

**Low Price Guarantee (Details)**





Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help

United Airlines – The Chedi Mu...   |   Continental Airlines – The Setai

hotels.continental.com/templates/362349/hotels/195620/overview?lang=en&currency=USD&filterTriggered=filter-by-hotel-name&secureUrlFromDataBridge=https%

Web Search        Google

**Continental Airlines** | HOTELS        ✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349       Customer Service: Manage Your Booking

English • USD $

From 04/09/2012  To 04/10/2012    Rooms: 1  Guests: 2 Adults   › Change

‹ Back to Search Results

## The Setai

★★★★★  229 reviews
2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11
Hotel Information: US and Canada: 800-667-9927  Europe 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### The Setai

**TripAdvisor Traveler Rating:**
★★★★
Based on **232** traveler reviews

**Most Recent Traveler Reviews:**
• Feb 16, 2012: "Quality but expensive"
• Feb 8, 2012: "South Beach luxury!"
• Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a restaurant. The Setai features a bar. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.



United Airlines – The Andaman, a Luxury Collection Resort, Langkawi



**UNITED** Hotels

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English  USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Andaman, a Luxury Collection Resort, Langkawi

★★★★⯪  783 reviews

P.O Box 94, Jalan Teluk Datai, Langkawi, 07000, MY
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

MileagePlus Partner
2 miles per USD

~~$265~~
**$225**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### The Andaman Langkawi

**TripAdvisor Traveler Rating:**
Based on **823** traveler reviews

**Most Recent Traveler Reviews:**
- Mar 14, 2012: "The beach is the reason to stay..."
- Mar 13, 2012: "Beautiful location, great service."
- Mar 13, 2012: "Turquoise Sea, White Sand, Green Rain forest..."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Andaman, a Luxury Collection Resort, Langkawi is located on the beach in Langkawi's Datai Bay neighborhood, close to Datai Golf Club. Regional points of interest also include Underwater World.

**Resort Features.**
This Langkawi resort has a private beach. Dining options at The Andaman, a Luxury Collection Resort, Langkawi include 3 restaurants. 2 bars/lounges, a beach bar, and a poolside bar are open for drinks. Room service is available 24 hours a day. The resort serves buffet breakfasts each morning in the restaurant (surcharges apply). Recreational amenities include an outdoor pool, a children's pool, a fitness facility, and a children's club. The property's full-service health spa has body treatments, massage/treatment rooms, and facials. This 4.5-star property has a 24-hour business center and offers small meeting rooms and limo/town car service. Complimentary wireless Internet access is available in public areas. This Langkawi property has event space consisting of banquet facilities, conference/meeting rooms, and a ballroom. The property has an area shuttle, which is complimentary. Wedding services and tour assistance are available. Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and an arcade/game room.

**Guestrooms.**
186 air-conditioned guestrooms at The Andaman, a Luxury Collection Resort, Langkawi feature minibars and coffee/tea makers. All accommodations have balconies. These individually furnished rooms include single sofa beds and desks. Bathrooms feature separate bathtubs and showers with rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels, free movie channels, and DVD players. Also included are complimentary bottled water and ceiling fans. A turndown service is available nightly, housekeeping is offered daily, and guests may request wake-up calls.



**UNITED** Hotels

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: **Manage Your Booking**

✈ united.com

English    USD $

| From | 04/09/2012 | To | 04/10/2012 | Rooms: 1 Guests: 2 Adults | › Change |

‹ Back to Search Results

## The Andaman, a Luxury Collection Resort, Langkawi

★★★★½   ◉◉ ◉◉◉◉◉ 783 reviews

P.O Box 94, Jalan Teluk Datai, Langkawi, 07000, MY
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**MileagePlus Partner**
2 miles per USD

~~$265~~
**$225**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |

**The Andaman Langkawi**

**TripAdvisor Traveler Rating:**
◉◉ ◉◉◉◉◉
Based on 823 traveler reviews

**Most Recent Traveler Reviews:**
- Mar 14, 2012: "The beach is the reason to stay..."
- Mar 13, 2012: "Beautiful location, great service."
- Mar 13, 2012: "Turquoise Sea, White Sand, Green Rain forest..."

**Read reviews »**

© 2012 TripAdvisor LLC.

## Description

**Location.**
The Andaman, a Luxury Collection Resort, Langkawi is located on the beach in Langkawi's Datai Bay neighborhood, close to Datai Golf Club. Regional points of interest also include Underwater World.

**Resort Features.**
This Langkawi resort has a private beach. Dining options at The Andaman, a Luxury Collection Resort, Langkawi include 3 restaurants. 2 bars/lounges, a beach bar, and a poolside bar are open for drinks. Room service is available 24 hours a day. The resort serves buffet breakfasts each morning in the restaurant (surcharges apply). Recreational amenities include an outdoor pool, a children's pool, a fitness facility, and a children's club. The property's full-service health spa has body treatments, massage/treatment rooms, and facials. This 4.5-star property has a 24-hour business center and offers small meeting rooms and limo/town car service. Complimentary wireless Internet access is available in public areas. This Langkawi property has event space consisting of banquet facilities, conference/meeting rooms, and a ballroom. The property has an area shuttle, which is complimentary. Wedding services and tour assistance are available. Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and an arcade/game room.

**Guestrooms.**
186 air-conditioned guestrooms at The Andaman, a Luxury Collection Resort, Langkawi feature minibars and coffee/tea makers. All accommodations have balconies. These individually furnished rooms include single sofa beds and desks. Bathrooms feature separate bathtubs and showers with rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels, free movie channels, and DVD players. Also included are complimentary bottled water and ceiling fans. A turndown service is available nightly, housekeeping is offered daily, and guests may request wake-up calls.

UNITED Hotels

✈ united.com

US and Canada: 866-797-0578  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English  USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Andaman, a Luxury Collection Resort, Langkawi

★★★★½   783 reviews

P.O. Box 94, Jalan Teluk Datai, 07000, Langkawi, MY
Hotel Information: US and Canada: 866-797-0578  Europe 00-800-11-20-11-40

MileagePlus Partner
2 miles per USD

~~$265~~
**$225**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### The Andaman Langkawi

**TripAdvisor Traveler Rating:**

Based on **823** traveler reviews

**Most Recent Traveler Reviews:**
- Mar 14, 2012: "The beach is the reason to stay..."
- Mar 13, 2012: "Beautiful location, great service."
- Mar 13, 2012: "Turquoise Sea, White Sand, Green Rain forest..."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Andaman, a Luxury Collection Resort, Langkawi is located on the beach in Langkawi's Datai Bay neighborhood, close to Datai Golf Club. Regional points of interest also include Underwater World.

**Resort Features.**
This Langkawi resort has a private beach. Dining options at The Andaman, a Luxury Collection Resort, Langkawi include 3 restaurants. 2 bars/lounges, a beach bar, and a poolside bar are open for drinks. Room service is available 24 hours a day. The resort serves buffet breakfasts each morning in the restaurant (surcharges apply). Recreational amenities include an outdoor pool, a children's pool, a fitness facility, and a children's club. The property's full-service health spa has body treatments, massage/treatment rooms, and facials. This 4.5-star property has a 24-hour business center and offers small meeting rooms and limo/town car service. Complimentary wireless Internet access is available in public areas. This Langkawi property has event space consisting of banquet facilities, conference/meeting rooms, and a ballroom. The property has an area shuttle, which is complimentary. Wedding services and tour assistance are available. Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and an arcade/game room.

**Guestrooms.**
186 air-conditioned guestrooms at The Andaman, a Luxury Collection Resort, Langkawi feature minibars and coffee/tea makers. All accommodations have balconies. These individually furnished rooms include single sofa beds and desks. Bathrooms feature separate bathtubs and showers with rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels, free movie channels, and DVD players. Also included are complimentary bottled water and ceiling fans. A turndown service is available nightly, housekeeping is offered daily, and guests may request wake-up calls.

[+]
FEEDBACK

**UNITED** Hotels

✈ united.com

US and Canada: 866-797-0578 **Europe** 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English   USD $

| From | 04/09/2012 | To | 04/10/2012 | Rooms: **1** Guests: **2 Adults** | › Change |

‹ Back to Search Results

## The Andaman, a Luxury Collection Resort, Langkawi

★★★★⯪   🦉 ●●●●⯪ 783 reviews

P.O Box 94, Jalan Teluk Datai, Langkawi, 07000, MY
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

MileagePlus Partner
2 miles per USD

~~$265~~
**$225**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |



### The Andaman Langkawi

**TripAdvisor Traveler Rating:**
🦉 ●●●●⯪
Based on **823** traveler reviews

**Most Recent Traveler Reviews:**
• Mar 14, 2012: "The beach is the reason to stay..."
• Mar 13, 2012: "Beautiful location, great service."
• Mar 13, 2012: "Turquoise Sea, White Sand, Green Rain forest..."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Andaman, a Luxury Collection Resort, Langkawi is located on the beach in Langkawi's Datai Bay neighborhood, close to Datai Golf Club. Regional points of interest also include Underwater World.

**Resort Features.**
This Langkawi resort has a private beach. Dining options at The Andaman, a Luxury Collection Resort, Langkawi include 3 restaurants. 2 bars/lounges, a beach bar, and a poolside bar are open for drinks. Room service is available 24 hours a day. The resort serves buffet breakfasts each morning in the restaurant (surcharges apply). Recreational amenities include an outdoor pool, a children's pool, a fitness facility, and a children's club. The property's full-service health spa has body treatments, massage/treatment rooms, and facials. This 4.5-star property has a 24-hour business center and offers small meeting rooms and limo/town car service. Complimentary wireless Internet access is available in public areas. This Langkawi property has event space consisting of banquet facilities, conference/meeting rooms, and a ballroom. The property has an area shuttle, which is complimentary. Wedding services and tour assistance are available. Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and an arcade/game room.

**Guestrooms.**
186 air-conditioned guestrooms at The Andaman, a Luxury Collection Resort, Langkawi feature minibars and coffee/tea makers. All accommodations have balconies. These individually furnished rooms include single sofa beds and desks. Bathrooms feature separate bathtubs and showers with rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels, free movie channels, and DVD players. Also included are complimentary bottled water and ceiling fans. A turndown service is available nightly, housekeeping is offered daily, and guests may request wake-up calls.









**Traveler Photos From** tripadvisor

**All prices are displayed in $ USD**

| Room Types | | Avg Nightly Rate | |
|---|---|---|---|
| **Rainforest Deluxe**<br>Cancellation Policy<br>💛 **Special Offer :** Early Booking Bonus - Save 15% on your hotel stay | Free Wireless Internet | ~~$265~~<br>**$225** | Book |
| **Rainforest Deluxe**<br>Cancellation Policy | Free Wireless Internet | **$265** | Book |

See all rooms »

All displayed prices exclude Tax Recovery Charges and Service Fees

Now with tripadvisor reviews

Privacy Policy | Terms of Use | FAQ

[+]
FEEDBACK

# UNITED Hotels

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

✈ united.com

Customer Service: Manage Your Booking

English    USD $

From [        ]  To [        ]  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## Carcosa Seri Negara

★★★★★  ◎◎ ●●●●○ 31 reviews

$346
Avg. Nightly Rate from

**Rooms & Rates**

Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY
Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

Summary | Photos | Location | Rooms & Rates

Low Price Guarantee (Details)

### Carcosa Seri Negara

**TripAdvisor Traveler Rating:**
◎◎ ●●●●○
Based on 33 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 22, 2012: "Lunch, ambiance, rooms, staff - a breath..."
- Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
- Jan 29, 2012: "Superb ambience but poor service!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

### Select Your Dates

To give your information on room availability, we will need dates.

Check-in [        ]  Check-out [        ]  **Check Availability**

[+] FEEDBACK

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From [        ]   To [        ]   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## Carcosa Seri Negara

★★★★★  ⊙⊙○○○○ 31 reviews

Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY
Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$346**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | Low Price Guarantee (Details) |



### Carcosa Seri Negara

**TripAdvisor Traveler Rating:**
⊙⊙○○○○
Based on 33 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 22, 2012: "Lunch, ambiance, rooms, staff - a breath..."
- Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
- Jan 29, 2012: "Superb ambience but poor service!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

### Select Your Dates

To give your information on room availability, we will need dates.

Check-in [        ]   Check-out [        ]   **Check Availability**

[+]
FEEDBACK



# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: **Manage Your Booking**

English USD $

| From | | To | | Rooms: **1** Guests: **2 Adults** | › Change |

‹ Back to Search Results

## Carcosa Seri Negara

$346

Avg. Nightly Rate from

★★★★★  🔵🔵🔵🔵◯ 31 reviews

**Rooms & Rates**

Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |



### Carcosa Seri Negara

**TripAdvisor Traveler Rating:**
🔵🔵🔵🔵◯
Based on 33 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 22, 2012: "Lunch, ambiance, rooms, staff - a breath..."
- Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
- Jan 29, 2012: "Superb ambience but poor service!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

### Select Your Dates

To give your information on room availability, we will need dates.

Check-in _____    Check-out _____    **Check Availability**



