# EXHIBIT 2-K

THE WAVE STUDIO, LLC
COMPLAINT











**UNITED** Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: **Manage Your Booking**

English · USD $

From _____ To _____  Rooms: **1** Guests: **2 Adults**  › Change

‹ Back to Search Results

## Carcosa Seri Negara

★★★★★  ⊙⊙◉◉◉◉○ 31 reviews

Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$346**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |



**Carcosa Seri Negara**

**TripAdvisor Traveler Rating:**
⊙⊙◉◉◉◉○
Based on 33 traveler reviews

**Most Recent Traveler Reviews:**
· Feb 22, 2012: "Lunch, ambiance, rooms, staff - a breath..."
· Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
· Jan 29, 2012: "Superb ambience but poor service!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

### Select Your Dates

To give your information on room availability, we will need dates.

Check-in _____  Check-out _____  **Check Availability**

[+]
FEEDBACK

United Airlines – Carcosa Seri Negara











# UNITED 🌐 Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English  ▸ USD $

| From | | To | | Rooms: **1** Guests: **2 Adults** | ▸ Change |

◂ Back to Search Results

## Carcosa Seri Negara

★★★★★   31 reviews

Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$346**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |   **Low Price Guarantee** (Details) |

### Carcosa Seri Negara

**TripAdvisor Traveler Rating:**

Based on **33** traveler reviews

**Most Recent Traveler Reviews:**

- Feb 22, 2012: "Lunch, ambiance, rooms, staff - a breath..."
- Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
- Jan 29, 2012: "Superb ambience but poor service!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

### Select Your Dates

To give your information on room availability, we will need dates.

Check-in [ ]  Check-out [ ]  **Check Availability**

[+] FEEDBACK



United Airlines – Carcosa Seri Negara

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: **Manage Your Booking**

English    USD $

**From** _____ **To** _____ **Rooms: 1 Guests: 2 Adults** › Change

‹ Back to Search Results

## Carcosa Seri Negara

★★★★★  🔆 ⬤⬤⬤⬤⬤ 31 reviews

Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$346**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |



### Carcosa Seri Negara

**TripAdvisor Traveler Rating:**
🔆 ⬤⬤⬤⬤◐
Based on **33 traveler reviews**

**Most Recent Traveler Reviews:**
- Feb 22, 2012: "Lunch, ambiance, rooms, staff - a breath..."
- Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
- Jan 29, 2012: "Superb ambience but poor service!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

### Select Your Dates

To give your information on room availability, we will need dates.

Check-in _____   Check-out _____   **Check Availability**



Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help   Related Links

United Airlines – Carcosa Seri Negara

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: **Manage Your Booking**

English  USD $

From          To          Rooms: **1** Guests: **2 Adults**  › Change

‹ Back to Search Results

## Carcosa Seri Negara

★★★★★  31 reviews

Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$346**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### Carcosa Seri Negara

**TripAdvisor Traveler Rating:**

Based on **33 traveler reviews**

**Most Recent Traveler Reviews:**

- Feb 22, 2012: "Lunch, ambiance, rooms, staff - a breath..."
- Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
- Jan 29, 2012: "Superb ambience but poor service!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

### Select Your Dates

To give your information on room availability, we will need dates:

Check-in          Check-out          **Check Availability**

[-]
FEEDBACK

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

▸ English ▸ USD $

From [____] 📅 To [____] 📅    Rooms: **1** Guests: **2 Adults**    ▸ Change

◂ Back to Search Results

## Carcosa Seri Negara

★★★★★  🔘 🟢🟢🟢🟢⚪ 31 reviews

Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$346**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |



### Carcosa Seri Negara

**TripAdvisor Traveler Rating:**
🔘 🟢🟢🟢🟢⚪
Based on **33 traveler reviews**

**Most Recent Traveler Reviews:**
- Feb 22, 2012: "Lunch, ambiance, rooms, staff - a breath..."
- Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
- Jan 29, 2012: "Superb ambience but poor service!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

### Select Your Dates

To give your information on room availability, we will need dates.

Check-in [____] 📅    Check-out [____] 📅    **Check Availability**

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

▸ English   ▸ USD $

| From | | To | | Rooms: **1** Guests: **2** Adults | ▸ Change |

◂ Back to Search Results

## Carcosa Seri Negara

★★★★★  🔘🔘 ●●●●○ 31 reviews

Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$346**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### Carcosa Seri Negara

**TripAdvisor Traveler Rating:**
🔘🔘 ●●●●○
Based on **33** traveler reviews

**Most Recent Traveler Reviews:**

- Feb 22, 2012: "Lunch, ambiance, rooms, staff - a breath..."
- Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
- Jan 29, 2012: "Superb ambience but poor service!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

### Select Your Dates

To give your information on room availability, we will need dates:

Check-in   Check-out   **Check Availability**



United Airlines – The Chedi Club at Tanah Gajah, Ubud



**UNITED** Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40 Promo Code 362349    Customer Service: **Manage Your Booking**

English | USD $

From 03/19/2012 To 03/20/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ **Back to Search Results**

## The Chedi Club at Tanah Gajah, Ubud

★★★★★  🆔 ⚫⚫⚫⚫⚫ 253 reviews

Jalan Goa Gajah, Ubud, 80571, ID

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | **Low Price Guarantee** (Details) |

**The Chedi Club Tanah Gajah a GHM Hotel**

**TripAdvisor Traveler Rating:**
🆔 ⚫⚫⚫⚫⚫
Based on **267** traveler reviews

**Most Recent Traveler Reviews:**
• Mar 12, 2012: "Much beyond my expectation"
• Mar 8, 2012: "Heaven on earth!"
• Mar 7, 2012: "A little slice of spiritual heaven!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, makeup/shaving mirrors, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.

[+]
FEEDBACK

# UNITED Hotels

US and Canada: 866-797-0578  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English    USD $

| From | 03/19/2012 | To | 03/20/2012 | | Rooms: 1 Guests: 2 Adults | ▸ Change |

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★  ◎◎◎◎◎ 253 reviews

Jalan Goa Gajah, Ubud, 80571, ID

Hotel Information: **US and Canada:** 866-797-0578  **Europe** 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)



### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
◎◎◎◎◎
Based on **267** traveler reviews

**Most Recent Traveler Reviews:**
• Mar 12, 2012: "Much beyond my expectation"
• Mar 8, 2012: "Heaven on earth!"
• Mar 7, 2012: "A little slice of spiritual heaven!"

**Read reviews »**

© 2012 TRipAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, makeup/shaving mirrors, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.

FEEDBACK

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

| From | 03/19/2012 | To | 03/20/2012 | Rooms: 1 Guests: 2 Adults | ▸ Change |

‹ Back to Search Results

# The Chedi Club at Tanah Gajah, Ubud

★★★★★  🆔 ●●●●● 253 reviews

Jalan Goa Gajah, Ubud, 80571, ID

Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |



## The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
🆔 ●●●●●
Based on **267** traveler reviews

**Most Recent Traveler Reviews:**
- Mar 12, 2012: "Much beyond my expectation"
- Mar 8, 2012: "Heaven on earth!"
- Mar 7, 2012: "A little slice of spiritual heaven!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, makeup/shaving mirrors, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.

Case 2:15-cv-05392-CS    Document 1-20    Filed 02/23/15    Page 23 of 38

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English ・ USD $

| From | 03/19/2012 | To | 03/20/2012 | Rooms: **1** Guests: **2 Adults** | › Change |

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★  ⦿⦿⦿⦿⦿ 253 reviews

Jalan Goa Gajah, Ubud, 80571, ID

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
⦿⦿⦿⦿⦿
Based on **267** traveler reviews

**Most Recent Traveler Reviews:**

- Mar 12, 2012: "Much beyond my expectation"
- Mar 8, 2012: "Heaven on earth!"
- Mar 7, 2012: "A little slice of spiritual heaven!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, makeup/shaving mirrors, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.

Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help   Related Links   Case 2:15-cv-05692-CS   Document 1-20   Filed 02/23/15   Page 24 of 38   US   Fri 1:25 AM

United Airlines – The Chedi Club at Tanah Gajah, Ubud



# UNITED Hotels

united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English  USD $

From [03/19/2012]  To [03/20/2012]  Rooms: **1** Guests: **2 Adults**  › **Change**

‹ **Back to Search Results**

## The Chedi Club at Tanah Gajah, Ubud

★★★★★  ⊙⊙ ●●●●● 253 reviews

Jalan Goa Gajah, Ubud, 80571, ID

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
⊙⊙ ●●●●●
Based on **267** traveler reviews

**Most Recent Traveler Reviews:**
• Mar 12, 2012: "Much beyond my expectation"
• Mar 8, 2012: "Heaven on earth!"
• Mar 7, 2012: "A little slice of spiritual heaven!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, makeup/shaving mirrors, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.

[+]
FEEDBACK



United Airlines – The Chedi Club at Tanah Gajah, Ubud



# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English · USD $

From 03/19/2012  To 03/20/2012  Rooms: **1** Guests: **2 Adults**  › Change

‹ **Back to Search Results**

## The Chedi Club at Tanah Gajah, Ubud

★★★★★  🦉 ●●●●● 253 reviews

Jalan Goa Gajah, Ubud, 80571, ID

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |

### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
🦉 ●●●●●
Based on **267** traveler reviews

**Most Recent Traveler Reviews:**
• Mar 12, 2012: "Much beyond my expectation"
• Mar 8, 2012: "Heaven on earth!"
• Mar 7, 2012: "A little slice of spiritual heaven!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, makeup/shaving mirrors, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.

[+] FEEDBACK

United Airlines – The Chedi Club at Tanah Gajah, Ubud





**UNITED** Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

English | USD $

From 03/19/2012 To 03/20/2012 Rooms: 1 Guests: 2 Adults ›Change

‹ Back to Search Results

# The Chedi Club at Tanah Gajah, Ubud

★★★★★ 👓 ●●●●● 253 reviews

Jalan Goa Gajah, Ubud, 80571, ID

Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)

### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
👓 ●●●●●
Based on **267** traveler reviews

**Most Recent Traveler Reviews:**
- Mar 12, 2012: "Much beyond my expectation"
- Mar 8, 2012: "Heaven on earth!"
- Mar 7, 2012: "A little slice of spiritual heaven!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, makeup/shaving mirrors, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English · USD $

From 03/19/2012  To 03/20/2012  Rooms: **1** Guests: **2 Adults**  › Change

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★   253 reviews

Jalan Goa Gajah, Ubud, 80571, ID
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**

Based on 267 traveler reviews

**Most Recent Traveler Reviews:**

• Mar 12, 2012: "Much beyond my expectation"
• Mar 8, 2012: "Heaven on earth!"
• Mar 7, 2012: "A little slice of spiritual heaven!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, makeup/shaving mirrors, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.



United Airlines – The Chedi Club at Tanah Gajah, Ubud



# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

English USD $

From 03/19/2012 To 03/20/2012 Rooms: 1 Guests: 2 Adults › Change

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★ 🆔 ●●●●● 253 reviews

Jalan Goa Gajah, Ubud, 80571, ID

Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | Low Price Guarantee (Details) |

### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
🆔 ●●●●●
Based on 267 traveler reviews

**Most Recent Traveler Reviews:**
- Mar 12, 2012: "Much beyond my expectation"
- Mar 8, 2012: "Heaven on earth!"
- Mar 7, 2012: "A little slice of spiritual heaven!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, makeup/shaving mirrors, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.













