# EXHIBIT 2-L

THE WAVE STUDIO, LLC
COMPLAINT







United Airlines – The Chedi Club at Tanah Gajah, Ubud

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

▸ English  ▸ USD $

| From | 03/19/2012 | To | 03/20/2012 | Rooms: **1** Guests: **2 Adults** | ▸ Change |

◂ **Back to Search Results**

## The Chedi Club at Tanah Gajah, Ubud

★★★★★   🔵🔵🔵🔵🔵 253 reviews

Jalan Goa Gajah, Ubud, 80571, ID

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$390**

Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)



**The Chedi Club Tanah Gajah a GHM Hotel**

**TripAdvisor Traveler Rating:**

🔵🔵🔵🔵🔵

Based on **267** traveler reviews

**Most Recent Traveler Reviews:**

• Mar 12, 2012: "Much beyond my expectation"
• Mar 8, 2012: "Heaven on earth!"
• Mar 7, 2012: "A little slice of spiritual heaven!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, makeup/shaving mirrors, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.















UNITED
**Hotels**

✈ united.com

US and Canada: 866-797-0578 **Europe** 00-800-11-20-11-40  Promo Code 362349

## Complete Your Booking

🔒 Safe Shopping Guaranteed

| Step 1 Traveler Information | Step 2 Payment |
| --- | --- |

### Guest Details

Please provide a name and room preference for the guest responsible for checking into the room(s).

**Room: 1:** 2 Adults

First Name

Last Name

Smoking Preferences
⦿ Non-Smoking    ◯ Smoking

Bedding Preference

Sleeper Sofa

Special Request* (optional)

*Special requests are subject to availability upon check-in and may incur additional charges. Special request cannot be guaranteed.

### Contact Details

We require a valid email address to contact you with the details of your booking.

Email Address

Confirm Email Address

Needed if there are questions about your reservation.

Phone Number

---

**Details of Stay**

**The Chedi Club at Tanah Gajah, Ubud**

★★★★★
◎◎ ◯◯◯◯◯  253 reviews

Jalan Goa Gajah, Ubud, 80571, ID

**Check-in:**      Mar 19, 2012
**Check-out:**     Mar 20, 2012
**Guests:**        2 Adults
**Rooms:**         1
**Room type:**
**One bedroom pool villa**

All prices are displayed in $ USD

**Price Details:**

Room 1:* $495.00
*Excluding tax recovery charges and service fees

tax recovery charges and service fees $103.95

**Total Charges $598.95**
**Including tax recovery charges and service fees

**Notifications and Fees:**
All guests staying in hotel guestrooms must be registered with the hotel.
No pets, including service animals, are allowed at this property.
The following fees and deposits are charged by the property at time of service, check-in, or check-out.
Deposit: USD 100 per night (for stays between 1 January – 31 December)
The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

[+]
FEEDBACK

Last Name

Smoking Preferences
○ Non-Smoking    ○ Smoking

Bedding Preference
Sleeper Sofa

Special Request* (optional)

*Special requests are subject to availability upon check-in and may incur additional charges. Special request cannot be guaranteed.

**Contact Details**

We require a valid email address to contact you with the details of your booking.

Email Address

Confirm Email Address

Needed if there are questions about your reservation.

Phone Number

**United Airlines membership/loyalty**

MileagePlus Number

[ Continue » ]

---

Jalan Goa Gajah, Ubud, 80571, ID

| | |
|---|---|
| Check-in: | Mar 19, 2012 |
| Check-out: | Mar 20, 2012 |
| Guests: | 2 Adults |
| Rooms: | 1 |
| Room type: | |
| | One bedroom pool villa |

All prices are displayed in $ USD

**Price Details:**

Room 1:* $495.00
*Excluding tax recovery charges and service fees

tax recovery charges and service fees $103.95

**Total Charges $598.95**
**Including tax recovery charges and service fees

**Notifications and Fees:**
All guests staying in hotel guestrooms must be registered with the hotel.
No pets, including service animals, are allowed at this property.
The following fees and deposits are charged by the property at time of service, check-in, or check-out.
Deposit: USD 100 per night (for stays between 1 January – 31 December)
The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

**Low Price Guarantee** (Details)

**Why Book with Us**

- We Never Charge a Change or Cancel Fee (Details)
- Low Price Guarantee (Details)
- Secure bookings & protective privacy policy

SECURED BY GeoTrust

---

Now with 🔴🔴 tripadvisor reviews

Privacy Policy | Terms of Use | FAQ

[–] FEEDBACK



United Airlines – The Chedi Club at Tanah Gajah, Ubud



United Airlines – The Chedi Club at Tanah Gajah, Ubud



**UNITED** Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From 03/19/2012   To 03/20/2012   Rooms: **1** Guests: **2** Adults   › Change

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★   253 reviews

Jalan Goa Gajah, Ubud, 80571, ID

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates   **Low Price Guarantee** (Details)

**The Chedi Club Tanah Gajah a GHM Hotel**

**TripAdvisor Traveler Rating:**

Based on **267** traveler reviews

**Most Recent Traveler Reviews:**

• Mar 12, 2012: "Much beyond my expectation"
• Mar 8, 2012: "Heaven on earth!"
• Mar 7, 2012: "A little slice of spiritual heaven!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, makeup/shaving mirrors, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.



United Airlines – The Chedi Club at Tanah Gajah, Ubud

**UNITED Hotels**

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

▸ English  ▸ USD $

| From 03/19/2012 | To 03/20/2012 | Rooms: 1 Guests: 2 Adults | ▸ Change |

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★   ●●●●● 253 reviews

Jalan Goa Gajah, Ubud, 80571, ID

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |   **Low Price Guarantee** (Details) |

### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
●●●●●
Based on **267** traveler reviews

**Most Recent Traveler Reviews:**

• Mar 12, 2012: "Much beyond my expectation"
• Mar 8, 2012: "Heaven on earth!"
• Mar 7, 2012: "A little slice of spiritual heaven!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, makeup/shaving mirrors, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.

FEEDBACK







# UNITED ✈ Hotels

✈ united.com

US and Canada: 866-797-0578 **Europe** 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

▸ English • USD $

| From 04/09/2012 | To 04/10/2012 | Rooms: **1** Guests: **2 Adults** | ▸ Change |

◂ **Back to Search Results**

## The Datai

★★★★★  612 reviews

Jalan Teluk Datai, Langkawi, 07000, MY

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$686**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)



### The Datai Langkawi

**TripAdvisor Traveler Rating:**
★★★★★
Based on **628** traveler reviews

**Most Recent Traveler Reviews:**
• Mar 14, 2012: "A world class resort"
• Mar 9, 2012: "Perfect"
• Mar 5, 2012: "Beautiful"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Datai is located in Langkawi's Datai Bay neighborhood, close to Datai Golf Club. Regional points of interest also include Underwater World.

**Resort Features.**
This Langkawi resort has a private beach. Dining options at The Datai include 5 restaurants. The resort serves Hot and cold buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool and a health club. There is a full-service health spa on site. This 5-star property has a business center and offers small meeting rooms, secretarial services, and a technology helpdesk. Complimentary wireless Internet access is available in public areas and the resort has an Internet connection. This Langkawi property has 72 square meters of event space consisting of a conference center and conference/meeting rooms. Business services, wedding services, limo/town car service, and tour/ticket assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a rooftop terrace, a marina, and a library. The property has designated areas for smoking.

**Guestrooms.**
110 guestrooms at The Datai feature coffee/tea makers and safes. All accommodations have balconies. All rooms include separate sitting areas. Bathrooms feature separate bathtubs and showers. Wireless Internet access is complimentary. Televisions have satellite channels and DVD players.

**Notifications and Fees:**
A resort fee is included in the total price displayed

[−]
FEEDBACK



**UNITED Hotels**

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

▸ English   ▸ USD $

| From | 04/09/2012 | To | 04/10/2012 | Rooms: **1** Guests: **2 Adults** | ▸ Change |

◂ Back to Search Results

## The Datai

★★★★★  612 reviews

Jalan Teluk Datai, Langkawi, 07000, MY

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$686**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### The Datai Langkawi

**TripAdvisor Traveler Rating:**
Based on **628** traveler reviews

**Most Recent Traveler Reviews:**
• Mar 14, 2012: "A world class resort"
• Mar 9, 2012: "Perfect"
• Mar 5, 2012: "Beautiful"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Datai is located in Langkawi's Datai Bay neighborhood, close to Datai Golf Club. Regional points of interest also include Underwater World.

**Resort Features.**
This Langkawi resort has a private beach. Dining options at The Datai include 5 restaurants. The resort serves Hot and cold buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool and a health club. There is a full-service health spa on site. This 5-star property has a business center and offers small meeting rooms, secretarial services, and a technology helpdesk. Complimentary wireless Internet access is available in public areas and the resort has an Internet point. This Langkawi property has 72 square meters of event space consisting of a conference center and conference/meeting rooms. Business services, wedding services, limo/town car service, and tour/ticket assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a rooftop terrace, a marina, and a library. The property has designated areas for smoking.

**Guestrooms.**
110 guestrooms at The Datai feature coffee/tea makers and safes. All accommodations have balconies. All rooms include separate sitting areas. Bathrooms feature separate bathtubs and showers. Wireless Internet access is complimentary. Televisions have satellite channels and DVD players.

**Notifications and Fees:**
A resort fee is included in the total price displayed.

Case 7:15-cv-06392-CS    Document 1-21    Filed 02/23/15    Page 25 of 41




United Airlines – The Lalu Sun Moon Lake



**UNITED Hotels**

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From [        ] To [        ]   Rooms: **1** Guests: **2 Adults**  › Change

‹ Back to Search Results

## The Lalu Sun Moon Lake

★★★★★  ◎◎○○○○ 0 reviews

142 Jung Hing Road, Yuchi, 555, TW
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$402**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

◎◎ **tripadvisor**

Sorry, no reviews are available for this property.

© 2012 TripAdvisor LLC

## Description

**Location.**
Attractions in the region around The Lalu Sun Moon Lake include New Era Sculpture Park and Lungnan Natural Lacquerware Museum.

**Hotel Features.**
The Lalu Sun Moon Lake features a coffee shop/café and a bar/lounge. Room service is available during limited hours. The hotel serves a complimentary buffet breakfast each morning in the restaurant. Recreational amenities include 2 spa tubs. Also located on site are an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a business center and offers small meeting rooms and secretarial services. Complimentary wireless Internet access is available in public areas. The property has 4 meeting rooms. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
35 air-conditioned guestrooms at The Lalu Sun Moon Lake feature CD players and complimentary bottled water. Balconies offer lake views. Bathrooms feature separate bathtubs and showers with deep soaking bathtubs, handheld showerheads, and rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer phones. Cable television is provided. Also included are windows that open and blackout drapes/curtains. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

**Notifications:**

United Airlines – The Lalu Sun Moon Lake

**UNITED** Hotels

✈ united.com

US and Canada: 866-797-0578  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

📄 🖨  English  USD $

| From | | To | | Rooms: 1 Guests: 2 Adults | › Change |

‹ Back to Search Results

## The Lalu Sun Moon Lake

★★★★★  👓 ⭕⭕⭕⭕⭕ 0 reviews

142 Jung Hing Road, Yuchi, 555, TW
Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$402**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)



Pause

## Select Your Dates

To give your information on room availability, we will need dates.

Check-in [          ] 📅   Check-out [          ] 📅   **Check Availability**

**All displayed prices exclude Tax Recovery Charges and Service Fees**

Now with 👓 tripadvisor reviews.

Privacy Policy | Terms of Use | FAQ







# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English | USD $

From [          ] 📅  To [          ] 📅   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Lalu Sun Moon Lake

★★★★★  ⊙⊙○○○○ 0 reviews

142 Jung Hing Road, Yuchi, 555, TW
Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$402**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)

Pause

### Select Your Dates

To give your information on room availability, we will need dates.

Check-in [          ] 📅   Check-out [          ] 📅   **Check Availability**

**All displayed prices exclude Tax Recovery Charges and Service Fees**

Now with ⊙⊙ tripadvisor reviews.

Privacy Policy | Terms of Use | FAQ

[+]
FEEDBACK









United Airlines - The Lalu Sun Moon Lake

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40    Promo Code 362349

Customer Service: **Manage Your Booking**

English    USD $

| From | | To | | Rooms: **1** Guests: **2 Adults** | › **Change** |

› Back to Search Results

## The Lalu Sun Moon Lake

★★★★★    ⊙⊙◯◯◯◯ 0 reviews

142 Jung Hing Road, Yuchi, 555, TW
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$402**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)



Pause

## Select Your Dates

To give your information on room availability, we will need dates.

Check-in [        ]    Check-out [        ]    **Check Availability**

**All displayed prices exclude Tax Recovery Charges and Service Fees**

Now with ⊙⊙ **tripadvisor** reviews.

Privacy Policy | Terms of Use | FAQ

FEEDBACK





United Airlines - The Lalu Sun Moon Lake





United Airlines – The Lalu Sun Moon Lake

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English    USD $

| From | | To | | Rooms: 1 Guests: 2 Adults | › Change |

‹ Back to Search Results

## The Lalu Sun Moon Lake

★★★★★   ◎◎○○○○ 0 reviews

142 Jung Hing Road, Yuchi, 555, TW
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$402**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |



◎◎ **tripadvisor**

Sorry, no reviews are available for this property.

© 2012 TripAdvisor LLC

## Description

**Location.**
Attractions in the region around The Lalu Sun Moon Lake include New Era Sculpture Park and Lungnan Natural Lacquerware Museum.

**Hotel Features.**
The Lalu Sun Moon Lake features a coffee shop/café and a bar/lounge. Room service is available during limited hours. The hotel serves a complimentary buffet breakfast each morning in the restaurant. Recreational amenities include 2 spa tubs. Also located on site are an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a business center and offers small meeting rooms and secretarial services. Complimentary wireless Internet access is available in public areas. The property has 4 meeting rooms. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
35 air-conditioned guestrooms at The Lalu Sun Moon Lake feature CD players and complimentary bottled water. Balconies offer lake views. Bathrooms feature separate bathtubs and showers with deep soaking bathtubs, handheld showerheads, and rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer phones. Cable television is provided. Also included are windows that open and blackout drapes/curtains. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

**Notifications:**