# EXHIBIT 2-M

THE WAVE STUDIO, LLC
COMPLAINT

United Airlines – The Lalu Sun Moon Lake

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: **Manage Your Booking**

English • USD $

| From | | To | | Rooms: **1** Guests: **2 Adults** | › Change |

‹ Back to Search Results

## The Lalu Sun Moon Lake

★★★★★   ⊙⊙ ○○○○○ 0 reviews

142 Jung Hing Road, Yuchi, 555, TW
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$402**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | **Low Price Guarantee** (Details) |



**⊙⊙ tripadvisor®**

Sorry, no reviews are available for this property.

© 2012 TripAdvisor LLC

## Description

**Location.**
Attractions in the region around The Lalu Sun Moon Lake include New Era Sculpture Park and Lungnan Natural Lacquerware Museum.

**Hotel Features.**
The Lalu Sun Moon Lake features a coffee shop/café and a bar/lounge. Room service is available during limited hours. The hotel serves a complimentary buffet breakfast each morning in the restaurant. Recreational amenities include 2 spa tubs. Also located on site are an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a business center and offers small meeting rooms and secretarial services. Complimentary wireless Internet access is available in public areas. The property has 4 meeting rooms. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
35 air-conditioned guestrooms at The Lalu Sun Moon Lake feature CD players and complimentary bottled water. Balconies offer lake views. Bathrooms feature separate bathtubs and showers with deep soaking bathtubs, handheld showerheads, and rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer phones. Cable television is provided. Also included are windows that open and blackout drapes/curtains. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

**Notifications:**



**UNITED Hotels** ✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English | USD $

From _____ To _____ Rooms: **1** Guests: **2 Adults** › Change

‹ Back to Search Results

## The Lalu Sun Moon Lake

★★★★★

142 Jung Hing Road, Yuchi, 555, TW
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

⊙⊙ ○○○○○ 0 reviews

**$402**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

⊙⊙ **tripadvisor**
Sorry, no reviews are available for this property.
© 2012 TripAdvisor LLC

### Description

**Location.**
Attractions in the region around The Lalu Sun Moon Lake include New Era Sculpture Park and Lungnan Natural Lacquerware Museum.

**Hotel Features.**
The Lalu Sun Moon Lake features a coffee shop/café and a bar/lounge. Room service is available during limited hours. The hotel serves a complimentary buffet breakfast each morning in the restaurant. Recreational amenities include 2 spa tubs. Also located on site are an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a business center and offers small meeting rooms and secretarial services. Complimentary wireless Internet access is available in public areas. The property has 4 meeting rooms. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
35 air-conditioned guestrooms at The Lalu Sun Moon Lake feature CD players and complimentary bottled water. Balconies offer lake views. Bathrooms feature separate bathtubs and showers with deep soaking bathtubs, handheld showerheads, and rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer phones. Cable television is provided. Also included are windows that open and blackout drapes/curtains. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

**Notifications:**

[+]
FEEDBACK



UNITED
Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From _____   To _____   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Lalu Sun Moon Lake

★★★★★   ◎◎○○○○○ 0 reviews

142 Jung Hing Road, Yuchi, 555, TW

Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$402**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

◎◎ tripadvisor
Sorry, no reviews are available for this property.
© 2012 TripAdvisor LLC

## Description

**Location.**
Attractions in the region around The Lalu Sun Moon Lake include New Era Sculpture Park and Lungnan Natural Lacquerware Museum.

**Hotel Features.**
The Lalu Sun Moon Lake features a coffee shop/café and a bar/lounge. Room service is available during limited hours. The hotel serves a complimentary buffet breakfast each morning in the restaurant. Recreational amenities include 2 spa tubs. Also located on site are an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a business center and offers small meeting rooms and secretarial services. Complimentary wireless Internet access is available in public areas. The property has 4 meeting rooms. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
35 air-conditioned guestrooms at The Lalu Sun Moon Lake feature CD players and complimentary bottled water. Balconies offer lake views. Bathrooms feature separate bathtubs and showers with deep soaking bathtubs, handheld showerheads, and rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer phones. Cable television is provided. Also included are windows that open and blackout drapes/curtains. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

**Notifications:**

[–]
FEEDBACK



**UNITED Hotels**

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: **Manage Your Booking**

› English  · USD $

## Search for Hotels

- Hotels requested in the URL could not be found. Please start your search again

**Where would you like to go?**

THE LEELA GOA BEACH RESORT, Goa, IN

**Check-in**
04/09/2012

**Check-out**
04/10/2012

☐ I don't have specific dates yet

**Rooms**
1

**Adults (18+)**
Room 1   2

**Children (0-17)**
0

**Search**   ▸ Show More Options

**Low Price Guarantee** (Details)

**Popular Destinations**

| | Prices from | | |
|---|---|---|---|
| New York | $55 | Las Vegas | $24 |
| Newark | $55 | Orlando | $40 |
| Houston | $37 | Tampa | $39 |
| Los Angeles | $58 | Fort Lauderdale | $54 |
| San Francisco | $50 | Miami | $54 |
| Chicago | $49 | West Palm Beach | $79 |
| Denver | $44 | Intl. Airport (PBI) | |
| Cleveland | $26 | Cancun | $40 |
| Washington | $55 | New Orleans | $38 |
| Baltimore | $50 | San Diego | $59 |
| | | Austin | $44 |

**TODAY'S TOP DEALS**



**Houston, TX, United States**   from
- The Westin Oaks Houston a... $169
- Sheraton North Houston at... $119
- Hampton Inn Houston I45 N... $89

**Las Vegas**   from
- Bally's Las Vegas $45
- MGM Grand Hotel and Casin... $81
- Sunset Station Hotel &amp... $55



**Los Angeles, CA, United States**
from
- Hyatt Regency Century Pla... $372
- The Westin Bonaventure Ho... $249
- Courtyard by Marriott Los... $169

**New York, NY, United States**   from
- The Manhattan at Times Sq... $199
- The Plaza $945
- Residence Inn by Marriott... $139

Now with 🔍 tripadvisor reviews

Privacy Policy  |  Terms of Use  |  FAQ

United Airlines – The Legian, Bali   +

hotels.continental.com/templates/362349/hotels/333180/overview?lang=en&currency=USD&secureUrlFromDataBridge=https%3A%2F%2Fsecure.travelnow.com&requ

Google

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578  Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English ▸   USD $

| From 04/08/2012 | To 04/10/2012 | Rooms: 1 Guests: 2 Adults | › Change |

‹ Back to Search Results

## The Legian, Bali

★★★★★   🆇 ●●●●● 244 reviews

Jalan Kayu Aya, Legian Beach, 80361, ID
Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$745**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)



**The Legian Bali**

**TripAdvisor Traveler Rating:**
🆇 ●●●●◐
Based on 258 traveler reviews

**Most Recent Traveler Reviews:**
• Mar 11, 2012: "'The Legian' best of the 3 hotels…"
• Mar 7, 2012: "Paradise"
• Mar 7, 2012: "We come back"

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Legian, Bali is located on the beach in Seminyak, close to Seminyak Square, Kuta Beach, and Legian Beach. Other points of interest near this luxury resort include Seminyak Beach and Canggu Beach.

**Resort Features.**
This Seminyak resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.

**Guestrooms.**
78 air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished rooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, slippers, and scales. Wired high-speed and wireless Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request microwaves, in-room massages, and irons/ironing boards. A nightly turndown service is offered and housekeeping is available daily.

United Airlines – The Legian, Bali

# UNITED Hotels

US and Canada: 866-797-0578  Europe 00-800-11-20-11-40  Promo Code 362349

✈ united.com

Customer Service: **Manage Your Booking**

‹ **Back to Search Results**

## The Legian, Bali

★★★★★   🐸 ●●●●○ 244 reviews

Jalan Kayu Aya, Legian Beach, 80361, ID
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$745**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price **Guarantee** (Details) |



**The Legian Bali**

**TripAdvisor Traveler Rating:**
🐸 ●●●●○
Based on **258** traveler reviews

**Most Recent Traveler Reviews:**
• Mar 11, 2012: "'The Legian' best of the 3 hotels…"
• Mar 7, 2012: "Paradise"
• Mar 7, 2012: "We come back"

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Legian, Bali is located on the beach in Seminyak, close to Seminyak Square, Kuta Beach, and Legian Beach. Other points of interest near this luxury resort include Seminyak Beach and Canggu Beach.

**Resort Features.**
This Seminyak resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.

**Guestrooms.**
78 air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished rooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, slippers, and scales. Wired high-speed and wireless Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request microwaves, in-room massages, and irons/ironing boards. A nightly turndown service is offered and housekeeping is available daily.



















# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English  • USD $

| From | 04/08/2012 | To | 04/10/2012 | Rooms: **1** Guests: **2 Adults** | › Change |

‹ Back to Search Results

## The Legian, Bali

★★★★★  🆗 ●●●●● 244 reviews

Jalan Kayu Aya, Legian Beach, 80361, ID
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$745**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |



**The Legian Bali**

**TripAdvisor Traveler Rating:**
🆗 ●●●●○
Based on **258** traveler reviews

**Most Recent Traveler Reviews:**
• Mar 11, 2012: "'The Legian' best of the 3 hotels..."
• Mar 7, 2012: "Paradise"
• Mar 7, 2012: "We come back"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Legian, Bali is located on the beach in Seminyak, close to Seminyak Square, Kuta Beach, and Legian Beach. Other points of interest near this luxury resort include Seminyak Beach and Canggu Beach.

**Resort Features.**
This Seminyak resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle to destinations within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.

**Guestrooms.**
78 air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished rooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, slippers, and scales. Wired high-speed and wireless Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request microwaves, in-room massages, and irons/ironing boards. A nightly turndown service is offered and housekeeping is available daily.





Traveler Photos From tripadvisor

All prices are displayed in $ USD

| Room Types | | Avg Nightly Rate | |
|---|---|---|---|
| **One bedroom villa**<br>Cancellation Policy | Breakfast Buffet | **$745** | **Book** |

See all rooms »

All displayed prices exclude Tax Recovery Charges and Service Fees

Now with tripadvisor reviews

Privacy Policy    Terms of Use    FAQ



# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 **Europe** 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English    USD $

From 04/08/2012   To 04/10/2012   Rooms: **1** Guests: **2 Adults**   › Change

‹ Back to Search Results

## The Legian, Bali

★★★★★   🔵🔵🟢🟢🟢🟢🟢 244 reviews

Jalan Kayu Aya, Legian Beach, 80361, ID

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$745**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### The Legian Bali

**TripAdvisor Traveler Rating:**
🔵🔵🟢🟢🟢🟢🟢
Based on **258** traveler reviews

**Most Recent Traveler Reviews:**
• Mar 11, 2012: "'The Legian' best of the 3 hotels..."
• Mar 7, 2012: "Paradise"
• Mar 7, 2012: "We come back"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Legian, Bali is located on the beach in Seminyak, close to Seminyak Square, Kuta Beach, and Legian Beach. Other points of interest near this luxury resort include Seminyak Beach and Canggu Beach.

**Resort Features.**
This Seminyak resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.

**Guestrooms.**
78 air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished rooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, slippers, and scales. Wired high-speed and wireless Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request microwaves, in-room massages, and irons/ironing boards. A nightly turndown service is offered and housekeeping is available daily.



## UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English • USD $

From 04/08/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

### The Legian, Bali

★★★★★  ⊙⊙ ●●●●● 244 reviews

Jalan Kayu Aya, Legian Beach, 80361, ID

Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$745**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | Low Price Guarantee (Details) |

**The Legian Bali**

TripAdvisor Traveler Rating:
⊙⊙ ●●●●◐
Based on 258 traveler reviews

Most Recent Traveler Reviews:
- Mar 11, 2012: "'The Legian' best of the 3 hotels…"
- Mar 7, 2012: "Paradise"
- Mar 7, 2012: "We come back"

**Read reviews »**

© 2012 TripAdvisor LLC

### Description

**Location.**
The Legian, Bali is located on the beach in Seminyak, close to Seminyak Square, Kuta Beach, and Legian Beach. Other points of interest near this luxury resort include Seminyak Beach and Canggu Beach.

**Resort Features.**
This Seminyak resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.

**Guestrooms.**
78 air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished rooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, slippers, and scales. Wired high-speed and wireless Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request microwaves, in-room massages, and irons/ironing boards. A nightly turndown service is offered and housekeeping is available daily.



**UNITED Hotels**

→ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 04/08/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Legian, Bali

★★★★★  🔘 ⦿⦿⦿⦿⦿ 244 reviews

Jalan Kayu Aya, Legian Beach, 80361, ID
Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$745**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | Low Price Guarantee (Details) |

### The Legian Bali

**TripAdvisor Traveler Rating:**
🔘 ⦿⦿⦿⦿⦿
Based on 258 traveler reviews

**Most Recent Traveler Reviews:**
- Mar 11, 2012: "'The Legian' best of the 3 hotels…"
- Mar 7, 2012: "Paradise"
- Mar 7, 2012: "We come back"

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Legian, Bali is located on the beach in Seminyak, close to Seminyak Square, Kuta Beach, and Legian Beach. Other points of interest near this luxury resort include Seminyak Beach and Canggu Beach.

**Resort Features.**
This Seminyak resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle (within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.

**Guestrooms.**
78 air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished rooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, slippers, and scales. Wired high-speed and wireless Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request microwaves, in-room massages, and irons/ironing boards. A nightly turndown service is offered and housekeeping is available daily.



## UNITED Hotels

→ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English • USD $

From 04/08/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

### The Legian, Bali

★★★★★  🔵🔵 ●●●●● 244 reviews

Jalan Kayu Aya, Legian Beach, 80361, ID
Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$745**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)

**The Legian Bali**

**TripAdvisor Traveler Rating:**
🔵🔵 ●●●●●
Based on **258** traveler reviews

**Most Recent Traveler Reviews:**
• Mar 11, 2012: "'The Legian' best of the 3 hotels..."
• Mar 7, 2012: "Paradise"
• Mar 7, 2012: "We come back"

**Read reviews »**

© 2012 TripAdvisor LLC

### Description

**Location.**
The Legian, Bali is located on the beach in Seminyak, close to Seminyak Square, Kuta Beach, and Legian Beach. Other points of interest near this luxury resort include Seminyak Beach and Canggu Beach.

**Resort Features.**
This Seminyak resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.

**Guestrooms.**
78 air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished rooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, slippers, and scales. Wired high-speed and wireless Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request microwaves, in-room massages, and irons/ironing boards. A nightly turndown service is offered and housekeeping is available daily.



# UNITED Hotels

united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From 04/08/2012 To 04/10/2012 Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Legian, Bali

★★★★★  244 reviews

Jalan Kayu Aya, Legian Beach, 80361, ID
Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$745**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

Low Price Guarantee (Details)

### The Legian Bali

**TripAdvisor Traveler Rating:**
Based on 258 traveler reviews

**Most Recent Traveler Reviews:**
- Mar 11, 2012: "'The Legian' best of the 3 hotels…"
- Mar 7, 2012: "Paradise"
- Mar 7, 2012: "We come back"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Legian, Bali is located on the beach in Seminyak, close to Seminyak Square, Kuta Beach, and Legian Beach. Other points of interest near this luxury resort include Seminyak Beach and Canggu Beach.

**Resort Features.**
This Seminyak resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle that runs to destinations within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.

**Guestrooms.**
78 air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished rooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, slippers, and scales. Wired high-speed and wireless Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request microwaves, in-room massages, and irons/ironing boards. A nightly turndown service is offered and housekeeping is available daily.







UNITED Hotels

→ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English    USD $

From 04/09/2012   To 04/10/2012    Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

### The Chedi Muscat

★★★★★  605 reviews

$468
**$397**
Avg. Nightly Rate from

North Ghubra 32, Way No. 3215, Muscat, 133, OM
Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

**The Chedi Muscat**

**TripAdvisor Traveler Rating:**

Based on 647 traveler reviews

**Most Recent Traveler Reviews:**
- Mar 13, 2012: "Just bliss."
- Mar 12, 2012: "Stunning? Yes. Expensive? Yes. Worth it? Yes!"
- Mar 11, 2012: "Wonderful grounds"

**Read reviews »**

© 2012 TripAdvisor LLC

### Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

**Notifications and Fees:**





© 2012 TripAdvisor LLC







**UNITED** Hotels

✈ united.com

US and Canada: 866-797-0578 **Europe** 00-800-11-20-11-40   Promo Code 362349

Customer Service: **Manage Your Booking**

English   USD $

From 04/09/2012   To 04/10/2012   Rooms: **1** Guests: **2 Adults**   ▸ Change

◂ Back to Search Results

### The Chedi Muscat

★★★★★   605 reviews

North Ghubra 32, Way No. 3215, Muscat, 133, OM
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

~~$468~~
**$397**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

**The Chedi Muscat**

**TripAdvisor Traveler Rating:**

Based on **647** traveler reviews

**Most Recent Traveler Reviews:**

- Mar 13, 2012: "Just bliss."
- Mar 12, 2012: "Stunning? Yes. Expensive? Yes. Worth it? Yes!"
- Mar 11, 2012: "Wonderful grounds"

**Read reviews »**

© 2012 TripAdvisor LLC

### Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

**Notifications and Fees:**





# UNITED Hotels

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

✈ united.com

| From | 04/09/2012 | To | 04/10/2012 | | Rooms: 1 Guests: 2 Adults | › Change |

‹ Back to Search Results

## The Chedi Muscat

★★★★★ 🔵🔵 🟢🟢🟢🟢◐ **605 reviews**

$468
**$397**
Avg. Nightly Rate from

North Ghubra 32, Way No. 3215, Muscat, 133, OM
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | **Low Price Guarantee** (Details) |

### The Chedi Muscat

**TripAdvisor Traveler Rating:**
🔵🔵 🟢🟢🟢🟢◐
Based on **647** traveler reviews

**Most Recent Traveler Reviews:**
- Mar 13, 2012: "Just bliss."
- Mar 12, 2012: "Stunning? Yes. Expensive? Yes. Worth it? Yes!"
- Mar 11, 2012: "Wonderful grounds"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

**Notifications and Fees:**







United Airlines – The Chedi Muscat

**UNITED** Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

📄 🖨  › English   › USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

### The Chedi Muscat

★★★★★  605 reviews

North Ghubra 32, Way No. 3215, Muscat, 133, OM

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

~~$468~~
**$397**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

**The Chedi Muscat**

**TripAdvisor Traveler Rating:**
Based on **647** traveler reviews

**Most Recent Traveler Reviews:**
- Mar 13, 2012: "Just bliss."
- Mar 12, 2012: "Stunning? Yes. Expensive? Yes. Worth it? Yes!"
- Mar 11, 2012: "Wonderful grounds"

**Read reviews »**

© 2012 TripAdvisor LLC

### Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

**Notifications and Fees:**



**UNITED** Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From 04/09/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Chedi Muscat

★★★★★  605 reviews

North Ghubra 32, Way No. 3215, Muscat, 133, OM

Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

~~$468~~
**$397**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### The Chedi Muscat

**TripAdvisor Traveler Rating:**

Based on **647** traveler reviews

**Most Recent Traveler Reviews:**

• Mar 13, 2012: "Just bliss."
• Mar 12, 2012: "Stunning? Yes. Expensive? Yes. Worth it? Yes!"
• Mar 11, 2012: "Wonderful grounds"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

**Notifications and Fees:**