# EXHIBIT 2-N

THE WAVE STUDIO, LLC
COMPLAINT



**UNITED Hotels**

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

▸ English  ▸ USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  ▸ Change

◂ Back to Search Results

## The Chedi Muscat

★★★★★  ◎◎ ●●●●○ 605 reviews

North Ghubra 32, Way No. 3215, Muscat, 133, OM
Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

$468
**$397**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)

**The Chedi Muscat**

**TripAdvisor Traveler Rating:**
◎◎ ●●●●○
Based on 647 traveler reviews

**Most Recent Traveler Reviews:**
• Mar 13, 2012: "Just bliss."
• Mar 12, 2012: "Stunning? Yes. Expensive? Yes. Worth it? Yes!"
• Mar 11, 2012: "Wonderful grounds"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

**Notifications and Fees:**

[+]
FEEDBACK





**UNITED** Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

› English  › USD $

From 04/09/2012  To 04/10/2012  Rooms: **1** Guests: **2 Adults**  › Change

‹ Back to Search Results

## The Chedi Muscat

★★★★★  605 reviews

North Ghubra 32, Way No. 3215, Muscat, 133, OM
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

$468
**$397**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |

### The Chedi Muscat

**TripAdvisor Traveler Rating:**

Based on **647** traveler reviews

**Most Recent Traveler Reviews:**

- Mar 13, 2012: "Just bliss."
- Mar 12, 2012: "Stunning? Yes. Expensive? Yes. Worth it? Yes!"
- Mar 11, 2012: "Wonderful grounds"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

**Notifications and Fees:**

[+]
FEEDBACK















# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

‣ English  ‣ USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Chedi Muscat

★★★★★  ◎◎●●●●● 605 reviews

North Ghubra 32, Way No. 3215, Muscat, 133, OM
Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

~~$468~~
**$397**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)



### The Chedi Muscat

**TripAdvisor Traveler Rating:**
◎◎ ●●●●●
Based on 647 traveler reviews

**Most Recent Traveler Reviews:**
- Mar 13, 2012: "Just bliss."
- Mar 12, 2012: "Stunning? Yes. Expensive? Yes. Worth it? Yes!"
- Mar 11, 2012: "Wonderful grounds"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

**Notifications and Fees:**





















Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help   Related Links



# UNITED Hotels

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

✈ united.com

English    USD $

| From | 04/09/2012 | To | 04/10/2012 | | Rooms: **1** Guests: **2** Adults | › Change |

‹ Back to Search Results

## The Chedi Muscat

★★★★★  605 reviews

North Ghubra 32, Way No. 3215, Muscat, 133, OM
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

~~$468~~
**$397**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### The Chedi Muscat

**TripAdvisor Traveler Rating:**
Based on **647** traveler reviews

**Most Recent Traveler Reviews:**
• Mar 13, 2012: "Just bliss."
• Mar 12, 2012: "Stunning? Yes. Expensive? Yes. Worth it? Yes!"
• Mar 11, 2012: "Wonderful grounds"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

**Notifications and Fees:**













**UNITED Hotels**

✈ united.com

US and Canada: 866-797-0578 **Europe** 00-800-11-20-11-40   Promo Code 362349

## Complete Your Booking

🔒 Safe Shopping Guaranteed

| Step 1 Traveler Information | Step 2 Payment |
| --- | --- |

### Guest Details

Please provide a name and room preference for the guest responsible for checking into the room(s).

**Room: 1:** 2 Adults

First Name

Last Name

Smoking Preferences
◉ Non-Smoking   ◯ Smoking

Special Request* (optional)

*Special requests are subject to availability upon check-in and may incur additional charges. Special request cannot be guaranteed.

### Contact Details

We require a valid email address to contact you with the details of your booking.

Email Address

Confirm Email Address

Needed if there are questions about your reservation.

Phone Number

### United Airlines membership/loyalty

MileagePlus Number

---

### Details of Stay

**The Chedi Muscat**

★★★★★
⭕⭕⭕⭕⭕ 605 reviews

North Ghubra 32, Way No. 3215, Muscat, 133, OM

| | |
| --- | --- |
| Check-in: | Apr 9, 2012 |
| Check-out: | Apr 10, 2012 |
| Guests: | 2 Adults |
| Rooms: | 1 |
| Room type: | |
| Chedi Club Suite | |

All prices are displayed in $ USD

**Price Details:**

Room 1:* $1,220.81
*Excluding tax recovery charges and service fees

tax recovery charges and service fees $207.54

**Total Charges $1,428.35**
**Including tax recovery charges and service fees

**Notifications and Fees:**
All guests staying in hotel guestrooms must be registered with the hotel.
No pets, including service animals, are allowed at this property.
Some properties have extra fees for amenities or services that may apply even if you do not use them. Government fees or taxes also may be charged to you when you check in or check out. This property told us they will charge you for the following:
Christmas Eve (24 December) Gala Dinner per adult: OMR 45
Christmas Eve (24 December) Gala Dinner

[+] FEEDBACK

## Contact Details

We require a valid email address to contact you with the details of your booking.

Email Address

Confirm Email Address

Needed if there are questions about your reservation.

Phone Number

### United Airlines membership/loyalty

MileagePlus Number

**Continue »**

## Price Details:

Room 1:* $1,220.81

*Excluding tax recovery charges and service fees

tax recovery charges and service fees $207.54

**Total Charges $1,428.35**

**Including tax recovery charges and service fees

**Notifications and Fees:**
All guests staying in hotel guestrooms must be registered with the hotel.
No pets, including service animals, are allowed at this property.
Some properties have extra fees for amenities or services that may apply even if you do not use them. Government fees or taxes also may be charged to you when you check in or check out. This property told us they will charge you for the following:
Christmas Eve (24 December) Gala Dinner per adult: OMR 45
Christmas Eve (24 December) Gala Dinner per child: OMR 22.5 (from 2 to 12 years old)
New Year's Eve (31 December) Gala Dinner per adult: OMR 98
New Year's Eve (31 December) Gala Dinner per child: OMR 49 (from 2 to 12 years old)
We have included all charges provided to us by the property. However, charges can vary, for example, based on length of stay or the room you book. Additional fees and deposits may be charged by the property at time of service, check-in, or check-out.

**Low Price Guarantee** (Details)

**Why Book with Us**

- We Never Charge a Change or Cancel Fee (Details)
- Low Price Guarantee (Details)
- Secure bookings & protective privacy policy

Now with **tripadvisor** reviews

Privacy Policy | Terms of Use | FAQ



UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: **Manage Your Booking**

English · USD $

From 04/09/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Chedi Muscat

★★★★★   ⊚⊚ ●●●●○ 605 reviews

North Ghubra 32, Way No. 3215, Muscat, 133, OM
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

$468
**$397**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

**The Chedi Muscat**

**TripAdvisor Traveler Rating:**
⊚⊚ ●●●●○
Based on 647 traveler reviews

**Most Recent Traveler Reviews:**
• Mar 13, 2012: "Just bliss."
• Mar 12, 2012: "Stunning? Yes. Expensive? Yes. Worth it? Yes!"
• Mar 11, 2012: "Wonderful grounds"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

**Notifications and Fees:**

[+]
FEEDBACK



United Airlines – The Chedi Muscat

**UNITED Hotels**

✈ united.com

US and Canada: 866-797-0578 **Europe** 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English  USD $

From 04/09/2012  To 04/10/2012  Rooms: **1** Guests: **2 Adults**  › Change

‹ Back to Search Results

## The Chedi Muscat

★★★★★  605 reviews

North Ghubra 32, Way No. 3215, Muscat, 133, OM
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

~~$468~~
**$397**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

**The Chedi Muscat**

**TripAdvisor Traveler Rating:**
Based on **647** traveler reviews

**Most Recent Traveler Reviews:**
• Mar 13, 2012: "Just bliss."
• Mar 12, 2012: "Stunning? Yes. Expensive? Yes. Worth it? Yes!"
• Mar 11, 2012: "Wonderful grounds"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

**Notifications and Fees:**



© 2012 TripAdvisor LLC



UNITED
Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English  USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Chedi Muscat

★★★★★  605 reviews

North Ghubra 32, Way No. 3215, Muscat, 133, OM
Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

$468
**$397**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

Low Price Guarantee (Details)

### The Chedi Muscat

**TripAdvisor Traveler Rating:**

Based on 647 traveler reviews

**Most Recent Traveler Reviews:**

- Mar 13, 2012: "Just bliss."
- Mar 12, 2012: "Stunning? Yes. Expensive? Yes. Worth it? Yes!"
- Mar 11, 2012: "Wonderful grounds"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

**Notifications and Fees:**



# UNITED Hotels

→ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

▸ English  ▸ USD $

From 04/09/2012   To 04/10/2012   Rooms: **1** Guests: **2** Adults   ▸ Change

◂ Back to Search Results

## The Chedi Muscat

★★★★★   605 reviews

North Ghubra 32, Way No. 3215, Muscat, 133, OM
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

~~$468~~
**$397**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | Low Price Guarantee (Details) |

### The Chedi Muscat

**TripAdvisor Traveler Rating:**

Based on **647** traveler reviews

**Most Recent Traveler Reviews:**

- Mar 13, 2012: "Just bliss."
- Mar 12, 2012: "Stunning? Yes. Expensive? Yes. Worth it? Yes!"
- Mar 11, 2012: "Wonderful grounds"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

**Notifications and Fees:**





UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

▸ English ▸ USD $

From 04/09/2012 To 04/10/2012 Rooms: 1 Guests: 2 Adults ▸ Change

◂ Back to Search Results

## The Nam Hai

★★★★★  358 reviews

Hamlet 1, Dien Ban, VN

Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$800**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | Low Price Guarantee (Details) |

### The Nam Hai

**TripAdvisor Traveler Rating:**

Based on 378 traveler reviews

**Most Recent Traveler Reviews:**

- Mar 14, 2012: "Perfect!"
- Mar 13, 2012: "Simply the best"
- Mar 12, 2012: "Gorgeous rooms, vast property, delicious food, cool..."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Nam Hai is located on the beach in Dien Ban and local attractions include Cuai Dai Beach, Japanese Bridge, and Marble Mountains.

**Hotel Features.**
Dining options at The Nam Hai include 3 restaurants. A bar/lounge is open for drinks. Room service is available. The hotel serves Buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool, an indoor pool, a health club, a sauna, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms and a meeting/conference room. Complimentary wireless Internet access is available in public areas. This Dien Ban property has 807 square feet of event space consisting of conference/meeting rooms. Concierge services, tour/ticket assistance, and tour assistance are available. Guest parking is complimentary. Additional property amenities include a rooftop terrace, a library, and barbecue grills.

**Guestrooms.**
100 guestrooms at The Nam Hai feature minibars and coffee/tea makers. Wired high-speed and wireless Internet access is complimentary. Guestrooms offer complimentary newspapers and safes. LCD televisions are available in guestrooms. Guests may request in-room massages and hypo-allergenic bedding.

**Notifications and Fees:**

Under Vietnamese law, a guest who is not a Vietnamese citizen cannot share a room with a Vietnamese citizen without proof of marriage to each other. Otherwise, a second room must be booked.





**UNITED** Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: **Manage Your Booking**

▸ English   ▸ USD $

From 04/09/2012    To 04/10/2012    Rooms: 1 Guests: 2 Adults   ▸ Change

◂ Back to Search Results

## The Nam Hai

★★★★★   ⊙⊙ ●●●● 358 reviews

Hamlet 1, Dien Ban, VN

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$800**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |

### The Nam Hai

**TripAdvisor Traveler Rating:**
⊙⊙ ●●●●○
Based on **378** traveler reviews

**Most Recent Traveler Reviews:**
- Mar 14, 2012: "Perfect!"
- Mar 13, 2012: "Simply the best"
- Mar 12, 2012: "Gorgeous rooms, vast property, delicious food, cool…"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Nam Hai is located on the beach in Dien Ban and local attractions include Cuai Dai Beach, Japanese Bridge, and Marble Mountains.

**Hotel Features.**
Dining options at The Nam Hai include 3 restaurants. A bar/lounge is open for drinks. Room service is available. The hotel serves Buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool, an indoor pool, a health club, a sauna, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms and a meeting/conference room. Complimentary wireless Internet access is available in public areas. This Dien Ban property has 807 square feet of event space consisting of conference/meeting rooms. Concierge services, tour/ticket assistance, and tour assistance are available. Guest parking is complimentary. Additional property amenities include a rooftop terrace, a library, and barbecue grills.

**Guestrooms.**
100 guestrooms at The Nam Hai feature minibars and coffee/tea makers. Wired high-speed and wireless Internet access is complimentary. Guestrooms offer complimentary newspapers and safes. LCD televisions are available in guestrooms. Guests may request in-room massages and hypo-allergenic bedding.

**Notifications and Fees:**
Under Vietnamese law, a guest who is not a Vietnamese citizen cannot share a room with a Vietnamese citizen without proof of marriage to each other. Otherwise, a second room must be booked.



**UNITED** Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

🖨 ▸ English ▸ USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  ▸ Change

◂ Back to Search Results

## The Nam Hai

★★★★★  ⊚⊚◯◯◯◯ 358 reviews

Hamlet 1, Dien Ban, VN

Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$800**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)

**The Nam Hai**

**TripAdvisor Traveler Rating:**
⊚⊚◯◯◯◯
Based on 378 traveler reviews

**Most Recent Traveler Reviews:**
- Mar 14, 2012: "Perfect!"
- Mar 13, 2012: "Simply the best"
- Mar 12, 2012: "Gorgeous rooms, vast property, delicious food, cool..."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Nam Hai is located on the beach in Dien Ban and local attractions include Cuai Dai Beach, Japanese Bridge, and Marble Mountains.

**Hotel Features.**
Dining options at The Nam Hai include 3 restaurants. A bar/lounge is open for drinks. Room service is available. The hotel serves Buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool, an indoor pool, a health club, a sauna, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms and a meeting/conference room. Complimentary wireless Internet access is available in public areas. This Dien Ban property has 807 square feet of event space consisting of conference/meeting rooms. Concierge services, tour/ticket assistance, and tour assistance are available. Guest parking is complimentary. Additional property amenities include a rooftop terrace, a library, and barbecue grills.

**Guestrooms.**
100 guestrooms at The Nam Hai feature minibars and coffee/tea makers. Wired high-speed and wireless Internet access is complimentary. Guestrooms offer complimentary newspapers and safes. LCD televisions are available in guestrooms. Guests may request in-room massages and hypo-allergenic bedding.

**Notifications and Fees:**
Under Vietnamese law, a guest who is not a Vietnamese citizen cannot share a room with a Vietnamese citizen without proof of marriage to each other. Otherwise, a second room must be booked.

[+]
FEEDBACK