# EXHIBIT 2-O

THE WAVE STUDIO, LLC
COMPLAINT



# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: **Manage Your Booking**

English   USD $

From 04/09/2012   To 04/10/2012   Rooms: **1** Guests: **2 Adults**   › Change

‹ Back to Search Results

## The Nam Hai
★★★★★   358 reviews
Hamlet 1, Dien Ban, VN
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$800**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### The Nam Hai

**TripAdvisor Traveler Rating:**
Based on **378** traveler reviews

**Most Recent Traveler Reviews:**
- Mar 14, 2012: "Perfect!"
- Mar 13, 2012: "Simply the best"
- Mar 12, 2012: "Gorgeous rooms, vast property, delicious food, cool..."

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Nam Hai is located on the beach in Dien Ban and local attractions include Cuai Dai Beach, Japanese Bridge, and Marble Mountains.

**Hotel Features.**
Dining options at The Nam Hai include 3 restaurants. A bar/lounge is open for drinks. Room service is available. The hotel serves Buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool, an indoor pool, a health club, a sauna, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms and a meeting/conference room. Complimentary wireless Internet access is available in public areas. This Dien Ban property has 807 square feet of event space consisting of conference/meeting rooms. Concierge services, tour/ticket assistance, and tour assistance are available. Guest parking is complimentary. Additional property amenities include a rooftop terrace, a library, and barbecue grills.

**Guestrooms.**
100 guestrooms at The Nam Hai feature minibars and coffee/tea makers. Wired high-speed and wireless Internet access is complimentary. Guestrooms offer complimentary newspapers and safes. LCD televisions are available in guestrooms. Guests may request in-room massages and hypo-allergenic bedding.

**Notifications and Fees:**
Under Vietnamese law, a guest who is not a Vietnamese citizen cannot share a room with a Vietnamese citizen without proof of marriage to each other. Otherwise, a second room must be booked.

[+]
FEEDBACK



**UNITED** Hoteles

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English   USD $

From 04/09/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   › **Change**

‹ **Back to Search Results**

## The Nam Hai

★★★★★   358 reviews

Hamlet 1, Dien Ban, VN

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$800**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### The Nam Hai

**TripAdvisor Traveler Rating:**

Based on **378** traveler reviews

**Most Recent Traveler Reviews:**

- Mar 14, 2012: "Perfect!"
- Mar 13, 2012: "Simply the best"
- Mar 12, 2012: "Gorgeous rooms, vast property, delicious food, cool..."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Nam Hai is located on the beach in Dien Ban and local attractions include Cuai Dai Beach, Japanese Bridge, and Marble Mountains.

**Hotel Features.**
Dining options at The Nam Hai include 3 restaurants. A bar/lounge is open for drinks. Room service is available. The hotel serves Buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool, an indoor pool, a health club, a sauna, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms and a meeting/conference room. Complimentary wireless Internet access is available in public areas. This Dien Ban property has 807 square feet of event space consisting of conference/meeting rooms. Concierge services, tour/ticket assistance, and tour assistance are available. Guest parking is complimentary. Additional property amenities include a rooftop terrace, a library, and barbecue grills.

**Guestrooms.**
100 guestrooms at The Nam Hai feature minibars and coffee/tea makers. Wired high-speed and wireless Internet access is complimentary. Guestrooms offer complimentary newspapers and safes. LCD televisions are available in guestrooms. Guests may request in-room massages and hypo-allergenic bedding.

**Notifications and Fees:**

Under Vietnamese law, a guest who is not a Vietnamese citizen cannot share a room with a Vietnamese citizen without proof of marriage to each other. Otherwise, a second room must be booked.



United Airlines - The Nam Hai

**UNITED Hotels**

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

English USD $

From 04/09/2012 To 04/10/2012 Rooms: 1 Guests: 2 Adults ▸ Change

‹ Back to Search Results

## The Nam Hai

★★★★★  358 reviews

Hamlet 1, Dien Ban, VN

Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$800**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

Low Price Guarantee (Details)

### The Nam Hai

**TripAdvisor Traveler Rating:**
Based on 378 traveler reviews

**Most Recent Traveler Reviews:**
- Mar 14, 2012: "Perfect!"
- Mar 13, 2012: "Simply the best"
- Mar 12, 2012: "Gorgeous rooms, vast property, delicious food, cool..."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Nam Hai is located on the beach in Dien Ban and local attractions include Cuai Dai Beach, Japanese Bridge, and Marble Mountains.

**Hotel Features.**
Dining options at The Nam Hai include 3 restaurants. A bar/lounge is open for drinks. Room service is available. The hotel serves Buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool, an indoor pool, a health club, a sauna, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms and a meeting/conference room. Complimentary wireless Internet access is available in public areas. This Dien Ban property has 807 square feet of event space consisting of conference/meeting rooms. Concierge services, tour/ticket assistance, and tour assistance are available. Guest parking is complimentary. Additional property amenities include a rooftop terrace, a library, and barbecue grills.

**Guestrooms.**
100 guestrooms at The Nam Hai feature minibars and coffee/tea makers. Wired high-speed and wireless Internet access is complimentary. Guestrooms offer complimentary newspapers and safes. LCD televisions are available in guestrooms. Guests may request in-room massages and hypo-allergenic bedding.

**Notifications and Fees:**

Under Vietnamese law, a guest who is not a Vietnamese citizen cannot share a room with a Vietnamese citizen without proof of marriage to each other. Otherwise, a second room must be booked.

**UNITED Hotels**

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English   USD $

From 04/09/2012  To 04/10/2012  Rooms: **1** Guests: **2 Adults**  › Change

‹ Back to Search Results

## The Nam Hai

★★★★★   358 reviews

Hamlet 1, Dien Ban, VN

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$800**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |
|---|---|---|---|

Low Price Guarantee (Details)

### The Nam Hai

**TripAdvisor Traveler Rating:**

Based on **378** traveler reviews

**Most Recent Traveler Reviews:**

• Mar 14, 2012: "Perfect!"
• Mar 13, 2012: "Simply the best"
• Mar 12, 2012: "Gorgeous rooms, vast property, delicious food, cool..."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Nam Hai is located on the beach in Dien Ban and local attractions include Cuai Dai Beach, Japanese Bridge, and Marble Mountains.

**Hotel Features.**
Dining options at The Nam Hai include 3 restaurants. A bar/lounge is open for drinks. Room service is available. The hotel serves Buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool, an indoor pool, a health club, a sauna, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms and a meeting/conference room. Complimentary wireless Internet access is available in public areas. This Dien Ban property has 807 square feet of event space consisting of conference/meeting rooms. Concierge services, tour/ticket assistance, and tour assistance are available. Guest parking is complimentary. Additional property amenities include a rooftop terrace, a library, and barbecue grills.

**Guestrooms.**
100 guestrooms at The Nam Hai feature minibars and coffee/tea makers. Wired high-speed and wireless Internet access is complimentary. Guestrooms offer complimentary newspapers and safes. LCD televisions are available in guestrooms. Guests may request in-room massages and hypo-allergenic bedding.

**Notifications and Fees:**
Under Vietnamese law, a guest who is not a Vietnamese citizen cannot share a room with a Vietnamese citizen without proof of marriage to each other. Otherwise, a second room must be booked.

FEEDBACK



























**UNITED** Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

▸ English   ▸ USD $

From 04/09/2012   To 04/10/2012   Rooms: **1** Guests: **2 Adults**   ▸ Change

◂ Back to Search Results

## The Nam Hai

★★★★★   🔘🔘●●●●● 358 reviews

Hamlet 1, Dien Ban, VN

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$800**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)



**The Nam Hai**

**TripAdvisor Traveler Rating:**
🔘🔘●●●●●
Based on **378** traveler reviews

**Most Recent Traveler Reviews:**
• Mar 14, 2012: "Perfect!"
• Mar 13, 2012: "Simply the best"
• Mar 12, 2012: "Gorgeous rooms, vast property, delicious food, cool..."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Nam Hai is located on the beach in Dien Ban and local attractions include Cuai Dai Beach, Japanese Bridge, and Marble Mountains.

**Hotel Features.**
Dining options at The Nam Hai include 3 restaurants. A bar/lounge is open for drinks. Room service is available. The hotel serves Buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool, an indoor pool, a health club, a sauna, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms and a meeting/conference room. Complimentary wireless Internet access is available in public areas. This Dien Ban property has 807 square feet of event space consisting of conference/meeting rooms. Concierge services, tour/ticket assistance, and tour assistance are available. Guest parking is complimentary. Additional property amenities include a rooftop terrace, a library, and barbecue grills.

**Guestrooms.**
100 guestrooms at The Nam Hai feature minibars and coffee/tea makers. Wired high-speed and wireless Internet access is complimentary. Guestrooms offer complimentary newspapers and safes. LCD televisions are available in guestrooms. Guests may request in-room massages and hypo-allergenic bedding.

**Notifications and Fees:**
Under Vietnamese law, a guest who is not a Vietnamese citizen cannot share a room with a Vietnamese citizen without proof of marriage to each other. Otherwise, a second room must be booked.

[+]
FEEDBACK



















# UNITED
## Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

## Complete Your Booking

🔒 Safe Shopping Guaranteed

| Step 1 Traveler Information | Step 2 Payment |
|---|---|

### Guest Details

Please provide a name and room preference for the guest responsible for checking into the room(s).

**Room: 1:** 2 Adults

First Name

Last Name

Smoking Preferences
◉ Non-Smoking  ◯ Smoking

Special Request* (optional)

*Special requests are subject to availability upon check-in and may incur additional charges. Special request cannot be guaranteed.

### Contact Details

We require a valid email address to contact you with the details of your booking.

Email Address

Confirm Email Address

Needed if there are questions about your reservation.

Phone Number

### United Airlines membership/loyalty

MileagePlus Number

### Details of Stay

**The Nam Hai**

★★★★★

⊙⊙ ◯◯◯◯◯  358 reviews

Hamlet 1, Dien Ban, VN

| | |
|---|---|
| Check-in: | Apr 9, 2012 |
| Check-out: | Apr 10, 2012 |
| Guests: | 2 Adults |
| Rooms: | 1 |

**Room type:**

**1 Bedroom Beach Front Villa**
Free Wireless Internet | Breakfast Buffet | Free Airport Shuttle | Fitness Center | Pool | Restaurant On-site | King Bed

All prices are displayed in $ USD

**Price Details:**

Room 1:* $800.00
*Excluding tax recovery charges and service fees

tax recovery charges and service fees $124.00

**Total Charges $924.00**
**Including tax recovery charges and service fees

**Notifications and Fees:**
Under Vietnamese law, a guest who is not a Vietnamese citizen cannot share a room with a Vietnamese citizen without proof of marriage to each other. Otherwise, a second room must be booked.
The following fees and deposits are charged by the property at time of service, check-in, or check-out.
Buffet breakfast fee: USD 28 per person (approximate amount)



**UNITED Hotels**

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

▸ English  ▸ USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  ▸ Change

◂ Back to Search Results

## The Nam Hai

★★★★★  ⊙⊙⊙⊙⊙⊙ 358 reviews

Hamlet 1, Dien Ban, VN

Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$800**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)

### The Nam Hai

**TripAdvisor Traveler Rating:**
⊙⊙⊙⊙⊙⊙
Based on 378 traveler reviews

**Most Recent Traveler Reviews:**
- Mar 14, 2012: "Perfect!"
- Mar 13, 2012: "Simply the best"
- Mar 12, 2012: "Gorgeous rooms, vast property, delicious food, cool..."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Nam Hai is located on the beach in Dien Ban and local attractions include Cuai Dai Beach, Japanese Bridge, and Marble Mountains.

**Hotel Features.**
Dining options at The Nam Hai include 3 restaurants. A bar/lounge is open for drinks. Room service is available. The hotel serves Buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool, an indoor pool, a health club, a sauna, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms and a meeting/conference room. Complimentary wireless Internet access is available in public areas. This Dien Ban property has 807 square feet of event space consisting of conference/meeting rooms. Concierge services, tour/ticket assistance, and tour assistance are available. Guest parking is complimentary. Additional property amenities include a rooftop terrace, a library, and barbecue grills.

**Guestrooms.**
100 guestrooms at The Nam Hai feature minibars and coffee/tea makers. Wired high-speed and wireless Internet access is complimentary. Guestrooms offer complimentary newspapers and safes. LCD televisions are available in guestrooms. Guests may request in-room massages and hypo-allergenic bedding.

**Notifications and Fees:**
Under Vietnamese law, a guest who is not a Vietnamese citizen cannot share a room with a Vietnamese citizen without proof of marriage to each other. Otherwise, a second room must be booked.

Smoking Preferences

◉ Non-Smoking    ○ Smoking

Special Request* (optional)

*Special requests are subject to availability upon check-in and may incur additional charges. Special request cannot be guaranteed.

**Contact Details**

We require a valid email address to contact you with the details of your booking.

Email Address

Confirm Email Address

Needed if there are questions about your reservation.

Phone Number

**United Airlines membership/loyalty**

MileagePlus Number

[ Continue » ]

---

**Guests:**    2 Adults

**Rooms:**    1

**Room type:**

**1 Bedroom Beach Front Villa**
Free Wireless Internet | Breakfast Buffet | Free Airport Shuttle | Fitness Center | Pool | Restaurant On-site | King Bed

All prices are displayed in $ USD

**Price Details:**

Room 1:* $800.00
*Excluding tax recovery charges and service fees

tax recovery charges and service fees $124.00

**Total Charges $924.00**
**Including tax recovery charges and service fees

**Notifications and Fees:**
Under Vietnamese law, a guest who is not a Vietnamese citizen cannot share a room with a Vietnamese citizen without proof of marriage to each other. Otherwise, a second room must be booked.
The following fees and deposits are charged by the property at time of service, check-in, or check-out.
Buffet breakfast fee: USD 28 per person (approximate amount)
The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

**Low Price Guarantee** (Details)

**Why Book with Us**

- We Never Charge a Change or Cancel Fee (Details)
- Low Price Guarantee (Details)
- Secure bookings & protective privacy policy



Now with ◯◯ tripadvisor reviews

Privacy Policy | Terms of Use | FAQ



United Airlines – The Nam Hai

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

▸ English   USD $

From 04/09/2012  To 04/10/2012   Rooms: 1 Guests: 2 Adults   ▸ Change

◂ Back to Search Results

## The Nam Hai

★★★★★   358 reviews

Hamlet 1, Dien Ban, VN

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$800**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### The Nam Hai

**TripAdvisor Traveler Rating:**

Based on 378 traveler reviews

**Most Recent Traveler Reviews:**
- Mar 14, 2012: "Perfect!"
- Mar 13, 2012: "Simply the best"
- Mar 12, 2012: "Gorgeous rooms, vast property, delicious food, cool..."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Nam Hai is located on the beach in Dien Ban and local attractions include Cuai Dai Beach, Japanese Bridge, and Marble Mountains.

**Hotel Features.**
Dining options at The Nam Hai include 3 restaurants. A bar/lounge is open for drinks. Room service is available. The hotel serves Buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool, an indoor pool, a health club, a sauna, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms and a meeting/conference room. Complimentary wireless Internet access is available in public areas. This Dien Ban property has 807 square feet of event space consisting of conference/meeting rooms. Concierge services, tour/ticket assistance, and tour assistance are available. Guest parking is complimentary. Additional property amenities include a rooftop terrace, a library, and barbecue grills.

**Guestrooms.**
100 guestrooms at The Nam Hai feature minibars and coffee/tea makers. Wired high-speed and wireless Internet access is complimentary. Guestrooms offer complimentary newspapers and safes. LCD televisions are available in guestrooms. Guests may request in-room massages and hypo-allergenic bedding.

**Notifications and Fees:**

Under Vietnamese law, a guest who is not a Vietnamese citizen cannot share a room with a Vietnamese citizen without proof of marriage to each other. Otherwise, a second room must be booked.



**UNITED** Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English  USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Nam Hai

★★★★★  358 reviews

Hamlet 1, Dien Ban, VN

Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$800**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | Low Price Guarantee (Details) |

### The Nam Hai

**TripAdvisor Traveler Rating:**

Based on 378 traveler reviews

**Most Recent Traveler Reviews:**
- Mar 14, 2012: "Perfect!"
- Mar 13, 2012: "Simply the best"
- Mar 12, 2012: "Gorgeous rooms, vast property, delicious food, cool..."

**Read reviews »**

© 2012 TripAdvisor LLC

### Description

**Location.**
The Nam Hai is located on the beach in Dien Ban and local attractions include Cuai Dai Beach, Japanese Bridge, and Marble Mountains.

**Hotel Features.**
Dining options at The Nam Hai include 3 restaurants. A bar/lounge is open for drinks. Room service is available. The hotel serves Buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool, an indoor pool, a health club, a sauna, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms and a meeting/conference room. Complimentary wireless Internet access is available in public areas. This Dien Ban property has 807 square feet of event space consisting of conference/meeting rooms. Concierge services, tour/ticket assistance, and tour assistance are available. Guest parking is complimentary. Additional property amenities include a rooftop terrace, a library, and barbecue grills.

**Guestrooms.**
100 guestrooms at The Nam Hai feature minibars and coffee/tea makers. Wired high-speed and wireless Internet access is complimentary. Guestrooms offer complimentary newspapers and safes. LCD televisions are available in guestrooms. Guests may request in-room massages and hypo-allergenic bedding.

**Notifications and Fees:**
Under Vietnamese law, a guest who is not a Vietnamese citizen cannot share a room with a Vietnamese citizen without proof of marriage to each other. Otherwise, a second room must be booked.

[+]
FEEDBACK

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English     USD $

| From | 04/09/2012 | To | 04/10/2012 | Rooms: 1 Guests: 2 Adults | › Change |

‹ **Back to Search Results**

## The Nam Hai

★★★★★  ◎◎ ⦿⦿⦿⦿⦿ 358 reviews

Hamlet 1, Dien Ban, VN

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$800**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)



### The Nam Hai

**TripAdvisor Traveler Rating:**
◎◎ ⦿⦿⦿⦿⦾
Based on **378** traveler reviews

**Most Recent Traveler Reviews:**
- Mar 14, 2012: "Perfect!"
- Mar 13, 2012: "Simply the best"
- Mar 12, 2012: "Gorgeous rooms, vast property, delicious food, cool..."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Nam Hai is located on the beach in Dien Ban and local attractions include Cuai Dai Beach, Japanese Bridge, and Marble Mountains.

**Hotel Features.**
Dining options at The Nam Hai include 3 restaurants. A bar/lounge is open for drinks. Room service is available. The hotel serves Buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool, an indoor pool, a health club, a sauna, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms and a meeting/conference room. Complimentary wireless Internet access is available in public areas. This Dien Ban property has 807 square feet of event space consisting of conference/meeting rooms. Concierge services, tour/ticket assistance, and tour assistance are available. Guest parking is complimentary. Additional property amenities include a rooftop terrace, a library, and barbecue grills.

**Guestrooms.**
100 guestrooms at The Nam Hai feature minibars and coffee/tea makers. Wired high-speed and wireless Internet access is complimentary. Guestrooms offer complimentary newspapers and safes. LCD televisions are available in guestrooms. Guests may request in-room massages and hypo-allergenic bedding.

**Notifications and Fees:**
Under Vietnamese law, a guest who is not a Vietnamese citizen cannot share a room with a Vietnamese citizen without proof of marriage to each other. Otherwise, a second room must be booked.

[−] FEEDBACK

United Airlines - The Nam Hai

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English  USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Nam Hai

★★★★★  🟢🟢🟢🟢🟢 358 reviews

Hamlet 1, Dien Ban, VN

Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$800**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)

### The Nam Hai

**TripAdvisor Traveler Rating:**
🟢🟢🟢🟢🟢
Based on 378 traveler reviews

**Most Recent Traveler Reviews:**
- Mar 14, 2012: "Perfect!"
- Mar 13, 2012: "Simply the best"
- Mar 12, 2012: "Gorgeous rooms, vast property, delicious food, cool..."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Nam Hai is located on the beach in Dien Ban and local attractions include Cuai Dai Beach, Japanese Bridge, and Marble Mountains.

**Hotel Features.**
Dining options at The Nam Hai include 3 restaurants. A bar/lounge is open for drinks. Room service is available. The hotel serves Buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool, an indoor pool, a health club, a sauna, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms and a meeting/conference room. Complimentary wireless Internet access is available in public areas. This Dien Ban property has 807 square feet of event space consisting of conference/meeting rooms. Concierge services, tour/ticket assistance, and tour assistance are available. Guest parking is complimentary. Additional property amenities include a rooftop terrace, a library, and barbecue grills.

**Guestrooms.**
100 guestrooms at The Nam Hai feature minibars and coffee/tea makers. Wired high-speed and wireless Internet access is complimentary. Guestrooms offer complimentary newspapers and safes. LCD televisions are available in guestrooms. Guests may request in-room massages and hypo-allergenic bedding.

**Notifications and Fees:**
Under Vietnamese law, a guest who is not a Vietnamese citizen cannot share a room with a Vietnamese citizen without proof of marriage to each other. Otherwise, a second room must be booked.



# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English    USD $

| From | | To | | Rooms: **1** Guests: **2 Adults** | › Change |

- Your Check-out date cannot be more than 28 days after your check-in date. Please choose a shorter stay

‹ Back to Search Results

## The Saujana Kuala Lumpur

★★★★☆    ◉◉◉◉◉ 54 reviews

Jalan Lapangan Terbang SAAS, Shah Alam, 40150, MY
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$99**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |

### The Club Saujana Resort

**TripAdvisor Traveler Rating:**
◉◉◉◉◉
Based on **58** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 24, 2012: "One of the best hotel experiences in…"
- Feb 22, 2012: "Very nice ambience..pleasantly surprising"
- Feb 10, 2012: "Haven in a bustling city"

**Read reviews »**

© 2012 TripAdvisor LLC.

## Description

**Location.**
Located in Shah Alam, The Saujana Kuala Lumpur is in the suburbs and close to Saujana Golf and Country Club, Kelana Jaya Lake Park, and Shah Alam Stadium. Additional area points of interest include Sunway Lagoon and Wat Chetawan Temple.

**Resort Features.**
Dining options at The Saujana Kuala Lumpur include 8 restaurants. A bar/lounge is open for drinks. Room service is available 24 hours a day. The resort serves a complimentary hot and cold buffet breakfast. Recreational amenities include an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. There is a full-service health spa on site. This 4-star property has a 24-hour business center and offers small meeting rooms, limo/town car service, and audio-visual equipment. High-speed (wired) Internet access is available in public areas. This Shah Alam property has event space consisting of banquet facilities, conference/meeting rooms, and a ballroom. The property has an area shuttle, which is complimentary. Wedding services, concierge services, and tour/ticket assistance are available. Guest parking is complimentary. Additional property amenities include gift shops/newsstands, a nightclub, and currency exchange.

**Guestrooms.**
210 air-conditioned guestrooms at The Saujana Kuala Lumpur feature minibars and coffee/tea makers. Bathrooms feature shower/tub combinations, bathrobes, and complimentary toiletries. Wired high-speed Internet access is available for a surcharge. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have cable channels and free movie channels. Rooms also include complimentary bottled water and safes. A turndown service is available nightly, housekeeping is offered daily, and guests may request wake-up calls.

[+]
FEEDBACK



**UNITED Hotels**

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking
English USD $

From _____ To _____ Rooms: 1 Guests: 2 Adults › Change

‹ Back to Search Results

# The Club at The Saujana

★★★★★ ◉◉ ●●●●○ 55 reviews

Jalan Lapangan Terbang Saas, Shah Alam, 40150, MY
Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

$214
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

Low Price Guarantee (Details)

### The Club Saujana Resort

**TripAdvisor Traveler Rating:**
◉◉ ●●●●○
Based on 58 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 24, 2012: "One of the best hotel experiences in..."
- Feb 22, 2012: "Very nice ambience..pleasantly surprising"
- Feb 10, 2012: "Haven in a bustling city"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Located in Shah Alam, The Club at The Saujana is near the airport and close to Saujana Golf and Country Club, Kelana Jaya Lake Park, and Shah Alam Stadium. Other area points of interest include Sunway Lagoon and Wat Chetawan Temple.

**Hotel Features.**
Dining options at The Club at The Saujana include 5 restaurants. The hotel serves a complimentary hot and cold buffet breakfast. Guests can enjoy a complimentary reception on select days. Recreational amenities include a golf course. Also located on site are an outdoor pool, a health club, a sauna, and a fitness facility. This 5-star property has a 24-hour business center and offers small meeting rooms and limo/town car service. Complimentary wireless Internet access is available in public areas. This Shah Alam property has event space consisting of conference/meeting rooms and a ballroom. The property has a complimentary area shuttle which runs to destinations within 12 km. Wedding services, concierge services, and tour assistance are available. Guest parking is complimentary. Additional property amenities include gift shops/newsstands, a nightclub, and laundry facilities. The property has designated areas for smoking.

**Guestrooms.**
105 air-conditioned guestrooms at The Club at The Saujana feature minibars and CD players. Accommodations offer lake, pool, or garden views. Beds come with Select Comfort mattresses and premium bedding. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, bidets, and makeup/shaving mirrors. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. 29-cm LCD televisions have premium cable channels and DVD players. Rooms also include laptop-compatible safes and coffee/tea makers. A nightly turndown service is offered and housekeeping is available daily.



# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English  USD $

From [     ]  To [     ]   Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Club at The Saujana

★★★★★  🔵🔵 🟢🟢🟢🟢 55 reviews

Jalan Lapangan Terbang Saas, Shah Alam, 40150, MY
Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

$214
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)

### The Club Saujana Resort

**TripAdvisor Traveler Rating:**
🔵🔵 🟢🟢🟢🟢🟢
Based on 58 traveler reviews

**Most Recent Traveler Reviews:**
• Feb 24, 2012: "One of the best hotel experiences in..."
• Feb 22, 2012: "Very nice ambience..pleasantly surprising"
• Feb 10, 2012: "Haven in a bustling city"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Located in Shah Alam, The Club at The Saujana is near the airport and close to Saujana Golf and Country Club, Kelana Jaya Lake Park, and Shah Alam Stadium. Other area points of interest include Sunway Lagoon and Wat Chetawan Temple.

**Hotel Features.**
Dining options at The Club at The Saujana include 5 restaurants. The hotel serves a complimentary hot and cold buffet breakfast. Guests can enjoy a complimentary reception on select days. Recreational amenities include a golf course. Also located on site are an outdoor pool, a health club, a sauna, and a fitness facility. This 5-star property has a 24-hour business center and offers small meeting rooms and limo/town car service. Complimentary wireless Internet access is available in public areas. This Shah Alam property has event space consisting of conference/meeting rooms and a ballroom. The property has a complimentary area shuttle which runs to destinations within 12 km. Wedding services, concierge services, and tour assistance are available. Guest parking is complimentary. Additional property amenities include gift shops/newsstands, a nightclub, and laundry facilities. The property has designated areas for smoking.

**Guestrooms.**
105 air-conditioned guestrooms at The Club at The Saujana feature minibars and CD players. Accommodations offer lake, pool, or garden views. Beds come with Select Comfort mattresses and premium bedding. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, bidets, and makeup/shaving mirrors. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. 29-cm LCD televisions have premium cable channels and DVD players. Rooms also include laptop-compatible safes and coffee/tea makers. A nightly turndown service is offered and housekeeping is available daily.

