# EXHIBIT 2-P

THE WAVE STUDIO, LLC
COMPLAINT







United Airlines – The Saujana Kuala Lumpur

**UNITED** Hotels

✈ united.com

US and Canada: 866-797-0578 **Europe** 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

▸ English  ▸ USD $

| From | | To | | Rooms: **1** Guests: **2 Adults** | ▸ Change |

• Your Check-out date cannot be more than 28 days after your check-in date. Please choose a shorter stay

◂ Back to Search Results

## The Saujana Kuala Lumpur

★★★★☆   54 reviews

Jalan Lapangan Terbang SAAS, Shah Alam, 40150, MY

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$99**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |

**The Club Saujana Resort**

**TripAdvisor Traveler Rating:**
Based on **58** traveler reviews.

**Most Recent Traveler Reviews:**
• Feb 24, 2012: "One of the best hotel experiences in..."
• Feb 22, 2012: "Very nice ambience..pleasantly surprising"
• Feb 10, 2012: "Haven in a bustling city"

**Read reviews »**

© 2012 TripAdvisor LLC.

## Description

**Location.**
Located in Shah Alam, The Saujana Kuala Lumpur is in the suburbs and close to Saujana Golf and Country Club, Kelana Jaya Lake Park, and Shah Alam Stadium. Additional area points of interest include Sunway Lagoon and Wat Chetawan Temple.

**Resort Features.**
Dining options at The Saujana Kuala Lumpur include 8 restaurants. A bar/lounge is open for drinks. Room service is available 24 hours a day. The resort serves a complimentary hot and cold buffet breakfast. Recreational amenities include an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. There is a full-service health spa on site. This 4-star property has a 24-hour business center and offers small meeting rooms, limo/town car service, and audio-visual equipment. High-speed (wired) Internet access (surcharge) is available in public areas. This Shah Alam property has event space consisting of banquet facilities, conference/meeting rooms, and a ballroom. The property has an area shuttle, which is complimentary. Wedding services, concierge services, and tour/ticket assistance are available. Guest parking is complimentary. Additional property amenities include gift shops/newsstands, a nightclub, and currency exchange.

**Guestrooms.**
210 air-conditioned guestrooms at The Saujana Kuala Lumpur feature minibars and coffee/tea makers. Bathrooms feature shower/tub combinations, bathrobes, and complimentary toiletries. Wired high-speed Internet access is available for a surcharge. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have cable channels and free movie channels. Rooms also include complimentary bottled water and safes. A turndown service is available nightly, housekeeping is offered daily, and guests may request wake-up calls.

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

📄 🖨   ▸ English   ▸ USD $

| From | | To | | Rooms: **1** Guests: **2 Adults** | ▸ Change |

• Your Check-out date cannot be more than 28 days after your check-in date. Please choose a shorter stay

◂ Back to Search Results

## The Saujana Kuala Lumpur

★★★★☆  ◎◎ ◉◉◉◉◉ 54 reviews

Jalan Lapangan Terbang SAAS, Shah Alam, 40150, MY

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$99**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |



### The Club Saujana Resort

**TripAdvisor Traveler Rating:**
◎◎ ◉◉◉◉◉
Based on **58** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 24, 2012: "One of the best hotel experiences in…"
- Feb 22, 2012: "Very nice ambience..pleasantly surprising"
- Feb 10, 2012: "Haven in a bustling city"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Located in Shah Alam, The Saujana Kuala Lumpur is in the suburbs and close to Saujana Golf and Country Club, Kelana Jaya Lake Park, and Shah Alam Stadium. Additional area points of interest include Sunway Lagoon and Wat Chetawan Temple.

**Resort Features.**
Dining options at The Saujana Kuala Lumpur include 8 restaurants. A bar/lounge is open for drinks. Room service is available 24 hours a day. The resort serves a complimentary hot and cold buffet breakfast. Recreational amenities include an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. There is a full-service health spa on site. This 4-star property has a 24-hour business center and offers small meeting rooms, limo/town car service, and audio-visual equipment. High-speed (wired) Internet access (surcharge) is available in public areas. This Shah Alam property has event space consisting of banquet facilities, conference/meeting rooms, and a ballroom. The property has an area shuttle, which is complimentary. Wedding services, concierge services, and tour/ticket assistance are available. Guest parking is complimentary. Additional property amenities include gift shops/newsstands, a nightclub, and currency exchange.

**Guestrooms.**
210 air-conditioned guestrooms at The Saujana Kuala Lumpur feature minibars and coffee/tea makers. Bathrooms feature shower/tub combinations, bathrobes, and complimentary toiletries. Wired high-speed Internet access is available for a surcharge. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have cable channels and free movie channels. Rooms also include complimentary bottled water and safes. A turndown service is available nightly, housekeeping is offered daily, and guests may request wake-up calls.

United Airlines – The Saujana Kuala Lumpur

**UNITED Hotels**

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English  USD $

| From | | To | | Rooms: **1** Guests: **2 Adults** | › Change |

- Your Check-out date cannot be more than 28 days after your check-in date. Please choose a shorter stay

‹ Back to Search Results

## The Saujana Kuala Lumpur

★★★★☆  54 reviews

Jalan Lapangan Terbang SAAS, Shah Alam, 40150, MY

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$99**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |



### The Club Saujana Resort

**TripAdvisor Traveler Rating:**
★★★★☆
Based on **58** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 24, 2012: "One of the best hotel experiences in..."
- Feb 22, 2012: "Very nice ambience..pleasantly surprising"
- Feb 10, 2012: "Haven in a bustling city"

**Read reviews »**

© 2012 TripAdvisor LLC.

## Description

**Location.**
Located in Shah Alam, The Saujana Kuala Lumpur is in the suburbs and close to Saujana Golf and Country Club, Kelana Jaya Lake Park, and Shah Alam Stadium. Additional area points of interest include Sunway Lagoon and Wat Chetawan Temple.

**Resort Features.**
Dining options at The Saujana Kuala Lumpur include 8 restaurants. A bar/lounge is open for drinks. Room service is available 24 hours a day. The resort serves a complimentary hot and cold buffet breakfast. Recreational amenities include an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. There is a full-service health spa on site. This 4-star property has a 24-hour business center and offers small meeting rooms, limo/town car service, and audio-visual equipment. High-speed (wired) Internet access (surcharge) is available in public areas. This Shah Alam property has event space consisting of banquet facilities, conference/meeting rooms, and a ballroom. The property has an area shuttle, which is complimentary. Wedding services, concierge services, and tour/ticket assistance are available. Guest parking is complimentary. Additional property amenities include gift shops/newsstands, a nightclub, and currency exchange.

**Guestrooms.**
210 air-conditioned guestrooms at The Saujana Kuala Lumpur feature minibars and coffee/tea makers. Bathrooms feature shower/tub combinations, bathrobes, and complimentary toiletries. Wired high-speed Internet access is available for a surcharge. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have cable channels and free movie channels. Rooms also include complimentary bottled water and safes. A turndown service is available nightly, housekeeping is offered daily, and guests may request wake-up calls.











United Airlines – The Club at The Saujana

**UNITED Hotels**

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English · USD $

From [          ] To [          ]  Rooms: **1** Guests: **2 Adults**  › Change

‹ Back to Search Results

## The Club at The Saujana

★★★★★  🔵🔵 🟢🟢🟢🟢◐ 55 reviews

Jalan Lapangan Terbang Saas, Shah Alam, 40150, MY

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$214**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |

**The Club Saujana Resort**

**TripAdvisor Traveler Rating:**
🔵🔵 🟢🟢🟢🟢◐
Based on **58** traveler reviews

**Most Recent Traveler Reviews:**
• Feb 24, 2012: "One of the best hotel experiences in..."
• Feb 22, 2012: "Very nice ambience..pleasantly surprising"
• Feb 10, 2012: "Haven in a bustling city"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Located in Shah Alam, The Club at The Saujana is near the airport and close to Saujana Golf and Country Club, Kelana Jaya Lake Park, and Shah Alam Stadium. Other area points of interest include Sunway Lagoon and Wat Chetawan Temple.

**Hotel Features.**
Dining options at The Club at The Saujana include 5 restaurants. The hotel serves a complimentary hot and cold buffet breakfast. Guests can enjoy a complimentary reception on select days. Recreational amenities include a golf course. Also located on site are an outdoor pool, a health club, a sauna, and a fitness facility. This 5-star property has a 24-hour business center and offers small meeting rooms and limo/town car service. Complimentary wireless Internet access is available in public areas. This Shah Alam property has event space consisting of conference/meeting rooms and a ballroom. The property has a complimentary area shuttle which runs to destinations within 12 km. Wedding services, concierge services, and tour assistance are available. Guest parking is complimentary. Additional property amenities include gift shops/newsstands, a nightclub, and laundry facilities. The property has designated areas for smoking.

**Guestrooms.**
105 air-conditioned guestrooms at The Club at The Saujana feature minibars and CD players. Accommodations offer lake, pool, or garden views. Beds come with Select Comfort mattresses and premium bedding. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, bidets, and makeup/shaving mirrors. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. 29-cm LCD televisions have premium cable channels and DVD players. Rooms also include laptop-compatible safes and coffee/tea makers. A nightly turndown service is offered and housekeeping is available daily.





**UNITED Hotels**

✈ united.com

US and Canada: 866-797-0578  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

▸ English  ▸ USD $

From 03/18/2012  To 03/20/2012  Rooms: **1** Guests: **2 Adults**  › Change

‹ Back to Search Results

## The Setai

★★★★★  🆔 ⬤⬤⬤⬤⬤ 229 reviews

$875
Avg. Nightly Rate from

**Rooms & Rates**

2001 Collins Ave, Miami Beach, FL, 33139, US
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### The Setai

**TripAdvisor Traveler Rating:**
🆔 ⬤⬤⬤⬤◔
Based on **238** traveler reviews

**Most Recent Traveler Reviews:**
• Mar 12, 2012: "Asian Inspired Elegance & Charm at The..."
• Mar 11, 2012: "Form Over Function"
• Mar 11, 2012: "Sleek & Suttle!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Bass Museum of Art, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
The Setai's restaurant serves breakfast, lunch, and dinner. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms, limo/town car service, and audio-visual equipment. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Business services, wedding services, and tour/ticket assistance are available. Guest parking is available for a surcharge. Other property amenities at this Art Deco property include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
130 air-conditioned guestrooms at The Setai feature minibars and CD players. Accommodations offer beach, city, or ocean views. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, makeup/shaving mirrors, designer toiletries, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels. Rooms also include slippers and blackout drapes/curtains. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

[−]
FEEDBACK



## The Setai

★★★★★  🦉 🟢🟢🟢🟢🟢  229 reviews

2001 Collins Ave, Miami Beach, FL, 33139, US

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$875**
Avg. Nightly Rate from

**Rooms & Rates**

### Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Bass Museum of Art, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
The Setai's restaurant serves breakfast, lunch, and dinner. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms, limo/town car service, and audio-visual equipment. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Business services, wedding services, and tour/ticket assistance are available. Guest parking is available for a surcharge. Other property amenities at this Art Deco property include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
130 air-conditioned guestrooms at The Setai feature minibars and CD players. Accommodations offer beach, city, or ocean views. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, makeup/shaving mirrors, designer toiletries, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels. Rooms also include slippers and blackout drapes/curtains. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.



FEEDBACK





**UNITED** Hotels

✈ united.com

US and Canada: 866-797-0578 **Europe** 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

From 03/18/2012   To 03/20/2012   Rooms: **1** Guests: **2 Adults**   › Change

‹ Back to Search Results

## The Setai

★★★★★   🦉🦉 ⬤⬤⬤⬤◐ 229 reviews

2001 Collins Ave, Miami Beach, FL, 33139, US

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$875**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### The Setai

**TripAdvisor Traveler Rating:**
🦉🦉 ⬤⬤⬤⬤◐
Based on **238** traveler reviews

**Most Recent Traveler Reviews:**
- Mar 12, 2012: "Asian Inspired Elegance & Charm at The..."
- Mar 11, 2012: "Form Over Function"
- Mar 11, 2012: "Sleek & Suttle!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Bass Museum of Art, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
The Setai's restaurant serves breakfast, lunch, and dinner. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms, limo/town car service, and audio-visual equipment. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Business services, wedding services, and tour/ticket assistance are available. Guest parking is available for a surcharge. Other property amenities at this Art Deco property include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
130 air-conditioned guestrooms at The Setai feature minibars and CD players. Accommodations offer beach, city, or ocean views. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, makeup/shaving mirrors, designer toiletries, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels. Rooms also include slippers and blackout drapes/curtains. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

[–]
FEEDBACK



**UNITED Hotels**

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40    Promo Code 362349

Customer Service: **Manage Your Booking**

▸ English    ▸ USD $

From 03/18/2012    To 03/20/2012    Rooms: **1** Guests: **2 Adults**    ▸ Change

▹ Back to Search Results

## The Setai

★★★★★    229 reviews
2001 Collins Ave, Miami Beach, FL, 33139, US
Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$875**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### The Setai

**TripAdvisor Traveler Rating:**
Based on **238** traveler reviews

**Most Recent Traveler Reviews:**
- Mar 12, 2012: "Asian Inspired Elegance & Charm at The..."
- Mar 11, 2012: "Form Over Function"
- Mar 11, 2012: "Sleek & Suttle!"

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Bass Museum of Art, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
The Setai's restaurant serves breakfast, lunch, and dinner. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms, limo/town car service, and audio-visual equipment. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Business services, wedding services, and tour/ticket assistance are available. Guest parking is available for a surcharge. Other property amenities at this Art Deco property include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
130 air-conditioned guestrooms at The Setai feature minibars and CD players. Accommodations offer beach, city, or ocean views. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, makeup/shaving mirrors, designer toiletries, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels. Rooms also include slippers and blackout drapes/curtains. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

[+]
FEEDBACK



United Airlines - The Setai

UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

▸ English ▸ USD $

From 03/18/2012  To 03/20/2012   Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

# The Setai
★★★★★  229 reviews
2001 Collins Ave, Miami Beach, FL, 33139, US
Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$875**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

Low Price Guarantee (Details)

**The Setai**

**TripAdvisor Traveler Rating:**
Based on **238** traveler reviews

**Most Recent Traveler Reviews:**
- Mar 12, 2012: "Asian Inspired Elegance & Charm at The..."
- Mar 11, 2012: "Form Over Function"
- Mar 11, 2012: "Sleek & Suttle!"

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Bass Museum of Art, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
The Setai's restaurant serves breakfast, lunch, and dinner. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms, limo/town car service, and audio-visual equipment. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Business services, wedding services, and tour/ticket assistance are available. Guest parking is available for a surcharge. Other property amenities at this Art Deco property include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
130 air-conditioned guestrooms at The Setai feature minibars and CD players. Accommodations offer beach, city, or ocean views. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, makeup/shaving mirrors, designer toiletries, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels. Rooms also include slippers and blackout drapes/curtains. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.





















Traveler Photos From tripadvisor

All prices are displayed in $ USD

| Room Types | | Avg Nightly Rate | |
|---|---|---|---|
| **Studio suite cityview**<br>Cancellation Policy | Free High-Speed Internet | $875 | Book |
| **Studio suite courtyard**<br>Cancellation Policy | Free High-Speed Internet | $925 | Book |

See all rooms »

All displayed prices exclude Tax Recovery Charges and Service Fees

Now with tripadvisor reviews

Privacy Policy | Terms of Use | FAQ

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40   Promo Code 362349

## Complete Your Booking

🔒 Safe Shopping Guaranteed

| Step 1 Traveler Information | Step 2 Payment |
| --- | --- |

### Guest Details

Please provide a name and room preference for the guest responsible for checking into the room(s).

**Room: 1:** 2 Adults

First Name

Last Name

Special Request* (optional)

*Special requests are subject to availability upon check-in and may incur additional charges. Special request cannot be guaranteed.

### Contact Details

We require a valid email address to contact you with the details of your booking.

Email Address

Confirm Email Address

Needed if there are questions about your reservation.

Phone Number

### United Airlines membership/loyalty

MileagePlus Number

---

### Details of Stay

**The Setai**

★★★★★

🆗 ⚫⚫⚫⚪⚪ 229 reviews

2001 Collins Ave, Miami Beach, FL, 33139, US

| | |
| --- | --- |
| **Check-in:** | Mar 18, 2012 |
| **Check-out:** | Mar 20, 2012 |
| **Guests:** | 2 Adults |
| **Rooms:** | 1 |
| **Room type:** | |

**One bedroom suite ocean view**
| Fitness Center | Pool | Restaurant On-site | NON SMOKING | King Bed

All prices are displayed in $ USD

**Price Details:**

Room 1:* $4,000.00
*Excluding tax recovery charges and service fees

tax recovery charges and service fees $490.00

**Total Charges $4,490.00**
**Including tax recovery charges and service fees

**Notifications and Fees:**
The following fees and deposits are charged by the property at time of service, check-in, or check-out.
Valet parking fee: USD 40.0 per night (in/out privileges)
Rollaway beds are available for an additional fee
The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

Low Price Guarantee

FEEDBACK

Last Name

Special Request* (optional)

*Special requests are subject to availability upon check-in and may incur additional charges. Special request cannot be guaranteed.

### Contact Details

We require a valid email address to contact you with the details of your booking.

Email Address

Confirm Email Address

Needed if there are questions about your reservation.

Phone Number

### United Airlines membership/loyalty

MileagePlus Number

**Continue »**

---

2001 Collins Ave, Miami Beach, FL, 33139, US

| | |
|---|---|
| **Check-in:** | Mar 18, 2012 |
| **Check-out:** | Mar 20, 2012 |
| **Guests:** | 2 Adults |
| **Rooms:** | 1 |
| **Room type:** | |

**One bedroom suite ocean view**

¦ Fitness Center │ Pool │ Restaurant On-site │ NON SMOKING │ King Bed

All prices are displayed in $ USD

**Price Details:**

Room 1:* $4,000.00
*Excluding tax recovery charges and service fees

tax recovery charges and service fees $490.00

**Total Charges $4,490.00**
**Including tax recovery charges and service fees

**Notifications and Fees:**
The following fees and deposits are charged by the property at time of service, check-in, or check-out.
Valet parking fee: USD 40.0 per night (in/out privileges)
Rollaway beds are available for an additional fee
The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

**Low Price Guarantee** (Details)

**Why Book with Us**

- We Never Charge a Change or Cancel Fee (Details)
- Low Price Guarantee (Details)
- Secure bookings & protective privacy policy

SECURED BY GeoTrust

---

Now with 🔵 tripadvisor reviews

Privacy Policy │ Terms of Use │ FAQ

[–]
FEEDBACK





 Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help   Related Links                    U.S.   Fri 1:00 AM

United Airlines – Properties in ...

hotels.continental.com/templates/362349/hotels/list?secureUrlFromDataBridge=https%3A%2F%2Fsecure.travelnow.com&requestVersion=V2&lang=en&currency=USD   Google

Web Search   #2,442   Ex-Google employee says Google– has ruined the...   iTunes · Knicks   Add to Wish List

# UNITED
## Hotels

→ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English   USD $

Results For | Miami Beach, Dania, FL, United States |   **Search**

From 03/18/2012   To 03/20/2012   Rooms: 1 Guests: 2 Adults   › Change

Change View   ☰ List View   ⊹ Map View

**Low Price Guarantee** (Details)

1 hotels match your selection

Sort by  Our Recommendations ▾

All prices are displayed in $ USD

**Search by Name**

Miami Beach, Florida,  ✕  ›

**Star Rating**

☐ 5 ★★★★★

**Traveler Rating**

Generated by ◎◎ tripadvisor
1.0
━━━━━━━━━━
1.0        5.0

**Amenities**

☐ In-Room accessibility
☐ Accessible bathroom
☐ Accessible path of tra...
☐ Roll-in shower
☐ Restaurant On-site
Show All

**Locations**

☐ Art Deco Historic Dist...
☐ Art Deco Welcome Ce...
☐ Bal Harbour Shops
☐ Bass Museum of Art
☐ Downtown Miami Bea...
Show All

**Types**

☐ Hotel

**Themes**

☐ Luxury
☐ Pet Friendly
☐ Romantic

The Setai                                    ✕



‹                                            ›

Pause          21 of 60        See All Photos

$875
Avg. Nightly Rate from

00-800-11-20-11-40

Avg Nightly Rate

Free High-Speed Internet   $875   **Book**

Free High-Speed Internet   $925   **Book**

1

FEEDBACK



United Airlines – Properties in Miami Beach, Dania, FL, United States



United Airlines – Properties in Miami Beach, Dania, FL, United States





## Sheraton Langkawi Beach Resort

★★★★½    ⊙⊙ ●●●●○ 669 reviews

On the beach    Show on map    More details

Hotel Information **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

~~$197~~
**$158**
Avg. Nightly Rate from

| Room Types | | Avg Nightly Rate | |
|---|---|---|---|
| **Superior room** | | | |
| ⭐ **Special Offer** Save 20% on this stay! | Breakfast for 2 | ~~$197~~ $158 | Book |
| **Superior room** | | $207 | Book |

See all rooms »

⭐ **Special Offer** Early Booking Bonus - Save 25% on your hotel stay

The Andaman, a Luxury Collection Resort, Langkawi    ✕



Pause    **13** of 58    See All Photos

~~$266~~
**$199**
Avg. Nightly Rate from

| | Avg Nightly Rate | |
|---|---|---|
| Free Wireless Internet | ~~$266~~ $199 | Book |
| Free Wireless Internet | $266 | Book |

## Fave Hotel Cenang Beach - Langkawi

★★☆☆☆    ⊙⊙ ●●●○○ 23 reviews    Breakfast Included

On an island    Show on map    More details

Hotel Information **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$62**
Avg. Nightly Rate from

| Room Types | | Avg Nightly Rate | |
|---|---|---|---|
| **Superior room** | Breakfast Buffet | $62 | Book |
| **Deluxe room** | Breakfast Buffet | $68 | Book |

See all rooms »

⭐ **Special Offer** Early Booking Bonus--Save 20% on Your Hotel Stay

## Langkawi Seaview Hotel

~~$56~~
**$45**





