# EXHIBIT 2-Q

THE WAVE STUDIO, LLC
COMPLAINT



Traveler Photos From tripadvisor

All prices are displayed in $ USD

| Room Types | Avg Nightly Rate | |
|---|---|---|
| **Rainforest Deluxe**<br>Cancellation Policy<br>🏷️ **Special Offer :** Early Booking Bonus - Save 25% on your hotel stay | Free Wireless Internet | ~~$266~~<br>**$199** | **Book** |
| **Deluxe Treetop**<br>Cancellation Policy<br>🏷️ **Special Offer :** Early Booking Bonus - Save 25% on your hotel stay | Free Wireless Internet | ~~$326~~<br>**$244** | **Book** |

See all rooms »

All displayed prices exclude Tax Recovery Charges and Service Fees

Now with tripadvisor reviews

Privacy Policy | Terms of Use | FAQ



## Sheraton Langkawi Beach Resort

★★★★½   ⊙⊙ ●●●●○ 669 reviews

~~$197~~ **$158** Avg. Nightly Rate from

On the beach | Show on map | **More details**
Hotel Information **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

| Room Types | | | | Avg Nightly Rate | |
|---|---|---|---|---|---|
| **Superior room** | | | | | |
| ⭐ **Special Offer** Save 20% on this stay! | | | Breakfast for 2 | ~~$197~~ **$158** | **Book** |
| **Superior room** | | | | $207 | **Book** |

See all rooms »

⭐ **Special Offer** Early Booking Bonus - Save 25% on your hotel stay

~~$266~~ **$199** Avg. Nightly Rate from

The Andaman, a Luxury Collection Resort, Langkawi ✕



Pause   30 of 58   See All Photos

| | | | | Avg Nightly Rate | |
|---|---|---|---|---|---|
| | | Free Wireless Internet | | ~~$266~~ **$199** | **Book** |
| | | Free Wireless Internet | | $266 | **Book** |

## Fave Hotel Cenang Beach - Langkawi

★★☆☆☆   ⊙⊙ ●●●○○ 23 reviews   Breakfast Included

**$62** Avg. Nightly Rate from

On an island | Show on map | **More details**
Hotel Information **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

| Room Types | | | | Avg Nightly Rate | |
|---|---|---|---|---|---|
| **Superior room** | | | Breakfast Buffet | $62 | **Book** |
| **Deluxe room** | | | Breakfast Buffet | $68 | **Book** |

See all rooms »

⭐ **Special Offer** Early Booking Bonus--Save 20% on Your Hotel Stay

~~$56~~ **$45**

## Langkawi Seaview Hotel

## Sheraton Langkawi Beach Resort

★★★★½   ⊙⊙ ⊙⊙⊙⊙○ 669 reviews

~~$197~~
**$158**
Avg. Nightly Rate from

On the beach | Show on map | More details
Hotel Information **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

| Room Types | | Avg Nightly Rate | |
|---|---|---|---|
| **Superior room** | | | |
| 💛 **Special Offer** Save 20% on this stay! | Breakfast for 2 | ~~$197~~ **$158** | **Book** |
| **Superior room** | | $207 | **Book** |

See all rooms »

💛 **Special Offer** Early Booking Bonus - Save 25% on your hotel stay



The Andaman, a Luxury Collection Resort, Langkawi

Pause          41 of 58          See All Photos

~~$266~~
**$199**
Avg. Nightly Rate from

| | Avg Nightly Rate | | |
|---|---|---|---|
| Free Wireless Internet | ~~$266~~ **$199** | **Book** | |
| Free Wireless Internet | $266 | **Book** | |

## Fave Hotel Cenang Beach - Langkawi

★★☆☆☆   ⊙⊙ ⊙⊙⊙○○ 23 reviews   Breakfast Included

**$62**
Avg. Nightly Rate from

On an island | Show on map | More details
Hotel Information **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

| Room Types | | Avg Nightly Rate | |
|---|---|---|---|
| **Superior room** | Breakfast Buffet | $62 | **Book** |
| **Deluxe room** | Breakfast Buffet | $68 | **Book** |

See all rooms »

💛 **Special Offer** Early Booking Bonus--Save 20% on Your Hotel Stay

## Langkawi Seaview Hotel

~~$56~~
**$45**



**Continental Airlines** — The Andaman, a Luxury Collection Resort, Langkawi

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40    Promo Code 362349

Customer Service: Manage Your Booking

English | USD $

From 04/09/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Andaman, a Luxury Collection Resort, Langkawi

★★★★½  783 reviews
P.O Box 94, Jalan Teluk Datai, Langkawi, 07000, MY
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

~~$266~~
**$199**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | Low Price Guarantee (Details) |

### The Andaman Langkawi

**TripAdvisor Traveler Rating:**
Based on 798 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 18, 2012: "Laid back photography paradise"
- Feb 17, 2012: "Great service to top-up the fab location!"
- Feb 16, 2012: "Good for people who like peace and..."

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Andaman, a Luxury Collection Resort, Langkawi is located on the beach in Langkawi's Datai Bay neighborhood, close to Datai Golf Club. Another point of interest is Langkawi Beach.

**Hotel Features.**
This Langkawi hotel has a private beach. Dining options at The Andaman, a Luxury Collection Resort, Langkawi include 3 restaurants. 2 bars/lounges, a beach bar, and a poolside bar are open for drinks. Room service is available 24 hours a day. The hotel serves buffet breakfasts each morning in the restaurant (surcharges apply). Recreational amenities include an outdoor pool, a children's pool, a fitness facility, and a children's club. The property's full-service health spa has body treatments, massage/treatment rooms, and facials. This 4.5-star property has a 24-hour business center and offers small meeting rooms and limo/town car service. Complimentary wireless Internet access is available in public areas. This Langkawi property has event space consisting of banquet facilities, conference/meeting rooms, and a ballroom. The property has an area shuttle, which is complimentary. Wedding services and tour assistance are available. Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and an arcade/game room.

**Guestrooms.**
186 air-conditioned guestrooms at The Andaman, a Luxury Collection Resort, Langkawi feature minibars and coffee/tea makers. All accommodations have balconies. These individually furnished rooms include single sofa beds and desks. Bathrooms feature separate bathtubs and showers with rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels, free movie channels, and DVD players. Also included are complimentary bottled water and ceiling fans. A turndown service is available nightly, housekeeping is offered daily, and guests may request wake-up calls.

Continental Airlines – The Andaman, a Luxury Collection Resort, Langkawi



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English | USD $

From 04/09/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Andaman, a Luxury Collection Resort, Langkawi

★★★★½  783 reviews

P.O Box 94, Jalan Teluk Datai, Langkawi, 07000, MY

Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

~~$266~~
**$199**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### The Andaman Langkawi

**TripAdvisor Traveler Rating:**
◉◉ ●●●●○
Based on 798 traveler reviews

**Most Recent Traveler Reviews:**

• Feb 18, 2012: "Laid back photography paradise"
• Feb 17, 2012: "Great service to top-up the fab location!"
• Feb 16, 2012: "Good for people who like peace and..."

**Read reviews »**

© 2012 TripAdvisor LLC.

## Description

**Location.**
The Andaman, a Luxury Collection Resort, Langkawi is located on the beach in Langkawi's Datai Bay neighborhood, close to Datai Golf Club. Another point of interest is Langkawi Beach.

**Hotel Features.**
This Langkawi hotel has a private beach. Dining options at The Andaman, a Luxury Collection Resort, Langkawi include 3 restaurants. 2 bars/lounges, a beach bar, and a poolside bar are open for drinks. Room service is available 24 hours a day. The hotel serves buffet breakfasts each morning in the restaurant (surcharges apply). Recreational amenities include an outdoor pool, a children's pool, a fitness facility, and a children's club. The property's full-service health spa has body treatments, massage/treatment rooms, and facials. This 4.5-star property has a 24-hour business center and offers small meeting rooms and limo/town car service. Complimentary wireless Internet access is available in public areas. This Langkawi property has event space consisting of banquet facilities, conference/meeting rooms, and a ballroom. The property has an area shuttle, which is complimentary. Wedding services and tour assistance are available. Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and an arcade/game room.

**Guestrooms.**
186 air-conditioned guestrooms at The Andaman, a Luxury Collection Resort, Langkawi feature minibars and coffee/tea makers. All accommodations have balconies. These individually furnished rooms include single sofa beds and desks. Bathrooms feature separate bathtubs and showers with rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels, free movie channels, and DVD players. Also included are complimentary bottled water and ceiling fans. A turndown service is available nightly, housekeeping is offered daily, and guests may request wake-up calls.

FEEDBACK

Continental Airlines – The Andaman, a Luxury Collection Resort, Langkawi



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: **Manage Your Booking**

English · USD $

From 04/09/2012 To 04/10/2012 Rooms: 1 Guests: 2 Adults › Change

‹ Back to Search Results

## The Andaman, a Luxury Collection Resort, Langkawi

★★★★½ 783 reviews

P.O Box 94, Jalan Teluk Datai, Langkawi, 07000, MY
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

~~$266~~
**$199**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |



### The Andaman Langkawi

**TripAdvisor Traveler Rating:**
Based on **798** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 18, 2012: "Laid back photography paradise"
- Feb 17, 2012: "Great service to top-up the fab location!"
- Feb 16, 2012: "Good for people who like peace and..."

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Andaman, a Luxury Collection Resort, Langkawi is located on the beach in Langkawi's Datai Bay neighborhood, close to Datai Golf Club. Another point of interest is Langkawi Beach.

**Hotel Features.**
This Langkawi hotel has a private beach. Dining options at The Andaman, a Luxury Collection Resort, Langkawi include 3 restaurants. 2 bars/lounges, a beach bar, and a poolside bar are open for drinks. Room service is available 24 hours a day. The hotel serves buffet breakfasts each morning in the restaurant (surcharges apply). Recreational amenities include an outdoor pool, a children's pool, a fitness facility, and a children's club. The property's full-service health spa has body treatments, massage/treatment rooms, and facials. This 4.5-star property has a 24-hour business center and offers small meeting rooms and limo/town car service. Complimentary wireless Internet access is available in public areas. This Langkawi property has event space consisting of banquet facilities, conference/meeting rooms, and a ballroom. The property has an area shuttle, which is complimentary. Wedding services and tour assistance are available. Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and an arcade/game room.

**Guestrooms.**
186 air-conditioned guestrooms at The Andaman, a Luxury Collection Resort, Langkawi feature minibars and coffee/tea makers. All accommodations have balconies. These individually furnished rooms include single sofa beds and desks. Bathrooms feature separate bathtubs and showers with rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels, free movie channels, and DVD players. Also included are complimentary bottled water and ceiling fans. A turndown service is available nightly, housekeeping is offered daily, and guests may request wake-up calls.











Continental Airlines – Carcosa Seri Negara

**Continental Airlines** HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 02/28/2012  To 02/29/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## Carcosa Seri Negara

★★★★★
31 reviews

Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY

Hotel Information: **US and Canada:** 800-667-9927  **Europe** 00-800-11-20-11-40

**$345**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |



**Carcosa Seri Negara**

**TripAdvisor Traveler Rating:**
Based on **32** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
- Jan 29, 2012: "Superb ambience but poor service!"
- Jan 21, 2012: "Loved staying here."

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

All prices are displayed in $ USD

| Room Types | Avg Nightly Rate |



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 02/28/2012   To 02/29/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## Carcosa Seri Negara

★★★★★
⊙⊙⊙⊙○ 31 reviews

Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$345**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

**Carcosa Seri Negara**

**TripAdvisor Traveler Rating:**
⊙⊙⊙⊙⊙○
Based on **32** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
- Jan 29, 2012: "Superb ambience but poor service!"
- Jan 21, 2012: "Loved staying here."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

**All prices are displayed in $ USD**

| Room Types | Avg Nightly Rate |
| --- | --- |

# Continental Airlines

HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English  ·  USD $

From 02/28/2012  To 02/29/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## Carcosa Seri Negara

★★★★★
◎◎◎◎◎ 31 reviews
Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$345**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |



### Carcosa Seri Negara

**TripAdvisor Traveler Rating:**
◎◎◎◎◎
Based on **32** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
- Jan 29, 2012: "Superb ambience but poor service!"
- Jan 21, 2012: "Loved staying here."

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

All prices are displayed in $ USD

| Room Types | | Avg Nightly Rate |



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English  ·  USD $

From 02/28/2012  To 02/29/2012    Rooms: 1 Guests: 2 Adults    › Change

‹ Back to Search Results

## Carcosa Seri Negara

★★★★★
31 reviews

Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY

Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$345**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### Carcosa Seri Negara

**TripAdvisor Traveler Rating:**
★★★★
Based on 32 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
- Jan 29, 2012: "Superb ambience but poor service!"
- Jan 21, 2012: "Loved staying here."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

All prices are displayed in $ USD

| Room Types | Avg Nightly Rate |

Continental Airlines – Carcosa Seri Negara

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927   Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 02/28/2012    To 02/29/2012    Rooms: 1 Guests: 2 Adults    › Change

‹ Back to Search Results

## Carcosa Seri Negara

★★★★★
⊙⊙ ⊙⊙⊙⊙○  31 reviews

Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY

Hotel Information: **US and Canada:** 800-667-9927   **Europe** 00-800-11-20-11-40

**$345**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |



### Carcosa Seri Negara

**TripAdvisor Traveler Rating:**
⊙⊙ ⊙⊙⊙⊙○
Based on **32** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
- Jan 29, 2012: "Superb ambience but poor service!"
- Jan 21, 2012: "Loved staying here."

**Read reviews »**

© 2012 TripAdvisor LLC.

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

All prices are displayed in $ USD

Room Types                                                              Avg Nightly Rate

[+]
FEEDBACK





**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 02/28/2012   To 02/29/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## Carcosa Seri Negara

★★★★★
◎◎◎◎◎ 31 reviews

Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY

Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$345**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | Low Price Guarantee (Details) |

### Carcosa Seri Negara

**TripAdvisor Traveler Rating:**
◎◎◎◎◎
Based on **32** traveler reviews

**Most Recent Traveler Reviews:**
· Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
· Jan 29, 2012: "Superb ambience but poor service!"
· Jan 21, 2012: "Loved staying here."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

All prices are displayed in $ USD

| Room Types | | Avg Nightly Rate |



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927   Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: **Manage Your Booking**

English    •    USD $

From 02/28/2012    To 02/29/2012    Rooms: 1 Guests: 2 Adults    › Change

‹ Back to Search Results

## Carcosa Seri Negara

★★★★★
⊙⊙⊙⊙⊙○ 31 reviews
Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$345**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |



### Carcosa Seri Negara

**TripAdvisor Traveler Rating:**
⊙⊙⊙⊙⊙○
Based on **32** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
- Jan 29, 2012: "Superb ambience but poor service!"
- Jan 21, 2012: "Loved staying here."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

**All prices are displayed in $ USD**

| Room Types | | Avg Nightly Rate |



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 02/28/2012 To 02/29/2012 Rooms: 1 Guests: 2 Adults › Change

‹ Back to Search Results

## Carcosa Seri Negara

★★★★★ 31 reviews
Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$345**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### Carcosa Seri Negara

**TripAdvisor Traveler Rating:**
Based on **32** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
- Jan 29, 2012: "Superb ambience but poor service!"
- Jan 21, 2012: "Loved staying here."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

All prices are displayed in $ USD

| Room Types | Avg Nightly Rate |

Continental Airlines – Carcosa Seri Negara



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40    Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 02/28/2012    To 02/29/2012    Rooms: 1 Guests: 2 Adults    › Change

‹ Back to Search Results

## Carcosa Seri Negara

★★★★★
⭕⭕ ⬤⬤⬤⬤◯ 31 reviews

Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$345**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### Carcosa Seri Negara

**TripAdvisor Traveler Rating:**
⭕⭕ ⬤⬤⬤⬤◯
Based on **32** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
- Jan 29, 2012: "Superb ambience but poor service!"
- Jan 21, 2012: "Loved staying here."

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

All prices are displayed in $ USD

| Room Types | Avg Nightly Rate |



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 02/28/2012  To 02/29/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## Carcosa Seri Negara

★★★★★
◎◎◎◎◎ 31 reviews
Taman Tasik Perdana Pesiaran Mahameru, Kuala Lumpur, 50480, MY
Hotel Information: **US and Canada:** 800-667-9927  **Europe** 00-800-11-20-11-40

**$345**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

**Carcosa Seri Negara**

**TripAdvisor Traveler Rating:**
◎◎ ◎◎◎◎◎
Based on **32** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "Return Visit after 1st Wedding Anniversary"
- Jan 29, 2012: "Superb ambience but poor service!"
- Jan 21, 2012: "Loved staying here."

**Read reviews »**

© 2012 TripAdvisor LLC.

## Description

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. Recreational amenities include a fitness facility. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

All prices are displayed in $ USD

| Room Types | | Avg Nightly Rate |































