# EXHIBIT 2-R

THE WAVE STUDIO, LLC
COMPLAINT









Firefox    File    Edit    View    History    Bookmarks    Tools    Window    Help    Related Links                    Mon 2:22 AM

Continental Airlines – The Chedi Club at Tanah Gajah, Ubud

United Airlines – The Chedi Mu...    Continental Airlines – The Ched...

hotels.continental.com/templates/362349/hotels/225808/overview?lang=en&currency=USD&secureUrlFromDataBridge=https%3A%2F%2Fsecure.travelnow.com&requ...    Google

Web Search    #2,196    Iran stops oil sales to British, French companies    Best Buy    Comcast    Add to Wish List

# Continental Airlines
## HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40    Promo Code 362349

Customer Service: Manage Your Booking

English    USD $

From 03/19/2012    To 03/20/2012    Rooms: 1 Guests: 2 Adults    ⟩ Change

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★
253 reviews
Jalan Goa Gajah, Ubud, 80571, ID
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)



### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
★★★★★
Based on 258 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "First time staying at The Chedi Club..."
- Feb 13, 2012: "An Eastern beauty - cannot find in..."
- Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also

FEEDBACK



**Continental Airlines – The Chedi Club at Tanah Gajah, Ubud**

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

From 03/19/2012   To 03/20/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★
253 reviews
Jalan Goa Gajah, Ubud, 80571, ID
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

Low Price Guarantee (Details)

**The Chedi Club Tanah Gajah a GHM Hotel**

**TripAdvisor Traveler Rating:**
★★★★★
Based on **258** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "First time staying at The Chedi Club..."
- Feb 13, 2012: "An Eastern beauty - cannot find in..."
- Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also

# Continental Airlines | HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From 03/19/2012  To 03/20/2012   Rooms: 1 Guests: 2 Adults   ▸ Change

◂ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★
253 reviews
Jalan Goa Gajah, Ubud, 80571, ID
Hotel Information: US and Canada: 800-667-9927  Europe 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)

**The Chedi Club Tanah Gajah a GHM Hotel**

**TripAdvisor Traveler Rating:**
★★★★★
Based on 258 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "First time staying at The Chedi Club..."
- Feb 13, 2012: "An Eastern beauty - cannot find in..."
- Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English    USD $

From 03/19/2012   To 03/20/2012   Rooms: 1 Guests: 2 Adults   ▸ Change

◂ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★
◉◉ ◉◉◉◉◉ 253 reviews
Jalan Goa Gajah, Ubud, 80571, ID
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

**The Chedi Club Tanah Gajah a GHM Hotel**

**TripAdvisor Traveler Rating:**
◉◉ ◉◉◉◉◉
Based on 258 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "First time staying at The Chedi Club..."
- Feb 13, 2012: "An Eastern beauty - cannot find in..."
- Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927   Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English    USD $

From 03/19/2012   To 03/20/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★
◎◎◎◎◎◎◎  253 reviews
Jalan Goa Gajah, Ubud, 80571, ID
Hotel Information: **US and Canada:** 800-667-9927   **Europe** 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
◎◎◎◎◎◎◎
Based on **258** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "First time staying at The Chedi Club..."
- Feb 13, 2012: "An Eastern beauty - cannot find in..."
- Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also

# Continental Airlines HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

English  USD $

From 03/19/2012  To 03/20/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★
⊙⊙⊙⊙⊙⊙ 253 reviews
Jalan Goa Gajah, Ubud, 80571, ID
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)



### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
⊙⊙⊙⊙⊙⊙
Based on **258** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "First time staying at The Chedi Club..."
- Feb 13, 2012: "An Eastern beauty - cannot find in..."
- Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also



Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help    Related Links

Mon 2:24 AM

United Airlines – The Chedi Mu...    Continental Airlines – The Ched...

hotels.continental.com/templates/362349/hotels/225808/overview?lang=en&currency=USD&secureUrlFromDataBridge=https%3A%2F%2Fsecure.travelnow.com&requ      Google

Web Search      Iran stops oil sales to British, French companies      Best Buy   Comcast      Add to Wish List

Continental Airlines – The Chedi Club at Tanah Gajah, Ubud

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From 03/19/2012   To 03/20/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★
⊙⊙ ⊙⊙⊙⊙⊙ 253 reviews
Jalan Goa Gajah, Ubud, 80571, ID
Hotel Information: **US and Canada:** 800-667-9927  **Europe** 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)



**The Chedi Club Tanah Gajah a GHM Hotel**

**TripAdvisor Traveler Rating:**
⊙⊙ ⊙⊙⊙⊙⊙
Based on 258 traveler reviews

**Most Recent Traveler Reviews:**
• Feb 17, 2012: "First time staying at The Chedi Club..."
• Feb 13, 2012: "An Eastern beauty - cannot find in..."
• Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also

FEEDBACK





**Continental Airlines** | HOTELS

continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From 03/19/2012   To 03/20/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★
253 reviews
Jalan Goa Gajah, Ubud, 80571, ID
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

Low Price Guarantee (Details)

### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
★★★★★
Based on 258 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "First time staying at The Chedi Club..."
- Feb 13, 2012: "An Eastern beauty - cannot find in..."
- Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also

























**Continental Airlines** | HOTELS

continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 03/19/2012 To 03/20/2012 Rooms: 1 Guests: 2 Adults › Change

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★
253 reviews
Jalan Goa Gajah, Ubud, 80571, ID
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
★★★★★
Based on **258** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "First time staying at The Chedi Club..."
- Feb 13, 2012: "An Eastern beauty - cannot find in..."
- Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also

















**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

## Complete Your Booking

🔒 Safe Shopping Guaranteed

| Step 1 Traveler Information | Step 2 Payment |

### Guest Details

Please provide a name and room preference for the guest responsible for checking into the room(s).

**Room: 1:** 2 Adults

First Name

Last Name

Smoking Preferences
◉ Non-Smoking   ○ Smoking

Bedding Preference
Sleeper Sofa

Special Request* (optional)

*Special requests are subject to availability upon check-in and may incur additional charges. Special request cannot be guaranteed.

### Contact Details

We require a valid email address to contact you with the details of your booking.

Email Address

Confirm Email Address

Needed if there are questions about your reservation.

Phone Number

---

### Details of Stay

**The Chedi Club at Tanah Gajah, Ubud**



★★★★★  ◎◎◎◎◎ 253 reviews

Jalan Goa Gajah, Ubud, 80571, ID

| | |
|---|---|
| Check-in: | Mar 19, 2012 |
| Check-out: | Mar 20, 2012 |
| Guests: | 2 Adults |
| Rooms: | 1 |
| Room type: | |
| One bedroom pool villa | |

All prices are displayed in $ USD

**Price Details:**

Room 1:* $495.00
*Excluding tax recovery charges and service fees

tax recovery charges and service fees $103.95

**Total Charges $598.95**
**Including tax recovery charges and service fees

**Notifications and Fees:**
All guests staying in hotel guestrooms must be registered with the hotel.
No pets, including service animals, are allowed at this property.
The following fees and deposits are charged by the property at time of service, check-in, or check-out.
Deposit: USD 100 per night (for stays between 1 January - 31 December)
The above list may not be comprehensive. Fees and deposits may not include tax and are subject to



Continental Airlines - The Chedi Club at Tanah Gajah, Ubud

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English  |  USD $

From 03/19/2012  To 03/20/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★
⊙⊙⊙⊙⊙ 253 reviews
Jalan Goa Gajah, Ubud, 80571, ID
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
⊙⊙⊙⊙⊙⊙⊙
Based on **258** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "First time staying at The Chedi Club..."
- Feb 13, 2012: "An Eastern beauty - cannot find in..."
- Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also

Continental Airlines – The Chedi Club at Tanah Gajah, Ubud

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English ・ USD $

From 03/19/2012   To 03/20/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★
◎◎◉◉◉◉◉ 253 reviews
Jalan Goa Gajah, Ubud, 80571, ID
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)



### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
◎◎◉◉◉◉◉
Based on 258 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "First time staying at The Chedi Club..."
- Feb 13, 2012: "An Eastern beauty - cannot find in..."
- Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also