# EXHIBIT 2-S

THE WAVE STUDIO, LLC
COMPLAINT

Continental Airlines – The Chedi Club at Tanah Gajah, Ubud

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English    USD $

| From 03/19/2012 | To 03/20/2012 | Rooms: 1 Guests: 2 Adults | ▸ Change |

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★
◎◎ ◯◯◯◯◯ 253 reviews
Jalan Goa Gajah, Ubud, 80571, ID
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | **Low Price Guarantee** (Details) |



**The Chedi Club Tanah Gajah a GHM Hotel**

**TripAdvisor Traveler Rating:**
◎◎ ◯◯◯◯◯
Based on 258 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "First time staying at The Chedi Club..."
- Feb 13, 2012: "An Eastern beauty - cannot find in..."
- Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927   Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From 03/19/2012   To 03/20/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★
⊙⊙ ⊙⊙⊙⊙⊙ 253 reviews

Jalan Goa Gajah, Ubud, 80571, ID

Hotel Information: **US and Canada:** 800-667-9927   **Europe** 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)



**The Chedi Club Tanah Gajah a GHM Hotel**

**TripAdvisor Traveler Rating:**
⊙⊙ ⊙⊙⊙⊙⊙
Based on **258** traveler reviews

**Most Recent Traveler Reviews:**
· Feb 17, 2012: "First time staying at The Chedi Club..."
· Feb 13, 2012: "An Eastern beauty - cannot find in..."
· Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also



# Continental Airlines  HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English    USD $

From 03/19/2012   To 03/20/2012   Rooms: 1 Guests: 2 Adults   ▸ Change

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★
⚫⚫ ⚪⚪⚪⚪⚪ 253 reviews
Jalan Goa Gajah, Ubud, 80571, ID
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### The Chedi Club Tanah Gajah a GHM Hotel

**TripAdvisor Traveler Rating:**
⚫⚫ ⚪⚪⚪⚪⚪
Based on 258 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "First time staying at The Chedi Club..."
- Feb 13, 2012: "An Eastern beauty - cannot find in..."
- Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also

Continental Airlines – The Chedi Club at Tanah Gajah, Ubud

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From 03/19/2012   To 03/20/2012   Rooms: 1 Guests: 2 Adults   ▸ Change

‹ Back to Search Results

## The Chedi Club at Tanah Gajah, Ubud

★★★★★
◎◎ ◎◎◎◎◎ 253 reviews
Jalan Goa Gajah, Ubud, 80571, ID
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$390**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

**The Chedi Club Tanah Gajah a GHM Hotel**

**TripAdvisor Traveler Rating:**
◎◎ ◎◎◎◎◎
Based on **258** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "First time staying at The Chedi Club..."
- Feb 13, 2012: "An Eastern beauty - cannot find in..."
- Feb 13, 2012: "Elegance and Service and Privacy 5 stars"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.

**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Valet or tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, phones, and makeup/shaving mirrors. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also

































Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help   Related Links









# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

English    USD $

From [        ]    To [        ]    Rooms: **1** Guests: **2 Adults**    › Change

‹ Back to Search Results

## The Lalu Sun Moon Lake

★★★★★    ○○○○○ 0 reviews

142 Jung Hing Road, Yuchi, 555, TW
Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$402**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### tripadvisor

Sorry, no reviews are available for this property.

© 2012 TripAdvisor LLC

## Description

**Location.**
Attractions in the region around The Lalu Sun Moon Lake include New Era Sculpture Park and Lungnan Natural Lacquerware Museum.

**Hotel Features.**
The Lalu Sun Moon Lake features a coffee shop/café and a bar/lounge. Room service is available during limited hours. The hotel serves a complimentary buffet breakfast each morning in the restaurant. Recreational amenities include 2 spa tubs. Also located on site are an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a business center and offers small meeting rooms and secretarial services. Complimentary wireless Internet access is available in public areas. The property has 4 meeting rooms. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
35 air-conditioned guestrooms at The Lalu Sun Moon Lake feature CD players and complimentary bottled water. Balconies offer lake views. Bathrooms feature separate bathtubs and showers with deep soaking bathtubs, handheld showerheads, and rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer phones. Cable television is provided. Also included are windows that open and blackout drapes/curtains. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

**Notifications:**

United Airlines – The Lalu Sun Moon Lake



**UNITED Hotels**

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

› English › USD $

From [ ] To [ ] Rooms: 1 Guests: 2 Adults › Change

‹ Back to Search Results

## The Lalu Sun Moon Lake

★★★★★ ⦿⦿○○○○○ 0 reviews

142 Jung Hing Road, Yuchi, 555, TW

Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$402**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

⦿⦿ tripadvisor®

Sorry, no reviews are available for this property.

© 2012 TripAdvisor LLC

### Description

**Location.**
Attractions in the region around The Lalu Sun Moon Lake include New Era Sculpture Park and Lungnan Natural Lacquerware Museum.

**Hotel Features.**
The Lalu Sun Moon Lake features a coffee shop/café and a bar/lounge. Room service is available during limited hours. The hotel serves a complimentary buffet breakfast each morning in the restaurant. Recreational amenities include 2 spa tubs. Also located on site are an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a business center and offers small meeting rooms and secretarial services. Complimentary wireless Internet access is available in public areas. The property has 4 meeting rooms. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
35 air-conditioned guestrooms at The Lalu Sun Moon Lake feature CD players and complimentary bottled water. Balconies offer lake views. Bathrooms feature separate bathtubs and showers with deep soaking bathtubs, handheld showerheads, and rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer phones. Cable television is provided. Also included are windows that open and blackout drapes/curtains. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

**Notifications:**

United Airlines – The Lalu Sun ...

hotels.continental.com/templates/362349/hotels/205797/overview?lang=en&currency=USD&secureUrlFromDataBridge=https%3A%2F%2Fsecure.travelnow.com&requ

Google

Web Search   #2,442   Ex-Google employee says Google— has ruined the...   CS   earthquake hits japan   Add to Wish List

# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English   USD $

From [    ]  To [    ]  Rooms: **1** Guests: **2 Adults**   › Change

‹ Back to Search Results

## The Lalu Sun Moon Lake

★★★★★   0 reviews

142 Jung Hing Road, Yuchi, 555, TW

Hotel Information: US and Canada: 866-797-0578  Europe 00-800-11-20-11-40

**$402**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

**Low Price Guarantee** (Details)



tripadvisor

Sorry, no reviews are available for this property.

© 2012 TripAdvisor LLC

## Description

**Location.**
Attractions in the region around The Lalu Sun Moon Lake include New Era Sculpture Park and Lungnan Natural Lacquerware Museum.

**Hotel Features.**
The Lalu Sun Moon Lake features a coffee shop/café and a bar/lounge. Room service is available during limited hours. The hotel serves a complimentary buffet breakfast each morning in the restaurant. Recreational amenities include 2 spa tubs. Also located on site are an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a business center and offers small meeting rooms and secretarial services. Complimentary wireless Internet access is available in public areas. The property has 4 meeting rooms. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
35 air-conditioned guestrooms at The Lalu Sun Moon Lake feature CD players and complimentary bottled water. Balconies offer lake views. Bathrooms feature separate bathtubs and showers with deep soaking bathtubs, handheld showerheads, and rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer phones. Cable television is provided. Also included are windows that open and blackout drapes/curtains. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

**Notifications:**

[+]
FEEDBACK





# UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English    USD $

From [        ]   To [        ]   Rooms: **1** Guests: **2 Adults**  › **Change**

‹ Back to Search Results

## The Lalu Sun Moon Lake

★★★★★  ⊙⊙○○○○○  0 reviews

142 Jung Hing Road, Yuchi, 555, TW

Hotel Information: **US and Canada:** 866-797-0578 **Europe** 00-800-11-20-11-40

**$402**

Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |

⊙⊙ **tripadvisor**

Sorry, no reviews are available for this property.

© 2012 TripAdvisor LLC

## Description

**Location.**
Attractions in the region around The Lalu Sun Moon Lake include New Era Sculpture Park and Lungnan Natural Lacquerware Museum.

**Hotel Features.**
The Lalu Sun Moon Lake features a coffee shop/café and a bar/lounge. Room service is available during limited hours. The hotel serves a complimentary buffet breakfast each morning in the restaurant. Recreational amenities include 2 spa tubs. Also located on site are an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a business center and offers small meeting rooms and secretarial services. Complimentary wireless Internet access is available in public areas. The property has 4 meeting rooms. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
35 air-conditioned guestrooms at The Lalu Sun Moon Lake feature CD players and complimentary bottled water. Balconies offer lake views. Bathrooms feature separate bathtubs and showers with deep soaking bathtubs, handheld showerheads, and rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer phones. Cable television is provided. Also included are windows that open and blackout drapes/curtains. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

**Notifications:**



UNITED Hotels

✈ united.com

US and Canada: 866-797-0578 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

English    USD $

From [    ] To [    ]    Rooms: 1 Guests: 2 Adults    › Change

‹ Back to Search Results

## The Lalu Sun Moon Lake

★★★★★    ⊙⊙○○○○○ 0 reviews

142 Jung Hing Road, Yuchi, 555, TW

Hotel Information: US and Canada: 866-797-0578 Europe 00-800-11-20-11-40

**$402**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

⊙⊙ tripadvisor·

Sorry, no reviews are available for this property.

© 2012 TripAdvisor LLC

## Description

**Location.**
Attractions in the region around The Lalu Sun Moon Lake include New Era Sculpture Park and Lungnan Natural Lacquerware Museum.

**Hotel Features.**
The Lalu Sun Moon Lake features a coffee shop/café and a bar/lounge. Room service is available during limited hours. The hotel serves a complimentary buffet breakfast each morning in the restaurant. Recreational amenities include 2 spa tubs. Also located on site are an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a business center and offers small meeting rooms and secretarial services. Complimentary wireless Internet access is available in public areas. The property has 4 meeting rooms. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
35 air-conditioned guestrooms at The Lalu Sun Moon Lake feature CD players and complimentary bottled water. Balconies offer lake views. Bathrooms feature separate bathtubs and showers with deep soaking bathtubs, handheld showerheads, and rainfall showerheads. They also offer bathrobes, slippers, and complimentary toiletries. Wireless Internet access is complimentary. In addition to safes, guestrooms offer phones. Cable television is provided. Also included are windows that open and blackout drapes/curtains. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

**Notifications:**

Continental Airlines – Properties in Cavelossim Beach, Nerul, India







Continental Airlines – Properties in Cavelossim Beach, Nerul, India

Continental Airlines – Properties in Cavelossim Beach, Nerul, India







Continental Airlines – Properties in Cavelossim Beach, Nerul, India



Continental Airlines – Properties in Cavelossim Beach, Nerul, India









Continental Airlines HOTELS ✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

Results For  Cavelossim Beach, Nerul, India   Search

From 03/19/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults  ▸ Change

Change View   List View   Map View   Low Price Guarantee (Details)

**Search by Name**
leela

**Avg Nightly Rate**
from $0 to $500+

**Star Rating**
5 ★★★★★
4 ★★★★

**Traveler Rating**
Generated by tripadvisor
1.0
1.0   5.0

**Amenities**
Babysitting
Fitness Center
Room Service
Pool
Internet Access
Show All

**Locations**
Agonda Beach
Arch of the Viceroys
Basilica of Bom Jesus
Benaulim Beach
Bondla Wildlife Sanct...
Show All

**Types**

2 hotels match your selection   Sort by Our Recommendations

All prices are displayed in $ USD

The Leela Goa   ✕

$272 Avg. Nightly Rate from

00-800-11-20-11-40

Avg Nightly Rate

Breakfast Buffet   $272   Book
Breakfast Buffet   $301   Book

Pause   27 of 39   See All Photos

THE LEELA GOA BEACH RESORT   THE LEELA GOA BEACH RESORT
★★★★☆   447 reviews   Check Rates
Show on map   More details
Hotel Information US and Canada: 800-667-9927  Europe 00-800-11-20-11-40

1

[+] FEEDBACK

Continental Airlines – Properties in Cavelossim Beach, Nerul, India



Continental Airlines – Properties in Cavelossim Beach, Nerul, India

