# EXHIBIT 2-T

THE WAVE STUDIO, LLC
COMPLAINT













**Continental Airlines** HOTELS

continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 03/19/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Leela Goa

★★★★★
455 reviews

Mobor Cavelossim, Cavelossim, 403 731, IN miles to 1.86

Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$272**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Virtual Tours | Location | Rooms & Rates

Low Price Guarantee (Details)

### The Leela Goa

**TripAdvisor Traveler Rating:**
★★★★
Based on **462** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 18, 2012: "A luxurious resort, in a fantastic location,..."
- Feb 14, 2012: "Great Resort..."
- Feb 14, 2012: "One word - SPECTACULAR!!!!!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Leela Goa is located on the beach in Cavelossim, close to Cavelossim Beach.

**Hotel Features.**
This Cavelossim hotel has a private beach. Dining options at The Leela Goa include 4 restaurants. A poolside bar is open for drinks. Room service is available 24 hours a day. The hotel serves buffet breakfasts in the coffee shop (surcharges apply). Recreational amenities include 3 outdoor swimming pools. Also located on site are a golf course, a children's pool, outdoor tennis courts, a health club, and a sauna. The property's full-service health spa has body treatments and beauty services. This 5-star property has a business center and offers small meeting rooms, secretarial services, and audio-visual equipment. Wireless Internet access (surcharge) is available in public areas. This Cavelossim property has event space consisting of banquet facilities, conference/meeting rooms, a ballroom, and exhibit space. The property has a roundtrip airport shuttle, which is complimentary. Business services, wedding services, translation services, and tour assistance are available. Additional property amenities include a casino, a library, and a coffee shop/café.

**Guestrooms.**
206 air-conditioned guestrooms at The Leela Goa feature minibars and coffee/tea makers. All accommodations have balconies. All rooms include separate sitting areas along with desks and sofa beds. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer phones, bidets, and makeup/shaving mirrors. Wireless Internet access is available for a surcharge. In addition to complimentary newspapers and safes, guestrooms offer multi-line phones. Also included are complimentary bottled water and ceiling fans. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.

















**Continental Airlines** HOTELS

continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From 03/19/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   ▸ Change

‹ Back to Search Results

## The Leela Goa

★★★★★   455 reviews

Mobor Cavelossim, Cavelossim, 403 731, IN miles to 1.86

Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

$272
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Virtual Tours | Location | Rooms & Rates |

Low Price Guarantee (Details)

**The Leela Goa**

TripAdvisor Traveler Rating:
★★★★☆
Based on **462** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 18, 2012: "A luxurious resort, in a fantastic location,..."
- Feb 14, 2012: "Great Resort..."
- Feb 14, 2012: "One word - SPECTACULAR!!!!!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Leela Goa is located on the beach in Cavelossim, close to Cavelossim Beach.

**Hotel Features.**
This Cavelossim hotel has a private beach. Dining options at The Leela Goa include 4 restaurants. A poolside bar is open for drinks. Room service is available 24 hours a day. The hotel serves buffet breakfasts in the coffee shop (surcharges apply). Recreational amenities include 3 outdoor swimming pools. Also located on site are a golf course, a children's pool, outdoor tennis courts, a health club, and a sauna. The property's full-service health spa has body treatments and beauty services. This 5-star property has a business center and offers small meeting rooms, secretarial services, and audio-visual equipment. Wireless Internet access (surcharge) is available in public areas. This Cavelossim property has event space consisting of banquet facilities, conference/meeting rooms, a ballroom, and exhibit space. The property has a roundtrip airport shuttle, which is complimentary. Business services, wedding services, translation services, and tour assistance are available. Additional property amenities include a casino, a library, and a coffee shop/café.

**Guestrooms.**
206 air-conditioned guestrooms at The Leela Goa feature minibars and coffee/tea makers. All accommodations have balconies. All rooms include separate sitting areas along with desks and sofa beds. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer phones, bidets, and makeup/shaving mirrors. Wireless Internet access is available for a surcharge. In addition to complimentary newspapers and safes, guestrooms offer multi-line phones. Also included are complimentary bottled water and ceiling fans. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.





**Continental Airlines** · HOTELS

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

From 03/19/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Leela Goa

★★★★★  455 reviews

Mobor Cavelossim, Cavelossim, 403 731, IN miles to 1.86

Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$272**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Virtual Tours | Location | Rooms & Rates

Low Price Guarantee (Details)

### The Leela Goa

**TripAdvisor Traveler Rating:**

Based on **462** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 18, 2012: "A luxurious resort, in a fantastic location,..."
- Feb 14, 2012: "Great Resort..."
- Feb 14, 2012: "One word - SPECTACULAR!!!!!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Leela Goa is located on the beach in Cavelossim, close to Cavelossim Beach.

**Hotel Features.**
This Cavelossim hotel has a private beach. Dining options at The Leela Goa include 4 restaurants. A poolside bar is open for drinks. Room service is available 24 hours a day. The hotel serves buffet breakfasts in the coffee shop (surcharges apply). Recreational amenities include 3 outdoor swimming pools. Also located on site are a golf course, a children's pool, outdoor tennis courts, a health club, and a sauna. The property's full-service health spa has body treatments and beauty services. This 5-star property has a business center and offers small meeting rooms, secretarial services, and audio-visual equipment. Wireless Internet access (surcharge) is available in public areas. This Cavelossim property has event space consisting of banquet facilities, conference/meeting rooms, a ballroom, and exhibit space. The property has a roundtrip airport shuttle, which is complimentary. Business services, wedding services, translation services, and tour assistance are available. Additional property amenities include a casino, a library, and a coffee shop/café.

**Guestrooms.**
206 air-conditioned guestrooms at The Leela Goa feature minibars and coffee/tea makers. All accommodations have balconies. All rooms include separate sitting areas along with desks and sofa beds. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer phones, bidets, and makeup/shaving mirrors. Wireless Internet access is available for a surcharge. In addition to complimentary newspapers and safes, guestrooms offer multi-line phones. Also included are complimentary bottled water and ceiling fans. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.

**Continental Airlines**  HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

| From | 03/19/2012 | To | 04/10/2012 | Rooms: 1 Guests: 2 Adults | › Change |

‹ Back to Search Results

## The Leela Goa
★★★★★
455 reviews
Mobor Cavelossim, Cavelossim, 403 731, IN miles to 1.86
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$272**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Virtual Tours | Location | Rooms & Rates | | Low Price Guarantee (Details) |



**The Leela Goa**

**TripAdvisor Traveler Rating:**
⊙⊙ ○○○○○
Based on **462** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 18, 2012: "A luxurious resort, in a fantastic location,..."
- Feb 14, 2012: "Great Resort..."
- Feb 14, 2012: "One word - SPECTACULAR!!!!!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Leela Goa is located on the beach in Cavelossim, close to Cavelossim Beach.

**Hotel Features.**
This Cavelossim hotel has a private beach. Dining options at The Leela Goa include 4 restaurants. A poolside bar is open for drinks. Room service is available 24 hours a day. The hotel serves buffet breakfasts in the coffee shop (surcharges apply). Recreational amenities include 3 outdoor swimming pools. Also located on site are a golf course, a children's pool, outdoor tennis courts, a health club, and a sauna. The property's full-service health spa has body treatments and beauty services. This 5-star property has a business center and offers small meeting rooms, secretarial services, and audio-visual equipment. Wireless Internet access (surcharge) is available in public areas. This Cavelossim property has event space consisting of banquet facilities, conference/meeting rooms, a ballroom, and exhibit space. The property has a roundtrip airport shuttle, which is complimentary. Business services, wedding services, translation services, and tour assistance are available. Additional property amenities include a casino, a library, and a coffee shop/café.

**Guestrooms.**
206 air-conditioned guestrooms at The Leela Goa feature minibars and coffee/tea makers. All accommodations have balconies. All rooms include separate sitting areas along with desks and sofa beds. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer phones, bidets, and makeup/shaving mirrors. Wireless Internet access is available for a surcharge. In addition to complimentary newspapers and safes, guestrooms offer multi-line phones. Also included are complimentary bottled water and ceiling fans. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.



Continental Airlines – The Leela Goa

**Continental Airlines** HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 03/19/2012  To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Leela Goa

★★★★★
455 reviews

Mobor Cavelossim, Cavelossim, 403 731, IN miles to 1.86

Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$272**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Virtual Tours | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

### The Leela Goa

**TripAdvisor Traveler Rating:**
Based on **462** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 18, 2012: "A luxurious resort, in a fantastic location,..."
- Feb 14, 2012: "Great Resort..."
- Feb 14, 2012: "One word - SPECTACULAR!!!!!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Leela Goa is located on the beach in Cavelossim, close to Cavelossim Beach.

**Hotel Features.**
This Cavelossim hotel has a private beach. Dining options at The Leela Goa include 4 restaurants. A poolside bar is open for drinks. Room service is available 24 hours a day. The hotel serves buffet breakfasts in the coffee shop (surcharges apply). Recreational amenities include 3 outdoor swimming pools. Also located on site are a golf course, a children's pool, outdoor tennis courts, a health club, and a sauna. The property's full-service health spa has body treatments and beauty services. This 5-star property has a business center and offers small meeting rooms, secretarial services, and audio-visual equipment. Wireless Internet access (surcharge) is available in public areas. This Cavelossim property has event space consisting of banquet facilities, conference/meeting rooms, a ballroom, and exhibit space. The property has a roundtrip airport shuttle, which is complimentary. Business services, wedding services, translation services, and tour assistance are available. Additional property amenities include a casino, a library, and a coffee shop/café.

**Guestrooms.**
206 air-conditioned guestrooms at The Leela Goa feature minibars and coffee/tea makers. All accommodations have balconies. All rooms include separate sitting areas along with desks and sofa beds. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer phones, bidets, and makeup/shaving mirrors. Wireless Internet access is available for a surcharge. In addition to complimentary newspapers and safes, guestrooms offer multi-line phones. Also included are complimentary bottled water and ceiling fans. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.



**Continental Airlines – The Leela Goa**

## Continental Airlines HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40    Promo Code 362349

Customer Service: **Manage Your Booking**

English · USD $

| From | 03/19/2012 | To | 04/10/2012 | Rooms: 1 Guests: 2 Adults | › Change |

‹ Back to Search Results

## The Leela Goa

★★★★★
⚫⚫ ◯◯◯◯◯ 455 reviews

Mobor Cavelossim, Cavelossim, 403 731, IN miles to 1.86

Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$272**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Virtual Tours | Location | Rooms & Rates | **Low Price Guarantee** (Details) |



### The Leela Goa

**TripAdvisor Traveler Rating:**
⚫⚫ ◯◯◯◯◯
Based on **462** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 18, 2012: "A luxurious resort, in a fantastic location,..."
- Feb 14, 2012: "Great Resort..."
- Feb 14, 2012: "One word - SPECTACULAR!!!!!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Leela Goa is located on the beach in Cavelossim, close to Cavelossim Beach.

**Hotel Features.**
This Cavelossim hotel has a private beach. Dining options at The Leela Goa include 4 restaurants. A poolside bar is open for drinks. Room service is available 24 hours a day. The hotel serves buffet breakfasts in the coffee shop (surcharges apply). Recreational amenities include 3 outdoor swimming pools. Also located on site are a golf course, a children's pool, outdoor tennis courts, a health club, and a sauna. The property's full-service health spa has body treatments and beauty services. This 5-star property has a business center and offers small meeting rooms, secretarial services, and audio-visual equipment. Wireless Internet access (surcharge) is available in public areas. This Cavelossim property has event space consisting of banquet facilities, conference/meeting rooms, a ballroom, and exhibit space. The property has a roundtrip airport shuttle, which is complimentary. Business services, wedding services, translation services, and tour assistance are available. Additional property amenities include a casino, a library, and a coffee shop/café.

**Guestrooms.**
206 air-conditioned guestrooms at The Leela Goa feature minibars and coffee/tea makers. All accommodations have balconies. All rooms include separate sitting areas along with desks and sofa beds. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer phones, bidets, and makeup/shaving mirrors. Wireless Internet access is available for a surcharge. In addition to complimentary newspapers and safes, guestrooms offer multi-line phones. Also included are complimentary bottled water and ceiling fans. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English  ·  USD $

From 03/19/2012  To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Leela Goa

★★★★★

455 reviews

Mobor Cavelossim, Cavelossim, 403 731, IN miles to 1.86

Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$272**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Virtual Tours | Location | Rooms & Rates   Low Price Guarantee (Details)

### The Leela Goa

**TripAdvisor Traveler Rating:**

Based on **462** traveler reviews

**Most Recent Traveler Reviews:**

- Feb 18, 2012: "A luxurious resort, in a fantastic location,..."
- Feb 14, 2012: "Great Resort..."
- Feb 14, 2012: "One word - SPECTACULAR!!!!!"

**Read reviews »**

© 2012 TripAdvisor LLC.

## Description

**Location.**
The Leela Goa is located on the beach in Cavelossim, close to Cavelossim Beach.

**Hotel Features.**
This Cavelossim hotel has a private beach. Dining options at The Leela Goa include 4 restaurants. A poolside bar is open for drinks. Room service is available 24 hours a day. The hotel serves buffet breakfasts in the coffee shop (surcharges apply). Recreational amenities include 3 outdoor swimming pools. Also located on site are a golf course, a children's pool, outdoor tennis courts, a health club, and a sauna. The property's full-service health spa has body treatments and beauty services. This 5-star property has a business center and offers small meeting rooms, secretarial services, and audio-visual equipment. Wireless Internet access (surcharge) is available in public areas. This Cavelossim property has event space consisting of banquet facilities, conference/meeting rooms, a ballroom, and exhibit space. The property has a roundtrip airport shuttle, which is complimentary. Business services, wedding services, translation services, and tour assistance are available. Additional property amenities include a casino, a library, and a coffee shop/café.

**Guestrooms.**
206 air-conditioned guestrooms at The Leela Goa feature minibars and coffee/tea makers. All accommodations have balconies. All rooms include separate sitting areas along with desks and sofa beds. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer phones, bidets, and makeup/shaving mirrors. Wireless Internet access is available for a surcharge. In addition to complimentary newspapers and safes, guestrooms offer multi-line phones. Also included are complimentary bottled water and ceiling fans. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.





Continental Airlines – The Leela Goa

**Continental Airlines** HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From 03/19/2012 To 04/10/2012 Rooms: 1 Guests: 2 Adults › Change

‹ Back to Search Results

## The Leela Goa

★★★★★
455 reviews
Mobor Cavelossim, Cavelossim, 403 731, IN miles to 1.86
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$272**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Virtual Tours | Location | Rooms & Rates

**Low Price Guarantee** (Details)

**The Leela Goa**

**TripAdvisor Traveler Rating:**
Based on **462** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 18, 2012: "A luxurious resort, in a fantastic location,..."
- Feb 14, 2012: "Great Resort..."
- Feb 14, 2012: "One word - SPECTACULAR!!!!!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Leela Goa is located on the beach in Cavelossim, close to Cavelossim Beach.

**Hotel Features.**
This Cavelossim hotel has a private beach. Dining options at The Leela Goa include 4 restaurants. A poolside bar is open for drinks. Room service is available 24 hours a day. The hotel serves buffet breakfasts in the coffee shop (surcharges apply). Recreational amenities include 3 outdoor swimming pools. Also located on site are a golf course, a children's pool, outdoor tennis courts, a health club, and a sauna. The property's full-service health spa has body treatments and beauty services. This 5-star property has a business center and offers small meeting rooms, secretarial services, and audio-visual equipment. Wireless Internet access (surcharge) is available in public areas. This Cavelossim property has event space consisting of banquet facilities, conference/meeting rooms, a ballroom, and exhibit space. The property has a roundtrip airport shuttle, which is complimentary. Business services, wedding services, translation services, and tour assistance are available. Additional property amenities include a casino, a library, and a coffee shop/café.

**Guestrooms.**
206 air-conditioned guestrooms at The Leela Goa feature minibars and coffee/tea makers. All accommodations have balconies. All rooms include separate sitting areas along with desks and sofa beds. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer phones, bidets, and makeup/shaving mirrors. Wireless Internet access is available for a surcharge. In addition to complimentary newspapers and safes, guestrooms offer multi-line phones. Also included are complimentary bottled water and ceiling fans. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.



**Continental Airlines**  HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: **Manage Your Booking**

English · USD $

From 03/19/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Leela Goa

★★★★★
455 reviews

Mobor Cavelossim, Cavelossim, 403 731, IN miles to 1.86

Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$272**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Virtual Tours | Location | Rooms & Rates

**Low Price Guarantee** (Details)

**The Leela Goa**

**TripAdvisor Traveler Rating:**
★★★★★
Based on **462** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 18, 2012: "A luxurious resort, in a fantastic location,..."
- Feb 14, 2012: "Great Resort..."
- Feb 14, 2012: "One word - SPECTACULAR!!!!!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Leela Goa is located on the beach in Cavelossim, close to Cavelossim Beach.

**Hotel Features.**
This Cavelossim hotel has a private beach. Dining options at The Leela Goa include 4 restaurants. A poolside bar is open for drinks. Room service is available 24 hours a day. The hotel serves buffet breakfasts in the coffee shop (surcharges apply). Recreational amenities include 3 outdoor swimming pools. Also located on site are a golf course, a children's pool, outdoor tennis courts, a health club, and a sauna. The property's full-service health spa has body treatments and beauty services. This 5-star property has a business center and offers small meeting rooms, secretarial services, and audio-visual equipment. Wireless Internet access (surcharge) is available in public areas. This Cavelossim property has event space consisting of banquet facilities, conference/meeting rooms, a ballroom, and exhibit space. The property has a roundtrip airport shuttle, which is complimentary. Business services, wedding services, translation services, and tour assistance are available. Additional property amenities include a casino, a library, and a coffee shop/café.

**Guestrooms.**
206 air-conditioned guestrooms at The Leela Goa feature minibars and coffee/tea makers. All accommodations have balconies. All rooms include separate sitting areas along with desks and sofa beds. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer phones, bidets, and makeup/shaving mirrors. Wireless Internet access is available for a surcharge. In addition to complimentary newspapers and safes, guestrooms offer multi-line phones. Also included are complimentary bottled water and ceiling fans. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.



Continental Airlines – The Leela Goa

## Continental Airlines
HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40    Promo Code 362349

Customer Service: Manage Your Booking

English ▸ USD $

| From 03/19/2012 | To 04/10/2012 | Rooms: 1 Guests: 2 Adults | ▸ Change |

‹ Back to Search Results

### The Leela Goa

★★★★★
🔵🔵🔵🔵🔵 455 reviews

Mobor Cavelossim, Cavelossim, 403 731, IN miles to 1.86

Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$272**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Virtual Tours | Location | Rooms & Rates |

Low Price Guarantee (Details)

**The Leela Goa**

**TripAdvisor Traveler Rating:**
🔵🔵🔵🔵🔵
Based on **462** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 18, 2012: "A luxurious resort, in a fantastic location,..."
- Feb 14, 2012: "Great Resort..."
- Feb 14, 2012: "One word - SPECTACULAR!!!!!"

**Read reviews »**

© 2012 TripAdvisor LLC.

## Description

**Location.**
The Leela Goa is located on the beach in Cavelossim, close to Cavelossim Beach.

**Hotel Features.**
This Cavelossim hotel has a private beach. Dining options at The Leela Goa include 4 restaurants. A poolside bar is open for drinks. Room service is available 24 hours a day. The hotel serves buffet breakfasts in the coffee shop (surcharges apply). Recreational amenities include 3 outdoor swimming pools. Also located on site are a golf course, a children's pool, outdoor tennis courts, a health club, and a sauna. The property's full-service health spa has body treatments and beauty services. This 5-star property has a business center and offers small meeting rooms, secretarial services, and audio-visual equipment. Wireless Internet access (surcharge) is available in public areas. This Cavelossim property has event space consisting of banquet facilities, conference/meeting rooms, a ballroom, and exhibit space. The property has a roundtrip airport shuttle, which is complimentary. Business services, wedding services, translation services, and tour assistance are available. Additional property amenities include a casino, a library, and a coffee shop/café.

**Guestrooms.**
206 air-conditioned guestrooms at The Leela Goa feature minibars and coffee/tea makers. All accommodations have balconies. All rooms include separate sitting areas along with desks and sofa beds. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer phones, bidets, and makeup/shaving mirrors. Wireless Internet access is available for a surcharge. In addition to complimentary newspapers and safes, guestrooms offer multi-line phones. Also included are complimentary bottled water and ceiling fans. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.



Continental Airlines – The Leela Goa















Continental Airlines – Properties in Cavelossim Beach, Nerul, India









