# EXHIBIT 2-U

THE WAVE STUDIO, LLC
COMPLAINT

































Case 2:15-cv-00992-CS   Document 1-30   Filed 02/23/15   Page 18 of 40



Continental Airlines – Properties in Cavelossim Beach, Nerul, India

# Continental Airlines

**HOTELS**

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English    USD $

Results For  Cavelossim Beach, Nerul, India   [ Search ]

From 03/19/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults  ▸ Change

Change View   ☰ List View   ✣ Map View

**Low Price Guarantee** (Details)

### Search by Name
leela   ✕ ▸

### Avg Nightly Rate
from $0 to $500+

### Star Rating
☐ 5 ★★★★★
☐ 4 ★★★★

### Traveler Rating
Generated by ⊙⊙ tripadvisor
1.0
1.0          5.0

### Amenities
☐ Babysitting
☐ Fitness Center
☐ Room Service
☐ Pool
☐ Internet Access
Show All

### Locations
☐ Agonda Beach
☐ Arch of the Viceroys
☐ Basilica of Bom Jesus
☐ Benaulim Beach
☐ Bondla Wildlife Sanct...
Show All

### Types

**2 hotels match your selection**

Sort by  Our Recommendations ▾

All prices are displayed in $ USD

The Leela Goa                                    ✕



Pause          14 of 39          See All Photos

$272
Avg. Nightly Rate from

Europe 00-800-11-20-11-40

Avg Nightly Rate

Breakfast Buffet    $272   [ Book ]

Breakfast Buffet    $301   [ Book ]

THE LEELA GOA BEACH RESORT

**THE LEELA GOA BEACH RESORT**
★★★★☆      ⊙⊙ ⊙⊙⊙⊙⊙ 447 reviews

Show on map    More details

Hotel Information **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

[ Check Rates ]

1

[+]
FEEDBACK

Continental Airlines – Properties in Cavelossim Beach, Nerul, India



Continental Airlines – The Legian, Bali



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English › USD $

From 04/08/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Legian, Bali

★★★★★ 🔴🔴🔴🔴🔴 244 reviews

Jalan Kayu Aya, Legian Beach, 80361, ID

Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$745**

Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### The Legian Bali

**TripAdvisor Traveler Rating:**

🔴 🔴🔴🔴🔴

Based on **251** traveler reviews

**Most Recent Traveler Reviews:**

- Feb 17, 2012: "A low point"
- Feb 16, 2012: "Pretty Good..."
- Feb 13, 2012: "The Best in Bali"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Legian, Bali is located on the beach in Legian Beach, close to Legian Beach, Kuta Beach, and Bali Blast Monument. Waterbom Waterpark is also a point of interest near this luxury resort.

**Resort Features.**
This Legian Beach resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.

**Guestrooms.**
Air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished guestrooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, phones, and slippers. Wired high-speed and wireless Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request microwaves, in-room massages, and irons/ironing boards. A nightly turndown service is offered and housekeeping is available daily.























**Continental Airlines**  HOTELS

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English    USD $

From 04/08/2012  To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Legian, Bali

★★★★★  244 reviews

Jalan Kayu Aya, Legian Beach, 80361, ID

Hotel Information: US and Canada: 800-667-9927  Europe 00-800-11-20-11-40

**$745**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### The Legian Bali

**TripAdvisor Traveler Rating:**
★★★★★
Based on 251 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "A low point"
- Feb 16, 2012: "Pretty Good..."
- Feb 13, 2012: "The Best in Bali"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Legian, Bali is located on the beach in Legian Beach, close to Legian Beach, Kuta Beach, and Bali Blast Monument. Waterbom Waterpark is also a point of interest near this luxury resort.

**Resort Features.**
This Legian Beach resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.

**Guestrooms.**
Air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished guestrooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, phones, and slippers. Wired high-speed and wireless Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request microwaves, in-room massages, and irons/ironing boards. A nightly turndown service is offered and housekeeping is available daily.







**Continental Airlines** | HOTELS

continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 04/08/2012 To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Legian, Bali

★★★★★  244 reviews
Jalan Kayu Aya, Legian Beach, 80361, ID
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

$745
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | Low Price Guarantee (Details) |

### The Legian Bali

**TripAdvisor Traveler Rating:**
Based on **251** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "A low point"
- Feb 16, 2012: "Pretty Good..."
- Feb 13, 2012: "The Best in Bali"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Legian, Bali is located on the beach in Legian Beach, close to Legian Beach, Kuta Beach, and Bali Blast Monument. Waterbom Waterpark is also a point of interest near this luxury resort.

**Resort Features.**
This Legian Beach resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.

**Guestrooms.**
Air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished guestrooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, phones, and slippers. Wired high-speed and wireless Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. 32-inch LCD televisions have cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request microwaves, in-room massages, and irons/ironing boards. A nightly turndown service is offered and housekeeping is available daily.



Continental Airlines – The Legian, Bali





Continental Airlines – The Legian, Bali

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 04/08/2012  To 04/10/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Legian, Bali

★★★★★
244 reviews

Jalan Kayu Aya, Legian Beach, 80361, ID
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$745**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)

**The Legian Bali**

TripAdvisor Traveler Rating:
★★★★★
Based on **251** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "A low point"
- Feb 16, 2012: "Pretty Good..."
- Feb 13, 2012: "The Best in Bali"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Legian, Bali is located on the beach in Legian Beach, close to Legian Beach, Kuta Beach, and Bali Blast Monument. Waterbom Waterpark is also a point of interest near this luxury resort.

**Resort Features.**
This Legian Beach resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.

**Guestrooms.**
Air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished guestrooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, phones, and slippers. Wired high-speed and wireless Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. 32-inch LCD televisions feature cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request microwaves, in-room massages, and irons/ironing boards. A nightly turndown service is offered and housekeeping is available daily.



