# EXHIBIT 2-V

THE WAVE STUDIO, LLC
COMPLAINT





United Airlines – The Chedi Mu...          Continental Airlines – Propertie...

hotels.continental.com/templates/362349/hotels/list?lang=en&currency=USD&secureUrlFromDataBridge=https%3A%2F%2Fsecure.travelnow.com&requestVersion=V2          Google

Web Search          ESPN statement on offensive Jeremy Lin comments          Google Analytics   ·   ESPN          Add to Wish List

**Continental Airlines**   HOTELS                                          ✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349          Customer Service: Manage Your Booking

                                                                            English   ·   USD $

Results For   Muscat, Oman                                    **Search**    Reset

From  04/09/2012   To  04/10/2012    Rooms: **1** Guests: **2 Adults**   › Change

Change View   ☰ List View   ⊹ Map View                                    Low Price Guarantee (Details)

**Search by Name**                1 hotels match your selection          Sort by  Our Recommendations ▾

Search by Hotel Name  ✕  ›          All prices are displayed in $ USD

**Star Rating**                    ┌─────────────────────────────────────────────────────────────────┐
☐ 5 ★★★★★                          │ [img]   **The Chedi Muscat**                          **$468**  │
                                   │         ★★★★★   ⊙⊙ ●●●●● 605 reviews   Breakfast Included  Avg. Nightly Rate from │
**Traveler Rating**                │         On the beach | Show on map | More details         │
Generated by ⊙⊙ tripadvisor       │         Hotel Information US and Canada 800-667-9927 Europe 00-800-11-20-11-40 │
1.0                                │ Room Types                                    Avg Nightly Rate │
[●━━━━━━━━━━]                       │ Serai Superior Room            Breakfast Buffet   **$468**  **Book** │
1.0                     5.0        │ Chedi Deluxe                   Breakfast Buffet   **$610**  **Book** │
                                   │ See all rooms »                                           │
**Breakfast**                      └─────────────────────────────────────────────────────────────────┘
☐ Breakfast Included
                                                                                          1
**Amenities**
☐ Babysitting
☐ Fitness Center
☐ Parking
☐ Accessible path of tra...
☐ Room Service
                Show All

**Locations**
☐ Matrah
☐ Muscat
☐ Muscat Seeb Intl. Air...
☐ Ruwi
☐ Seeb
                Show All

**Types**
☐ Hotel

[−]
FEEDBACK







**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: **Manage Your Booking**

English · USD $

From 04/09/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Chedi Muscat

★★★★★

605 reviews

P.O. Box 964 Al Khuwair, Muscat, 133, OM

Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$468**

Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | **Low Price Guarantee** (Details) |

### The Chedi Muscat

**TripAdvisor Traveler Rating:**

Based on **619** traveler reviews

**Most Recent Traveler Reviews:**

- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

[+]
FEEDBACK

Continental Airlines – The Chedi Muscat

🍎 Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help      Related Links      🔵 ⌚ 🔒 ⏱ 🔋 🇺🇸 U.S. 🔊  Mon 2:03 AM  🔍

United Airlines – The Chedi Mu...   |   Continental Airlines – The Ched...

hotels.continental.com/templates/362349/hotels/211947/overview?lang=en&currency=USD&filterTriggered=filter-by-hotel-name&secureUrlFromDataBridge=https%   |   Google

Web Search   #2,196   ESPN statement on offensive Jeremy Lin comments   Google Analytics · ESPN   ★★★★   Add to Wish List

# Continental Airlines  HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: **Manage Your Booking**

English   USD $

| From | 04/09/2012 | To | 04/10/2012 | Rooms: 1 Guests: 2 Adults | › Change |

‹ Back to Search Results

## The Chedi Muscat

★★★★★
605 reviews

P.O. Box 964 Al Khuwair, Muscat, 133, OM

Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$468**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### The Chedi Muscat

**TripAdvisor Traveler Rating:**

Based on **619 traveler reviews**

**Most Recent Traveler Reviews:**

- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

[−]
FEEDBACK



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English  ·  USD $

From 04/09/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Chedi Muscat

★★★★★
605 reviews

P.O. Box 964 Al Khuwair, Muscat, 133, OM
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$468**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | Low Price Guarantee (Details) |

### The Chedi Muscat

**TripAdvisor Traveler Rating:**
★★★★☆
Based on **619** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 04/09/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Chedi Muscat
★★★★★  605 reviews

P.O. Box 964 Al Khuwair, Muscat, 133, OM
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$468**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |

### The Chedi Muscat

**TripAdvisor Traveler Rating:**
Based on **619** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.



**Continental Airlines**  HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: **Manage Your Booking**

English · USD $

From 04/09/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Chedi Muscat

★★★★★

605 reviews

P.O. Box 964 Al Khuwair, Muscat, 133, OM

Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$468**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

**The Chedi Muscat**

**TripAdvisor Traveler Rating:**

Based on **619** traveler reviews

**Most Recent Traveler Reviews:**

- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 04/09/2012  To 04/10/2012   Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Chedi Muscat

★★★★★
605 reviews
P.O. Box 964 Al Khuwair, Muscat, 133, OM
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$468**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

**The Chedi Muscat**

**TripAdvisor Traveler Rating:**
Based on **619** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

[+]
FEEDBACK



**Continental Airlines — The Chedi Muscat**

**Continental Airlines** | HOTELS

continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English  USD $

From 04/09/2012  To 04/10/2012   Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

**The Chedi Muscat**
★★★★★
605 reviews
P.O. Box 964 Al Khuwair, Muscat, 133, OM
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$468**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)

**The Chedi Muscat**

**TripAdvisor Traveler Rating:**
Based on **619** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

**Description**

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.



**Continental Airlines**  |  HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English  ·  USD $

From  04/09/2012    To  04/10/2012    Rooms: **1** Guests: **2 Adults**    › **Change**

‹ **Back to Search Results**

## The Chedi Muscat

⭐⭐⭐⭐⭐
605 reviews

P.O. Box 964 Al Khuwair, Muscat, 133, OM

Hotel Information: **US and Canada: 800-667-9927 Europe 00-800-11-20-11-40**

**$468**

Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |
|---------|--------|----------|---------------|---|---|

### The Chedi Muscat

**TripAdvisor Traveler Rating:**

Based on **619** traveler reviews

**Most Recent Traveler Reviews:**

- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

[+]
FEEDBACK







**Continental Airlines** — HOTELS                                    ✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349          Customer Service: **Manage Your Booking**

English ⋅ USD $

From 04/09/2012  To 04/10/2012   Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Chedi Muscat
★★★★★
605 reviews
P.O. Box 964 Al Khuwair, Muscat, 133, OM
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$468**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates                    **Low Price Guarantee** (Details)

**The Chedi Muscat**

**TripAdvisor Traveler Rating:**
★★★★★
Based on **619** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.



# Continental Airlines    HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English  ·  USD $

From 04/09/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Chedi Muscat
★★★★★
605 reviews
P.O. Box 964 Al Khuwair, Muscat, 133, OM
Hotel Information: US and Canada: 800-667-9927  Europe 00-800-11-20-11-40

**$468**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)

### The Chedi Muscat

**TripAdvisor Traveler Rating:**
Based on 619 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.



**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40    Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 04/09/2012    To 04/10/2012    Rooms: 1 Guests: 2 Adults    › Change

‹ Back to Search Results

## The Chedi Muscat

★★★★★
605 reviews

P.O. Box 964 Al Khuwair, Muscat, 133, OM

Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$468**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### The Chedi Muscat

**TripAdvisor Traveler Rating:**
★★★★★
Based on **619** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 17, 2012: "the BEST Pool Ever!"
- Feb 15, 2012: "Visit to Oman"
- Feb 14, 2012: "Beautiful hotel"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

FEEDBACK





































**Continental Airlines** | HOTELS                    ✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349          Customer Service: **Manage Your Booking**

                                                                                        English  ·  USD $

From 04/09/2012 📅   To 04/10/2012 📅   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Chedi Muscat                                                    **$468**
★★★★★                                                              Avg. Nightly Rate from
🦉 ⦿⦿⦿⦿◔ 605 reviews
P.O. Box 964 Al Khuwair, Muscat, 133, OM                              **Rooms & Rates**
Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

| Summary | Photos | Location | Rooms & Rates |   **Low Price Guarantee** (Details)

### The Chedi Muscat
**TripAdvisor Traveler Rating:**
🦉 ⦿⦿⦿⦿◔
Based on **619** traveler reviews

**Most Recent Traveler Reviews:**
· Feb 17, 2012: "the BEST Pool Ever!"
· Feb 15, 2012: "Visit to Oman"
· Feb 14, 2012: "Beautiful hotel"

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.







