# EXHIBIT 2-X

THE WAVE STUDIO, LLC
COMPLAINT









**Traveler Photos From** tripadvisor

All prices are displayed in $ USD

| Room Types | | Avg Nightly Rate | |
|---|---|---|---|
| **1 Bedroom Beach Front Villa**<br>Cancellation Policy<br>🏷️ **Special Offer :** Early Booking Bonus - Save 15% on your hotel stay | Breakfast for 2 , Free Airport Shuttle | ~~$800~~<br>**$680** | **Book** |
| **1 Bedroom Pool Villa**<br>Cancellation Policy<br>🏷️ **Special Offer :** Early Booking Bonus - Save 15% on your hotel stay | Breakfast for 2 , Free Airport Shuttle | ~~$1,000~~<br>**$850** | **Book** |

See all rooms »

All displayed prices exclude Tax Recovery Charges and Service Fees

Now with tripadvisor reviews

Privacy Policy | Terms of Use | FAQ

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 **Europe** 00-800-11-20-11-40   Promo Code 362349

## Complete Your Booking

🔒 Safe Shopping Guaranteed

**Step 1 Traveler Information**   **Step 2 Payment**

### Guest Details

Please provide a name and room preference for the guest responsible for checking into the room(s).

**Room: 1:** 2 Adults

First Name

Last Name

Smoking Preferences
◉ Non-Smoking   ○ Smoking

Bedding Preference
Sleeper Sofa

Special Request* (optional)

*Special requests are subject to availability upon check-in and may incur additional charges. Special request cannot be guaranteed.

### Contact Details

We require a valid email address to contact you with the details of your booking.

Email Address

Confirm Email Address

Needed if there are questions about your reservation.

Phone Number

### Details of Stay

**The Nam Hai**
★★★★★
⬤⬤⬤⬤⬤ 358 reviews

Hamlet 1, Dien Ban, VN

**Check-in:**     Apr 9, 2012
**Check-out:**    Apr 10, 2012
**Guests:**       2 Adults
**Rooms:**        1
**Room type:**

**1 Bedroom Pool Villa**
💛 **Special Offer** Early Booking Bonus - Save 15% on your hotel stay

All prices are displayed in $ USD

**Price Details:**

Room 1:* $850.00
*Excluding tax recovery charges and service fees

tax recovery charges and service fees $131.75

**Total Charges $981.75**
**Including tax recovery charges and service fees

**Notifications and Fees:**
Under Vietnamese law, a guest who is not a Vietnamese citizen cannot share a room with a Vietnamese citizen without proof of marriage to each other. Otherwise, a second room must be booked.
The following fees and deposits are charged by the property at time of service, check-in, or check-out.
Buffet breakfast fee: USD 28 per person

[+]
FEEDBACK









Continental Airlines – The Nam Hai





**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927   Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 02/28/2012   To 02/29/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Saujana Kuala Lumpur

★★★★☆   54 reviews

Jalan Lapangan Terbang SAAS, Shah Alam, 40150, MY

Hotel Information: **US and Canada:** 800-667-9927   **Europe** 00-800-11-20-11-40

**$112**
Avg. Nightly Rate from

**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

Low Price Guarantee (Details)

### The Club Saujana Resort

**TripAdvisor Traveler Rating:**
★★★★☆
Based on **56** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 10, 2012: "Haven in a bustling city"
- Jan 8, 2012: "Cozy rooms, excellent service!"
- Dec 20, 2011: "OUTSTANDING QUALITY!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Saujana Kuala Lumpur is a business-friendly Shah Alam resort in the suburbs and close to Saujana Golf and Country Club, Kelana Jaya Lake Park, and Shah Alam Stadium. Other area points of interest include Sunway Lagoon and Wat Chetawan Temple.

**Resort Features.**
Dining options at The Saujana Kuala Lumpur include 8 restaurants. A bar/lounge is open for drinks. Room service is available 24 hours a day. The resort serves a complimentary hot and cold buffet breakfast. Recreational amenities include an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. There is a full-service health spa on site. This 4-star property has a 24-hour business center and offers small meeting rooms, limo/town car service, and audio-visual equipment. High-speed (wired) Internet access (surcharge) is available in public areas. This Shah Alam property has event space consisting of banquet facilities, conference/meeting rooms, and a ballroom. The property has an area shuttle, which is complimentary. Wedding services, concierge services, and tour/ticket assistance are available. Guest parking is complimentary. Additional property amenities include gift shops/newsstands, a nightclub, and currency exchange.

**Guestrooms.**
210 air-conditioned guestrooms at The Saujana Kuala Lumpur feature minibars and coffee/tea makers. Bathrooms feature shower/tub combinations, bathrobes, and complimentary toiletries. Wired high-speed Internet access is available for a surcharge. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have cable channels and free movie channels. Rooms also include complimentary bottled water and safes. A turndown service is available nightly, housekeeping is offered daily, and guests may request wake-up calls.



**Continental Airlines**  HOTELS

continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 02/28/2012  To 02/29/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ Back to Search Results

## The Club at The Saujana

★★★★★  55 reviews

Jalan Lapangan Terbang Saas, Shah Alam, 40150, MY

Hotel Information: US and Canada: 800-667-9927  Europe 00-800-11-20-11-40

**$177**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)

### The Club Saujana Resort

**TripAdvisor Traveler Rating:**
★★★★
Based on **56** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 10, 2012: "Haven in a bustling city"
- Jan 8, 2012: "Cozy rooms, excellent service!"
- Dec 20, 2011: "OUTSTANDING QUALITY!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Located in Shah Alam, The Club at The Saujana is near the airport and close to Saujana Golf and Country Club, Kelana Jaya Lake Park, and Shah Alam Stadium. Other area points of interest include Sunway Lagoon and Wat Chetawan Temple.

**Hotel Features.**
Dining options at The Club at The Saujana include 5 restaurants. The hotel serves a complimentary hot and cold buffet breakfast. Guests can enjoy a complimentary reception on select days. Recreational amenities include a golf course. Also located on site are an outdoor pool, a health club, a sauna, and a fitness facility. This 5-star property has a 24-hour business center and offers small meeting rooms and limo/town car service. Complimentary wireless Internet access is available in public areas. This Shah Alam property has event space consisting of conference/meeting rooms and a ballroom. The property has a complimentary area shuttle which runs to destinations within 12 km. Wedding services, concierge services, and tour assistance are available. Guest parking is complimentary. Additional property amenities include gift shops/newsstands, a nightclub, and laundry facilities. The property has designated areas for smoking.

**Guestrooms.**
105 air-conditioned guestrooms at The Club at The Saujana feature minibars and CD players. Accommodations offer lake, pool, or garden views. Beds come with Select Comfort mattresses and premium bedding. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, bidets, and makeup/shaving mirrors. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. 29-cm LCD televisions have premium cable channels and DVD players. Rooms also include laptop-compatible safes and coffee/tea makers. A nightly turndown service is offered and housekeeping is available daily.



**Continental Airlines** HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From 02/28/2012   To 02/29/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Club at The Saujana

★★★★★  ⊙⊙ ○○○○○ 55 reviews

Jalan Lapangan Terbang Saas, Shah Alam, 40150, MY
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$177**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | Low Price Guarantee (Details) |

### The Club Saujana Resort

**TripAdvisor Traveler Rating:**
⊙⊙ ○○○○○
Based on **56** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 10, 2012: "Haven in a bustling city"
- Jan 8, 2012: "Cozy rooms, excellent service!"
- Dec 20, 2011: "OUTSTANDING QUALITY!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Located in Shah Alam, The Club at The Saujana is near the airport and close to Saujana Golf and Country Club, Kelana Jaya Lake Park, and Shah Alam Stadium. Other area points of interest include Sunway Lagoon and Wat Chetawan Temple.

**Hotel Features.**
Dining options at The Club at The Saujana include 5 restaurants. The hotel serves a complimentary hot and cold buffet breakfast. Guests can enjoy a complimentary reception on select days. Recreational amenities include a golf course. Also located on site are an outdoor pool, a health club, a sauna, and a fitness facility. This 5-star property has a 24-hour business center and offers small meeting rooms and limo/town car service. Complimentary wireless Internet access is available in public areas. This Shah Alam property has event space consisting of conference/meeting rooms and a ballroom. The property has a complimentary area shuttle which runs to destinations within 12 km. Wedding services, concierge services, and tour assistance are available. Guest parking is complimentary. Additional property amenities include gift shops/newsstands, a nightclub, and laundry facilities. The property has designated areas for smoking.

**Guestrooms.**
105 air-conditioned guestrooms at The Club at The Saujana feature minibars and CD players. Accommodations offer lake, pool, or garden views. Beds come with Select Comfort mattresses and premium bedding. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, bidets, and makeup/shaving mirrors. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. 29-cm LCD televisions have premium cable channels and DVD players. Rooms also include laptop-compatible safes and coffee/tea makers. A nightly turndown service is offered and housekeeping is available daily.

[–]
FEEDBACK









**Traveler Photos From** tripadvisor

All prices are displayed in $ USD

| Room Types | | Avg Nightly Rate | |
|---|---|---|---|
| **Club room**<br>Cancellation Policy | Breakfast Buffet | **$177** | Book |
| **Club room - Non-Refundable**<br>Cancellation Policy | Breakfast for 2 | **$177** | Book |

See all rooms »

All displayed prices exclude Tax Recovery Charges and Service Fees

Now with tripadvisor reviews

Privacy Policy | Terms of Use | FAQ

**Continental Airlines**
**HOTELS**

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: **Manage Your Booking**

English  •  USD $

From 02/28/2012  To 02/29/2012  Rooms: 1 Guests: 2 Adults  › Change

‹ **Back to Search Results**

## The Saujana Kuala Lumpur

★★★★☆
🔵🔵 ◯◯◯◯◯ 54 reviews

Jalan Lapangan Terbang SAAS, Shah Alam, 40150, MY

Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$112**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |



### The Club Saujana Resort

**TripAdvisor Traveler Rating:**
🔵🔵 ◯◯◯◯◯
Based on **56** traveler reviews

**Most Recent Traveler Reviews:**

- Feb 10, 2012: "Haven in a bustling city"
- Jan 8, 2012: "Cozy rooms, excellent service!"
- Dec 20, 2011: "OUTSTANDING QUALITY!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Saujana Kuala Lumpur is a business-friendly Shah Alam resort in the suburbs and close to Saujana Golf and Country Club, Kelana Jaya Lake Park, and Shah Alam Stadium. Other area points of interest include Sunway Lagoon and Wat Chetawan Temple.

**Resort Features.**
Dining options at The Saujana Kuala Lumpur include 8 restaurants. A bar/lounge is open for drinks. Room service is available 24 hours a day. The resort serves a complimentary hot and cold buffet breakfast. Recreational amenities include an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. There is a full-service health spa on site. This 4-star property has a 24-hour business center and offers small meeting rooms, limo/town car service, and audio-visual equipment. High-speed (wired) Internet access (surcharge) is available in public areas. This Shah Alam property has event space consisting of banquet facilities, conference/meeting rooms, and a ballroom. The property has an area shuttle, which is complimentary. Wedding services, concierge services, and tour/ticket assistance are available. Guest parking is complimentary. Additional property amenities include gift shops/newsstands, a nightclub, and currency exchange.

**Guestrooms.**
210 air-conditioned guestrooms at The Saujana Kuala Lumpur feature minibars and coffee/tea makers. Bathrooms feature shower/tub combinations, bathrobes, and complimentary toiletries. Wired high-speed Internet access is available for a surcharge. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have cable channels and free movie channels. Rooms also include complimentary bottled water and safes. A turndown service is available nightly, housekeeping is offered daily, and guests may request wake-up calls.

[−]
FEEDBACK





**Continental Airlines** | HOTELS

continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   •   USD $

From 02/28/2012   To 02/29/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Saujana Kuala Lumpur

54 reviews

Jalan Lapangan Terbang SAAS, Shah Alam, 40150, MY

Hotel Information: **US and Canada:** 800-667-9927  **Europe** 00-800-11-20-11-40

**$112**

Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

Low Price Guarantee (Details)

### The Club Saujana Resort

**TripAdvisor Traveler Rating:**

Based on **56** traveler reviews

**Most Recent Traveler Reviews:**

› Feb 10, 2012: "Haven in a bustling city"

› Jan 8, 2012: "Cozy rooms, excellent service!"

› Dec 20, 2011: "OUTSTANDING QUALITY!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Saujana Kuala Lumpur is a business-friendly Shah Alam resort in the suburbs and close to Saujana Golf and Country Club, Kelana Jaya Lake Park, and Shah Alam Stadium. Other area points of interest include Sunway Lagoon and Wat Chetawan Temple.

**Resort Features.**
Dining options at The Saujana Kuala Lumpur include 8 restaurants. A bar/lounge is open for drinks. Room service is available 24 hours a day. The resort serves a complimentary hot and cold buffet breakfast. Recreational amenities include an outdoor pool, a health club, a sauna, a fitness facility, and a steam room. There is a full-service health spa on site. This 4-star property has a 24-hour business center and offers small meeting rooms, limo/town car service, and audio-visual equipment. High-speed (wired) Internet access (surcharge) is available in public areas. This Shah Alam property has event space consisting of banquet facilities, conference/meeting rooms, and a ballroom. The property has an area shuttle, which is complimentary. Wedding services, concierge services, and tour/ticket assistance are available. Guest parking is complimentary. Additional property amenities include gift shops/newsstands, a nightclub, and currency exchange.

**Guestrooms.**
210 air-conditioned guestrooms at The Saujana Kuala Lumpur feature minibars and coffee/tea makers. Bathrooms feature shower/tub combinations, bathrobes, and complimentary toiletries. Wired high-speed Internet access is available for a surcharge. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have cable channels and free movie channels. Rooms also include complimentary bottled water and safes. A turndown service is available nightly, housekeeping is offered daily, and guests may request wake-up calls.











**Continental Airlines** HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 02/28/2012 To 02/29/2012 Rooms: 1 Guests: 2 Adults ▸ Change

◂ Back to Search Results

## The Club at The Saujana

★★★★★ 55 reviews

Jalan Lapangan Terbang Saas, Shah Alam, 40150, MY

Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$177**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

**The Club Saujana Resort**

**TripAdvisor Traveler Rating:**
Based on **56** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 10, 2012: "Haven in a bustling city"
- Jan 8, 2012: "Cozy rooms, excellent service!"
- Dec 20, 2011: "OUTSTANDING QUALITY!"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
Located in Shah Alam, The Club at The Saujana is near the airport and close to Saujana Golf and Country Club, Kelana Jaya Lake Park, and Shah Alam Stadium. Other area points of interest include Sunway Lagoon and Wat Chetawan Temple.

**Hotel Features.**
Dining options at The Club at The Saujana include 5 restaurants. The hotel serves a complimentary hot and cold buffet breakfast. Guests can enjoy a complimentary reception on select days. Recreational amenities include a golf course. Also located on site are an outdoor pool, a health club, a sauna, and a fitness facility. This 5-star property has a 24-hour business center and offers small meeting rooms and limo/town car service. Complimentary wireless Internet access is available in public areas. This Shah Alam property has event space consisting of conference/meeting rooms and a ballroom. The property has a complimentary area shuttle which runs to destinations within 12 km. Wedding services, concierge services, and tour assistance are available. Guest parking is complimentary. Additional property amenities include gift shops/newsstands, a nightclub, and laundry facilities. The property has designated areas for smoking.

**Guestrooms.**
105 air-conditioned guestrooms at The Club at The Saujana feature minibars and CD players. Accommodations offer lake, pool, or garden views. Beds come with Select Comfort mattresses and premium bedding. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, bidets, and makeup/shaving mirrors. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. 29-cm LCD televisions have premium cable channels and DVD players. Rooms also include laptop-compatible safes and coffee/tea makers. A nightly turndown service is offered and housekeeping is available daily.

Continental Airlines – Properties in Downtown Miami Beach, Miami Beach, FL, United States

**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: **800-667-9927** Europe 00-800-11-20-11-40  Promo Code 362349

Customer Service: Manage Your Booking

English  USD $

Results For  Downtown Miami Beach, Miami Beach, FL, United States     **Search**

From 04/09/2012   To 04/10/2012   Rooms: **1** Guests: **2 Adults**  › Change

Change View   ≡ List View   Map View         **Low Price Guarantee** (Details)

**Search by Name**
Miami Beach, Florida, ✕ ›

**Star Rating**
5 ★★★★★

**Traveler Rating**
Generated by ◎◎ tripadvisor
1.0
1.0                    5.0

**Amenities**
☐ Roll-in shower
☐ Babysitting
☐ Fitness Center
☐ Accessible path of tra...
☐ Accessible bathroom
Show All

**Locations**
☐ A. D. Barnes Park
☐ Adrienne Arsht Cente...
☐ American Airlines Are...
☐ Art Deco Historic Dist...
☐ Art Deco Welcome Ce...
Show All

**Types**
☐ Hotel

**Themes**
☐ Romantic
☐ Pet Friendly

1 hotels match your selection

Sort by Our Recommendations ▾

All prices are displayed in $ USD

**The Setai**  ★★★★★  ◎◎ ◎◎◎◎◎ 229 reviews
Near Lincoln Road Mall   Show on map   More details
Hotel Information  **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

Room Types                                      Avg Nightly Rate

Studio suite cityview                    $775    **Book**

Studio suite courtyard                   $825    **Book**

See all rooms »

1

[+]
FEEDBACK







**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   USD $

From 04/09/2012   To 04/10/2012   Rooms: 1  Guests: 2 Adults   › Change

‹ Back to Search Results

## The Setai

★★★★★
229 reviews

2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11

Hotel Information: **US and Canada:** 800-667-9927  **Europe** 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |

### The Setai

**TripAdvisor Traveler Rating:**

Based on 232 traveler reviews

**Most Recent Traveler Reviews:**
- Feb 16, 2012: "Quality but expensive"
- Feb 8, 2012: "South Beach luxury!"
- Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a restaurant. The Setai features a private beach. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.



Continental Airlines – The Setai



**Continental Airlines – The Setai**

## Continental Airlines | HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40    Promo Code 362349

Customer Service: **Manage Your Booking**

English · USD $

From 04/09/2012  To 04/10/2012    Rooms: 1  Guests: 2 Adults    › Change

‹ Back to Search Results

### The Setai
★★★★★
229 reviews
2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11
Hotel Information: **US and Canada:** 800-667-9927  **Europe** 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | **Low Price Guarantee** (Details) |

**The Setai**

**TripAdvisor Traveler Rating:**
Based on **232** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 16, 2012: "Quality but expensive"
- Feb 8, 2012: "South Beach luxury!"
- Feb 7, 2012: "Very cool"

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a restaurant. The Setai features a private beach. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.





**Continental Airlines** HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

From 04/09/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   › Change

‹ Back to Search Results

## The Setai

★★★★★
229 reviews
2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11
Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from
**Rooms & Rates**

Summary | Photos | Location | Rooms & Rates

Low Price Guarantee (Details)

### The Setai

**TripAdvisor Traveler Rating:**
Based on **232** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 16, 2012: "Quality but expensive"
- Feb 8, 2012: "South Beach luxury!"
- Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a restaurant. The Setai features a private beach. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.





**Continental Airlines** | HOTELS

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: Manage Your Booking

English   ▸ USD $

From 04/09/2012   To 04/10/2012   Rooms: 1 Guests: 2 Adults   ▸ Change

‹ Back to Search Results

## The Setai

⭐⭐⭐⭐⭐
229 reviews

2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11

Hotel Information: US and Canada: 800-667-9927 Europe 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | Low Price Guarantee (Details) |



**The Setai**

**TripAdvisor Traveler Rating:**
⭐⭐⭐⭐⭐
Based on **232** traveler reviews

**Most Recent Traveler Reviews:**
• Feb 16, 2012: "Quality but expensive"
• Feb 8, 2012: "South Beach luxury!"
• Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a private beach. The Setai features a restaurant. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

[+]
FEEDBACK

**Continental Airlines**   HOTELS

✈ continental.com

US and Canada: 800-667-9927  Europe 00-800-11-20-11-40   Promo Code 362349

Customer Service: **Manage Your Booking**

English · USD $

| From 04/09/2012 | To 04/10/2012 | Rooms: 1 Guests: 2 Adults | › Change |

‹ Back to Search Results

## The Setai

★★★★★
🦉 ⊙⊙⊙⊙⊙ 229 reviews
2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11
Hotel Information: **US and Canada:** 800-667-9927  **Europe** 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates | | **Low Price Guarantee** (Details) |



**The Setai**

**TripAdvisor Traveler Rating:**
🦉 ⊙⊙⊙⊙◯
Based on **232** traveler reviews

**Most Recent Traveler Reviews:**
- Feb 16, 2012: "Quality but expensive"
- Feb 8, 2012: "South Beach luxury!"
- Feb 7, 2012: "Very cool"

**Read reviews »**
© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a restaurant. The Setai features a private beach. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

