# EXHIBIT 2-Z

THE WAVE STUDIO, LLC
COMPLAINT







# Continental Airlines

**HOTELS**

✈ continental.com

US and Canada: 800-667-9927 Europe 00-800-11-20-11-40 Promo Code 362349

Customer Service: Manage Your Booking

English · USD $

| From | 04/09/2012 | To | 04/10/2012 | | Rooms: 1 Guests: 2 Adults | › Change |

‹ Back to Search Results

## The Setai

⭐⭐⭐⭐⭐

229 reviews

2001 Collins Ave, Miami Beach, FL, 33139, US miles to 0.11

Hotel Information: **US and Canada:** 800-667-9927 **Europe** 00-800-11-20-11-40

**$775**
Avg. Nightly Rate from

**Rooms & Rates**

| Summary | Photos | Location | Rooms & Rates |

**Low Price Guarantee** (Details)



### The Setai

**TripAdvisor Traveler Rating:**

⭐⭐⭐⭐⭐

Based on **232** traveler reviews

**Most Recent Traveler Reviews:**

- Feb 16, 2012: "Quality but expensive"
- Feb 8, 2012: "South Beach luxury!"
- Feb 7, 2012: "Very cool"

**Read reviews »**

© 2012 TripAdvisor LLC

## Description

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
This Miami Beach hotel has a private beach. The Setai features a restaurant. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms, a technology helpdesk, and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a roundtrip airport shuttle (surcharge). Wedding services and tour/ticket assistance are available. Additional property amenities include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and laptop-compatible safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels and DVD players. Rooms also include bathrobes and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.





























**Continental Airlines** HOTELS

✈ continental.com

US and Canada: 800-667-9927 **Europe** 00-800-11-20-11-40    Promo Code 362349

## Complete Your Booking

🔒 Safe Shopping Guaranteed

| Step 1 Traveler Information | Step 2 Payment |
| --- | --- |

### Guest Details

Please provide a name and room preference for the guest responsible for checking into the room(s).

**Room: 1:** 2 Adults

First Name

Last Name

Special Request* (optional)

*Special requests are subject to availability upon check-in and may incur additional charges. Special request cannot be guaranteed.

### Contact Details

We require a valid email address to contact you with the details of your booking.

Email Address

Confirm Email Address

Needed if there are questions about your reservation.

Phone Number

### Continental Airlines membership/loyalty

OnePass Number

---

### Details of Stay

**The Setai**
★★★★★
😊 ⊙⊙⊙⊙⊙ 229 reviews

2001 Collins Ave, Miami Beach, FL, 33139, US

**Check-in:** Apr 9, 2012
**Check-out:** Apr 10, 2012
**Guests:** 2 Adults
**Rooms:** 1
**Room type:**

**One bedroom suite ocean view**
Fitness Center | Internet Access | Pool | NON SMOKING | King Bed

All prices are displayed in $ USD

**Price Details:**

Room 1:* $1,900.00
*Excluding tax recovery charges and service fees

tax recovery charges and service fees $232.75

**Total Charges $2,132.75**
**Including tax recovery charges and service fees

**Notifications and Fees:**
The following fees and deposits are charged by the property at time of service, check-in, or check-out.
Valet parking fee: USD 40.0 per night (in/out privileges)
The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

**Low Price Guarantee** (Details)

[+]
FEEDBACK



