```
 1  Ian Feldman, Esq. (State Bar Number)
    ifeldman@clausen.com
 2  G. Brent Sims, Esq. (State Bar Number 179397)
 3  gsims@clausen.com
    CLAUSEN MILLER P.C.
 4  17901 Von Karman Avenue, Suite 650
    Irvine, CA 92614
 5  Telephone:  949.260.3100
 6  Facsimile:  949.260.3190

 7
    Attorneys for Defendant
 8  UNITED AIRLINES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE WAVE STUDIO, LLC, a New York Limited Liability Company, | CASE NO.: 3:15-CV-00818 |
|---|---|
| Plaintiff, | **STIPULATION TO TRANSFER CASE TO SOUTHERN DISTRICT OF NEW YORK** |
| v. | |
| UNITED AIRLINES, INC., Successor-In-Interest to CONTINENTAL AIRLINES, INC., a Delaware Corporation, and DOES 1-100, | |
| Defendants. | |

Plaintiff, The Wave Studio, LLC ("Plaintiff"), and Defendant, United Airlines, Inc. ("United"), by and through their attorneys of record, hereby agree and stipulate as follows:

A copyright lawsuit brought by Plaintiff naming, among others, United, is pending in the United States District Court for the Southern District of New York, *The Wave Studio, LLC v. General Hotel Management, et al.,* Case No. 7:13-CV-09239 (S.D.N.Y.) (the "GHM Action"). This Court has transferred two cases filed by Plaintiff alleging copyright

infringement to the same court assigned to the GHM Action. *The Wave Studio, LLC v. American Express Company*, Case No. 3:15-cv-00354-WHA, Dkt. 28 (Stipulation to Transfer Case to the Southern District of New York and Order Thereon) (Apr. 30, 2015); and *The Wave Studio, LLC v. Mastercard International, Inc.*, Case No. 3:14-cv-01342-RS, Dkt. 43 (Order Granting Defendants' Motion for Transfer) (Oct. 10, 2014). A stipulation has been entered into in a third case, *The Wave Studio, LLC v. Visa, Inc.*, Case No. 3:15-cv-00239-JST, Dkt. 34 (Stipulation to Transfer Case to the Southern District of New York and Order Thereon) (June 15, 2015).

The parties agree to transfer this matter to the United States District Court for the Southern District of New York. The parties further agree that the transfer stipulated here is without prejudice as to the issue of consolidation with the GHM Action, and that upon transfer to the Southern District of New York United may seek to file a motion to consolidate this action with the GHM Action and may move to stay the case.

THEREFORE, THE PARTIES HEREBY STIPULATE that this action be transferred to the Southern District of New York, and that United may bring further motions in that district with respect to the status of this case.

**IT IS SO STIPULATED.**

Dated: June 19, 2015                    COBALT LLP

By:_____/s/ Nate A. Garhart_____
Nate A. Garhart, Esq.
Vijay Toke, Esq.
Attorneys for Plaintiff

/ / /

/ / /

/ / /

Dated: June 19, 2015          CLAUSEN MILLER PC

By: _____
Ian Feldman, Esq.
G. Brent Sims, Esq.
Attorneys for Defendant

## ATTESTATION OF CONCURRENCE

I, G. Brent Sims, attest that I am one of the attorneys for Defendants United Airlines, Inc., Successor-In-Interest to Continental Airlines, Inc., a Delaware Corporation, and as the ECF user and filer of this document, I attest that pursuant to United States District Court, Northern District of California, Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Nate A. Garhart, the above signatory.

Dated: June 19, 2015          By: _____
G. Brent Sims

103537.1

PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 17901 Von Karman, Suite 650, Irvine, California 92614.

On June 19, 2015, I caused the following document(s) described as: **STIPULATION TO TRANSFER CASE TO SOUTHERN DISTRICT OF NEW YORK** to be served on the interested parties in this action as follows:

Nate A. Garhart, Esq.
Vijay K. Toke, Esq.
Amanda R. Conley, Esq.
Cobalt LLP
918 Parker Street
Building A21
Berkeley, CA 94701

Telephone: (510) 841-9800
Facsimile: (510) 295-2401
Email: nate@cobaltlaw.com
       vijay@cobaltlaw.com
       Amanda@cobaltlaw.com

Attorneys for Plaintiff,
The Wave Studio, Inc.

[X] **BY MAIL**: I caused such envelope to be deposited in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **BY ELECTRONIC SERVICE**: I caused such documents to be transmitted this date via internet/electronic mail for service on all parties in this case as a PDF attachment to the email addresses listed on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 19, 2015, at Irvine, California.


Mary Lynn Genova

103537.1