# U.S. District Court
# California Northern District (Oakland)
# CIVIL DOCKET FOR CASE #: 4:15−cv−00818−YGR

The Wave Studio, LLC v. United Airlines, Inc.  
Assigned to: Hon. Yvonne Gonzalez Rogers  
Cause: 17:501 Copyright Infringement

Date Filed: 02/23/2015  
Date Terminated: 07/07/2015  
Jury Demand: Plaintiff  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

**Plaintiff**

**The Wave Studio, LLC**  
*a New York Limited Liability Company*

represented by **Vijay K. Toke**  
Cobalt LLP  
918 Parker Street  
Bldg. A21  
Berkeley, CA 94710  
(510) 841−9800  
Fax: (510) 295−2401  
Email: vijay@cobaltlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Amanda R. Conley**  
Cobalt LLP  
918 Parker Street, Bldg. A21  
Berkeley, CA 94710  
510−841−9800  
Fax: 510−295−2401  
Email: amanda@cobaltlaw.com  
*TERMINATED: 07/02/2015*

**Nate A. Garhart**  
Cobalt LLP  
918 Parker St.  
Bldg. A21  
Berkeley, CA 94710  
(510) 841−9800  
Fax: (510) 295−2401  
Email: nate@cobaltlaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United Airlines, Inc.**  
*Sucesscessor−In−Interest to Continental*  
*Airlines, Inc., a Delaware Corporation*

represented by **George Brent Sims**  
Clausen Miller P.C.  
17901 Von Karman Avenue  
Suite 650  
Irvine, CA 92614  
949−260−3111  
Fax: 949−260−3190

Email: gsims@clausen.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2015 | Ï 1 | COMPLAINT *FOR COPYRIGHT INFRINGEMENT* against United Airlines, Inc. ( Filing fee $ 400, receipt number 0971–9309780.). Filed byTHE WAVE STUDIO, LLC. (Attachments: # 1 Exhibit 1–A, # 2 Exhibit 1–B, # 3 Exhibit 1–C, # 4 Exhibit 1–D, # 5 Exhibit 1–E, # 6 Exhibit 1–F, # 7 Exhibit 1–G, # 8 Exhibit 1–H, # 9 Exhibit 1–I, # 10 Exhibit 2–A, # 11 Exhibit 2–B, # 12 Exhibit 2–C, # 13 Exhibit 2–D, # 14 Exhibit 2–E, # 15 Exhibit 2–F, # 16 Exhibit 2–G, # 17 Exhibit 2–H, # 18 Exhibit 2–I, # 19 Exhibit 2–J, # 20 Exhibit 2–K, # 21 Exhibit 2–L, # 22 Exhibit 2–M, # 23 Exhibit 2–N, # 24 Exhibit 2–O, # 25 Exhibit 2–P, # 26 Exhibit 2–Q, # 27 Exhibit 2–R, # 28 Exhibit 2–S, # 29 Exhibit 2–T, # 30 Exhibit 2–U, # 31 Exhibit 2–V, # 32 Exhibit 2–W, # 33 Exhibit 2–X, # 34 Exhibit 2–Y, # 35 Exhibit 2–Z, # 36 Civil Cover Sheet)(Toke, Vijay) (Filed on 2/23/2015) (Entered: 02/23/2015) |
| 02/23/2015 | Ï 2 | Proposed Summons. (Toke, Vijay) (Filed on 2/23/2015) (Entered: 02/23/2015) |
| 02/23/2015 | Ï 3 | Certificate of Interested Entities by THE WAVE STUDIO, LLC (Toke, Vijay) (Filed on 2/23/2015) (Entered: 02/23/2015) |
| 02/23/2015 | Ï 4 | NOTICE by THE WAVE STUDIO, LLC *PLAINTIFFS CORPORATE DISCLOSURE STATEMENT* (Toke, Vijay) (Filed on 2/23/2015) (Entered: 02/23/2015) |
| 02/24/2015 | Ï 5 | Case assigned to Magistrate Judge Nathanael M. Cousins.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E–Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5–1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (as, COURT STAFF) (Filed on 2/24/2015) (Entered: 02/24/2015) |
| 02/25/2015 | Ï 6 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 4/22/2015. Case Management Conference set for 4/29/2015 10:00 AM at the US District Court, 280 South First St., San Jose, CA 95113 in Courtroom 7, 4th Floor. Signed by Judge Nathanael Cousins on 2/23/15. (srmS, COURT STAFF) (Filed on 2/25/2015) (Entered: 02/25/2015)** |
| 02/25/2015 | Ï 7 | REPORT on the filing or determination of an action regarding (cc: form mailed to register). (srmS, COURT STAFF) (Filed on 2/25/2015) (Entered: 02/25/2015) |
| 02/25/2015 | Ï 8 | Summons Issued as to United Airlines, Inc. (srmS, COURT STAFF) (Filed on 2/25/2015) (Entered: 02/25/2015) |
| 03/06/2015 | Ï 9 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by The Wave Studio, LLC.. (Toke, Vijay) (Filed on 3/6/2015) (Entered: 03/06/2015) |
| 03/08/2015 | Ï 10 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because a party has not consented to the jurisdiction of a Magistrate Judge. You will be informed by separate notice of the district judge to whom this case is reassigned. ALL HEARING DATES PRESENTLY |

| | | |
|---|---|---|
| | | SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE–NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED. *This is a text only docket entry; there is no document associated with this notice.* (lmh, COURT STAFF) (Filed on 3/8/2015) (Entered: 03/08/2015) |
| 03/09/2015 | 11 | **ORDER REASSIGNING CASE. Case reassigned to Hon. Yvonne Gonzalez Rogers for all further proceedings. Magistrate Judge Nathanael M. Cousins no longer assigned to the case. Reassignment Order signed by Executive Committee on 3/9/2015. (bwS, COURT STAFF) (Filed on 3/9/2015) (Entered: 03/09/2015)** |
| 03/30/2015 | 12 | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE. Case Management Statement due by 6/15/2015. Initial Case Management Conference set for Monday, 6/22/2015 02:00 PM before Judge Yvonne Gonzalez Rogers in Courtroom 1, 4th Floor, Oakland. (Attachments: # 1 Standing Order) (fs, COURT STAFF) (Filed on 3/30/2015) (Entered: 03/30/2015) |
| 04/08/2015 | 13 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Toke, Vijay) (Filed on 4/8/2015) (Entered: 04/08/2015) |
| 04/21/2015 | 14 | REPORT of Rule 26(f) Planning Meeting . (Toke, Vijay) (Filed on 4/21/2015) (Entered: 04/21/2015) |
| 05/22/2015 | 15 | CASE MANAGEMENT STATEMENT filed by The Wave Studio, LLC. (Toke, Vijay) (Filed on 5/22/2015) (Entered: 05/22/2015) |
| 06/02/2015 | 16 | SUMMONS Returned Executed by The Wave Studio, LLC. United Airlines, Inc. served on 5/21/2015, answer due 6/11/2015. (Toke, Vijay) (Filed on 6/2/2015) (Entered: 06/02/2015) |
| 06/04/2015 | 17 | MOTION for Extension of Time to File Answer *and Continue Case Management Conference* filed by The Wave Studio, LLC. (Attachments: # 1 Certificate/Proof of Service)(Toke, Vijay) (Filed on 6/4/2015) (Entered: 06/04/2015) |
| 06/04/2015 | 18 | CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE TO AUGUST 31, 2015. Initial Case Management Conference set for 6/22/2015 is CONTINUED to 8/31/2014 02:00 PM in Courtroom 1, 4th Floor, Oakland. Case Management Statement due by 8/24/2014.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (fs, COURT STAFF) (Filed on 6/4/2015) (Entered: 06/04/2015) |
| 06/10/2015 | 19 | **ORDER by Judge Yvonne Gonzalez Rogers granting 17 Motion for Extension of Time to Respond to Complaint re 17 MOTION for Extension of Time to File Answer and Continue Case Management Conference. (fs, COURT STAFF) (Filed on 6/10/2015) (Entered: 06/10/2015)** |
| 06/10/2015 |  | Set/Reset Hearing re 19 Order on Motion for Extension of Time to Answer Initial Case Management Conference set for 8/31/2015 02:00 PM in Courtroom 1, 4th Floor, Oakland. (fs, COURT STAFF) (Filed on 6/10/2015) (Entered: 06/10/2015) |
| 06/10/2015 | 20 | CERTIFICATE OF SERVICE by The Wave Studio, LLC re Set/Reset Hearings, 19 Order on Motion for Extension of Time to Answer (Toke, Vijay) (Filed on 6/10/2015) (Entered: 06/10/2015) |
| 06/19/2015 | 21 | STIPULATION to Transfer Case to Southern District of New York filed by United Airlines, Inc., The Wave Studio LLC. (Sims, George) (Filed on 6/19/2015) Modified on 6/22/2015 (cpS, COURT STAFF). (Entered: 06/19/2015) |
| 07/01/2015 | 22 | Proposed Order re 21 Stipulation by United Airlines, Inc.. (Sims, George) (Filed on 7/1/2015) (Entered: 07/01/2015) |

| 07/01/2015 | 23 | STIPULATION WITH PROPOSED ORDER *to Extend Deadline to Respond to Complaint* filed by United Airlines, Inc.. (Sims, George) (Filed on 7/1/2015) (Entered: 07/01/2015) |
|---|---|---|
| 07/02/2015 | 24 | NOTICE by The Wave Studio, LLC *OF WITHDRAWAL OF CERTAIN COUNSEL* (Attachments: # 1 Certificate/Proof of Service)(Toke, Vijay) (Filed on 7/2/2015) (Entered: 07/02/2015) |
| 07/07/2015 | 25 | **ORDER GRANTING WITHDRAWAL OF COUNSEL re 24 Notice (Other) filed by The Wave Studio, LLC; withdrawing Amanda R. Conley. Signed by Judge Yvonne Gonzalez Rogers on 7/7/15. (fs, COURT STAFF) (Filed on 7/7/2015)** (Entered: 07/08/2015) |
| 07/07/2015 | 26 | **ORDER by Judge Yvonne Gonzalez Rogers granting 23 Stipulation to Extend Deadline to Respond to Complaint. (fs, COURT STAFF) (Filed on 7/7/2015)** (Entered: 07/08/2015) |
| 07/07/2015 | 27 | **ORDER TRANSFERRING CASE TO SOUTHERN DISTRICT OF NEW YORK.. Signed by Judge Yvonne Gonzalez Rogers on 7/7/15. (fs, COURT STAFF) (Filed on 7/7/2015) (Entered: 07/08/2015)** |
| 07/09/2015 |  | Remark: Electronically transferred case to the Southern District of New York. (cpS, COURT STAFF) (Filed on 7/9/2015) (Entered: 07/09/2015) |