AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| The Wave Studio, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 7:15-cv-05392-UA |
| United Airlines, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United Airlines, Inc.

Date:   07/13/2015

*Attorney's signature*

James Rosenfeld JR2256
*Printed name and bar number*

1633 Broadway
New York, NY 10019
*Address*

JamesRosenfeld@dwt.com
*E-mail address*

(212) 489-8230
*Telephone number*

(212) 489-8340
*FAX number*