

27th Floor
1633 Broadway
New York, NY 10019-6708

**James Rosenfeld**
212-603-6455 tel
212-379-5205 fax

jamesrosenfeld@dwt.com

August 4, 2015

**Via Electronic Filing**

The Honorable Cathy Seibel
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:  *The Wave Studio, LLC v. General Hotel Management, Ltd., et al.*, No. 7:13-cv-9239 (CS), and *The Wave Studio v. United Airlines, Inc.*, No. 7:15-cv-05392-CS

Dear Judge Seibel:

We represent United Airlines, Inc. in the above-captioned actions.

In *The Wave Studio, LLC v. General Hotel Management Ltd.*, Case No. 7:13-CV-09239-CS-PED ("*Wave v. GHM*"), the Court has scheduled a conference for 11:00 a.m. on August 19, 2015 for purposes of issuing a bench ruling on the motion by American Express to stay *The Wave Studio LLC v. American Express Company*, Case No. 7:15-CV-03420-CS. Because the undersigned will be out of town that week, and my partner and co-counsel Ambika Doran practices in Seattle, Washington, we respectfully request that Ms. Doran be permitted to participate in that conference telephonically.

In *The Wave Studio, LLC v. United Airlines, Inc.*, Case No. 7:15-CV-05392-CS ("*Wave v. United*"), the Court has set a pre-motion conference on United's proposal motion to stay proceedings in *Wave v. United* until and unless the Court lifts the stay now in effect in *Wave v. GHM*. Due to my travel schedule, we respectfully request that the Court adjourn that conference to August 24th, August 25th or a date after August 31st, subject to the Court's schedule.

Thank you for the Court's attention to this matter

Respectfully submitted,

James Rosenfeld

JR/sn
cc:   All Counsel

DWT 27522807v1 0057282-000010

Anchorage      New York         Seattle
Bellevue       Portland         Shanghai
Los Angeles    San Francisco    Washington, D.C.

www.dwt.com