IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

| | |
|---|---|
| THE WAVE STUDIO, LLC, | Case No. 7:13-cv-09239-CS-PED[1] |
| Plaintiff, | |
| -against- | **MOTION FOR ADMISSION PRO HAC VICE** |
| GENERAL HOTEL MANAGEMENT LTD., *et al.*, | |
| Defendants. | |

------------------------------------------------------- X

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Roman M. Silberfeld of the law firm of Robins Kaplan LLP hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff THE WAVE STUDIO, LLC in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied

---

[1] The above-captioned case consolidates and jointly administers the following cases: (1) *The Wave Studio, LLC v. Amadeus North America, Inc., et al.*, Case No. 7:15-cv-06995-CS; (2) *The Wave Studio, LLC v. American Express Company*, Case No. 7:15-cv-03420; (3) *The Wave Studio, LLC v. AOL Inc., et al.*, Case No. 7:15-cv-05962-CS; (4) *The Wave Studio, LLC v. Booking Holdings Inc., et al.*, Case No. 7:21-cv-02691-CS; (5) *The Wave Studio, LLC v. British Airways PLC, et al.*, Case No. 7:15-cv-07950-CS; (6) *The Wave Studio, LLC v. Citibank N.A., et al.*, Case No. 7:22-cv-05141; (7) *The Wave Studio, LLC v. General Hotel Management Ltd. et al.*, Case No. 7:13-cv-09239-CS-PED; (8) *The Wave Studio, LLC v. Groupon, Inc., et al.*, Case No. 7:17-cv-03589-CS; (9) *The Wave Studio, LLC v. United Airlines, Inc.*, Case No. 7:15-cv-05392-CS; (10) *The Wave Studio, LLC v. Virgin America Inc., et al.*, Case No. 7:15-cv-05960-CS; (11) *The Wave Studio, LLC v. Visa, Inc.*, Case No. 7:15-cv-04953-CS.

admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 20, 2023                             ROBINS KAPLAN LLP


By:  */s/ Roman M. Silberfeld*
Roman M. Silberfeld
CA Bar No. 62783
RSilberfeld@RobinsKaplan.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA  90067-5052
Telephone:  310 552 0130
Facsimile:   310 229 5800

Attorneys for Plaintiff THE WAVE STUDIO, LLC